**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| | § | Case No. 06-492 T |
| Plaintiffs, | § | |
| | § | Judge Robert H. Hodges, Jr. |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

**MOTION FOR CHANGE OF ATTORNEY OF RECORD**

Plaintiffs Leadbetter Family LLP and Deborah Leadbetter, as tax matters partner ("Plaintiffs"), hereby move the Court for a change of attorney of record in this case. Adam M. Cohen of Holland & Hart LLP will replace Rick D. Bailey of Holland & Hart LLP as attorney of record for Plaintiffs effective immediately. Attached to this motion are an affidavit executed by Mr. Cohen and a consent signed by Mr. Bailey.

August 24, 2006

/s/ Adam M. Cohen
Adam M Cohen
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8372
Fax: (303) 713-6264
acohen@hollandhart.com

3596759_1.DOC