**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § § § § | |
| | § | Case No. 06-492 T |
| Plaintiffs, | § | |
| | § | Judge Robert H. Hodges, Jr. |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

**AFFIDAVIT OF ADAM M. COHEN**

1. My name is Adam M. Cohen. I practice law for Holland & Hart LLP, located at 555 Seventeenth St., Suite 3200, Denver, CO 80202. I am admitted to practice in the United States Court of Federal Claims.

2. Plaintiffs Leadbetter Family LLP and Deborah Leadbetter, as tax matters partner, have elected to have me serve as attorney of record, and I will replace Rick D. Bailey as attorney of record in this case effective immediately.

DATED this 24th day of August, 2006.

Adam M. Cohen

STATE OF COLORADO )
) ss.
DENVER COUNTY )

Subscribed and sworn to before me this 24th day of August, 2006, by Adam M. Cohen.

Witness my hand and official seal.

My Commission expires:
11/15/09

LINDA MCLAIN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 11/15/2009

Notary Public

3596779_1.DOC