**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| Plaintiffs, | § | Case No. 06-492 T |
| v. | § | Judge Robert H. Hodges, Jr. |
| United States of America, | § | |
| Defendant. | § | |

**CONSENT TO CHANGE OF ATTORNEY OF RECORD**

Rick D. Bailey, former attorney of record for Plaintiffs Leadbetter Family LLP and Deborah Leadbetter, as tax matters partner ("Plaintiffs"), hereby consents to Plaintiffs' motion for change of counsel in this case. Adam M. Cohen of Holland & Hart LLP will be the attorney of record for Plaintiffs in this case effective immediately.

August 24, 2006

Rick D. Bailey
Holland & Hart LLP
8390 E. Crescent Pkwy., Suite 400
Denver, CO 80111
Phone: (303) 290-1600
Fax: (303) 290-1606
rbailey@hollandhart.com

Leadbetter_ Consent of Rick Bailey.DOC