IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Hodges)

No. 06-492 T

LEADBETTER FAMILY LLP, a Montana Limited Partnership,
and DEBORAH LEADBETTER as Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

ANSWER

The defendant, the United States, by and for its first defense to the plaintiff's complaint in the above-captioned matter, respectfully denies each and every allegation contained therein that is not expressly admitted below.

Defendant further:

**I. PARTIES**

1. Admits only that Leadbetter Family LLP has an employer identification number of 81-0519611. States that defendant's answering attorneys lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 1.

2. States that defendant's answering attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2.

3-4. Admits the allegations of paragraphs 3 and 4.

5. The allegations of paragraph 5 require no response.

6-8. Admits the allegations of paragraphs 6 through 8.

9. States that defendant's answering attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9.

**II. DEFENDANT**

10. Admits that the defendant is the United States of America.

**III. STATEMENT OF THE CASE**

11. Admits that paragraph 11 is plaintiffs' characterization of the action. Denies that plaintiffs are entitled to relief.

12. Denies the allegations of paragraph 12.

**IV. JURISDICTION AND VENUE**

13. States the jurisdiction exits, if at all, pursuant to 28 U.S.C. § 1508.

14-16. States that defendant's answering attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 14 through 16.

**V. COMMISSIONER'S DETERMINATIONS IN THE FPAA**

17. Defendant incorporates its responses to paragraphs 1-16 of plaintiffs' complaint as if more fully set forth at length.

18. Denies the allegations of paragraph 18.

**VI. PLAINTIFFS' ERRONEOUS TREATMENT OF TAX ITEMS**

19. Defendant incorporates its responses to paragraphs 1-18 of plaintiffs' complaint as if more fully set forth at length.

20. Admits that plaintiffs rely on the allegations of paragraph 20. With respect to the

several allegations of paragraph 20:

a.-w. Denies the allegations of subparagraphs 20a through 20w.

x. States that defendant's answering attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence of paragraph 20x. Denies the remaining allegations of paragraph 20x.

y-z. Denies the allegations of paragraphs 20y and 20z.

## VII. STATUTE OF LIMITATIONS

21. Denies the allegations of paragraph 21 as conclusions of law.

22. Admits the allegations of paragraph 22.

23. States that defendant's answering attorneys lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23.

24. Denies the allegations of paragraph 24 as conclusions of law.

25. Denies the allegations of paragraph 25.

## VIII. PRAYER

WHEREFORE, the defendant prays that this Court enter judgment in favor of defendant and against plaintiff, determining that the adjustments made by the Leadbetter Family LLP, FPAA to the partnership items for the period ending December 31, 1999, are correct; dismissing plaintiff's complaint; and granting such other and further relief as is just and proper.

Respectfully submitted,

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims

s/David Gustafson