**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| Plaintiffs, | § | Case No. 06-492 T |
| v. | § | Judge Robert H. Hodges, Jr. |
| United States of America, | § | |
| Defendant. | § | |

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, the Plaintiffs, by and through their attorneys, Holland & Hart LLP, move the Court for an Order extending the time for filing the Joint Preliminary Status Report. In support of this motion, the Plaintiffs state as follows:

1. On October 30, 2006, the Defendant's answer was served.

2. On December 21, 2006, the Joint Preliminary Status Report is due.

3. The Plaintiffs intend to file a motion for summary judgment with respect to the statute of limitations issue raised in the complaint.

4. To exchange necessary information to ascertain the stipulations and/or affidavits to support the motion for summary judgment, the Plaintiffs respectfully request

that the Court extend the deadline for filing the Joint Preliminary Status Report to February 2, 2007, so that the Plaintiffs may prepare and file a motion for summary judgment in advance of that date, with subsequent briefing in accordance with the Rules of the United States Court of Federal Claims.

5. If the Plaintiffs' motion for summary judgment is granted, no further proceedings in this case will be required. This will satisfy the requirements of Rule 6 of Appendix A of the Rules of the United States Court of Federal Claims.

6. This request is the first request for an extension of the deadline described above in paragraph 2 and such request is made in good faith and not for purposes of delay.

7. Counsel for the Plaintiffs discussed and conferred with David R. House, counsel for the United States, on November 21, 2006, on the substance of this motion and, on December 8, 2006, provided Mr. House with a draft of this motion, and he is not opposed to the requested extension.

WHEREFORE, the Plaintiffs respectfully request that their motion be granted. A proposed order is included herewith.

DATED this 11th day of December, 2006.

Respectfully submitted,

By: s/ Adam M. Cohen

Adam M. Cohen, attorney of record
Colorado State Bar No. 31924

Alan Poe, of counsel
Colorado State Bar No. 7641

HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
(303) 295-8372 Telephone
(303) 295-8261 Facsimile
acohen@hollandhart.com
apoe@hollandhart.com

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| Plaintiffs, | § | Case No. 06-492 T |
| v. | § | Judge Robert H. Hodges, Jr. |
| United States of America, | § | |
| Defendant. | § | |

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING JOINT PRELIMINARY STATUS REPORT

THE COURT, having considered the Plaintiffs' Unopposed Motion to Extend Time for Filing Joint Preliminary Status Report and the entire file herein, and good cause being shown therefore, hereby ORDERS that:

1. The time for filing the Joint Preliminary Status Report is extended to February 2, 2007; and

2. Plaintiffs' dispositive motion is to be filed by February 2, 2007.

DATED this _____ day of __________, 2006.

BY THE COURT:

______________________________

Robert H. Hodges, Jr., Judge
United States Court of Federal Claims