# In the United States Court of Federal Claims

* * * * * * *

LEADBETTER FAMILY LLP, and DEBOROAH LEADBETTER, *

Plaintiffs, * No. 06-492T

v. * Filed: December 11, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiffs' motion to extend the deadline for filing the Joint Preliminary Status Report to February 2, 2007, is GRANTED. Defendant does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge