**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| | § | Case No. 06-492 T |
| Plaintiffs, | § | |
| | § | Judge Robert H. Hodges, Jr. |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Rules of the United States Court of Federal Claims, the Plaintiffs, by and through their attorneys, Holland & Hart LLP, move the Court for an order granting summary judgment in their favor, holding that any increase to the tax liability of the partners of Leadbetter Family LLP (the "Partnership") due to the proposed adjustments to partnership items of the Partnership as reflected in a Final Partnership Administrative Adjustment issued on April 6, 2006 to the Partnership (the "Partnership FPAA") is barred by the statute of limitations set forth in 26 U.S.C. §§ 6501 and 6229.

As a basis for their Motion, Plaintiffs rely on the following uncontroverted facts:

1. The Internal Revenue Service issued the Partnership FPAA on April 6, 2006. *See* Plaintiffs' Proposed Findings of Uncontroverted Facts ("Prop. Fin.") ¶ 35.

2. The Partnership filed its IRS Form 1065 on or before April 17, 2000 for the tax year ending December 31, 1999. *See* Prop. Fin. ¶ 20.

3. Neither Deborah Leadbetter (the "TMP") on behalf of all of the partners of the Partnership nor any other partner of the Partnership on his or her own behalf has agreed to any extension of the period described in 26 U.S.C. § 6229(a) or 6501(a) for the tax year ending December 31, 1999. *See* Prop. Fin. ¶ 39.

4. Each of the direct and indirect partners of the Partnership filed their IRS Forms 1065, 1120S or 1040, as appropriate, for the tax year ending December 31, 1999 on or before April 17, 2000. *See* Prop. Fin. ¶¶ 26, 28 and 30.

5. The Internal Revenue Service has not issued statutory notices of deficiency against any of the direct or indirect partners of the Partnership for the tax year ending December 31, 1999. *See* Prop. Fin. ¶ 42.

In support thereof, Plaintiffs provide the Court with the Memorandum in Support of Plaintiffs' Motion for Summary Judgment.

WHEREFORE, the Plaintiffs respectfully request that their motion be granted and an order be entered. A proposed order is included herewith.

Respectfully submitted on February 1, 2007,

By: s/ Adam M. Cohen
Adam M. Cohen, attorney of record
Colorado State Bar No. 31924
Alan Poe, of counsel
Colorado State Bar No. 7641

HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
(303) 295-8372 Telephone
(303) 295-8261 Facsimile
acohen@hollandhart.com
apoe@hollandhart.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007, I electronically filed the foregoing Plaintiffs' Motion for Summary Judgment with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David R. House
U.S. Department of Justice—Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Adam M. Cohen
Adam M. Cohen