**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| Plaintiffs, | § | Case No. 06-492 T |
| v. | § | Judge Robert H. Hodges, Jr. |
| United States of America, | § | |
| Defendant. | § | |

DECLARATION OF DEBORAH LEADBETTER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Deborah Leadbetter, pursuant to 28 U.S.C. § 1746, declares:

1. I make this Declaration based upon personal knowledge, as Secretary of Valley Garden Ranch, Inc. ("Valley Garden"), and individually, in support of Plaintiffs' Motion for Summary Judgment.

2. Valley Garden operated three ranches in Colorado from 1947 to 1951, under the name "Win-Del Ranches, Inc."

3. Valley Garden operated a ranch in Ennis, Montana (the "Ranch") from 1951 to 1999.

4. Beginning in about 1980, my mother gifted stock in Valley Garden to me, my husband, my children, my sister and her family.

5. In 1986, I inherited the remainder of the stock in Valley Garden held by my mother at her death.

6. In 1987, my husband, children and I acquired the stock in Valley Garden held by the TMP's sister's family.

7. From 1987 to the present, the shareholders of Valley Garden (and their percentage ownership of the outstanding stock) have been myself (42.806%), my husband (35.859%), Joel Leadbetter (7.117%), Kirk Leadbetter (7.117%), Jill Connolly (6.348%), and John “Sam” Connolly (0.753%).

8. From 1988 to the present, Valley Garden has been an S corporation.

9. Various members of my family and I made cash contributions to the Leadbetter Family FLP (the “Partnership”) to acquire interests in the Partnership.

10. Effective as of December 31, 1998, Valley Garden contributed the Ranch (with the exception of Valley Garden Golf Village and 31 acres near Valley Garden Golf Village) to the Partnership in exchange for a 99.97992% interest in the Partnership.

11. On July 10, 1998, Valley Garden entered into a short sale of 5,000,000 U.S. Treasury Notes, bearing a 5.375% coupon due on June 30, 2000, dated June 30, 1998.

12. This short sale resulted in cash proceeds of $5,256,338.48.

13. On July 13, 1998, Valley Garden transferred the short position and the cash proceeds to the Partnership.

14. The Partnership closed the short sale on July 16, 1998 at a cost of $5,012,861.16.

15. As of January 1, 1999, I owned a 0.00859% interest in the Partnership, my husband owned a 0.00721% interest, Joel Leadbetter held a 0.00143% interest, Jill Connolly held a 0.00126% interest, Kirk Leadbetter held a 0.00143% interest, John “Sam” Connolly held a 0.00016% interest and Valley Garden held a 99.97992% interest.

16. On June 30, 1999, Valley Garden transferred a 98.47992% interest in the Partnership to Win-Del, LLP (“Win-Del”), retaining a 1.5% interest in the Partnership.

17. At approximately the same time that Valley Garden transferred an interest in the Partnership to Win-Del, my husband and I each contributed $250.00 to Win-Del for an interest in Win-Del.

18. On July 15, 1999, the Partnership sold the Ranch for $6,700,000.

19. The Partnership filed its IRS Form 1065 for the tax year ending December 31, 1999, on or before April 17, 2000. A true and correct copy of this return is attached hereto as Exhibit "A."

20. Win-Del filed its IRS Form 1065 for the tax year ending December 31, 1999 on or before April 17, 2000. A true and correct copy of this return is attached hereto as Exhibit "B."

21. Valley Garden filed its IRS Form 1120S for the tax year ending December 31, 1999 on or before April 17, 2000. A true and correct copy of this return is attached hereto as Exhibit "C."

22. My husband and I filed our respective IRS Forms 1040 for the tax year ending December 31, 1999 on or before April 17, 2000. A true and correct copy of this return is attached hereto as Exhibit "D."

23. Kirk Leadbetter, Joel Leadbetter, Jill Connolly and John "Sam" Connolly filed their respective IRS Forms 1040 for the tax year ending December 31, 1999 on or before April 17, 2000.

24. Kirk Leadbetter, Joel Leadbetter, Jill Connolly and John "Sam" Connolly reported (and paid tax on) their share from the sale on IRS Forms 1040 for the tax year ending December 31, 1999.

25. My husband and I responded to the IRS's Information Document Request on March 17, 2006.

26. None of the Partnership, Win-Del, Valley Garden, Jill Connolly, John "Sam" Connolly, Kirk Leadbetter, Joel Leadbetter, my husband or I (on my own behalf or on behalf of the partners of the Partnership or Win-Del) agreed to any extension of the periods provided in 26 U.S.C. § 6501 or 26 U.S.C. § 6229.

27. None of Win-Del, Valley Garden, Jill Connolly, John "Sam" Connolly, Kirk Leadbetter, Joel Leadbetter, my husband or I (in our capacities as notice partner or tax matters partner of the Partnership) received a Notice of Final Partnership Administrative Adjustment from the Internal Revenue Service at any point on or before April 17, 2003 for the tax year ending December 31, 1999.

28. None of Valley Garden, Jill Connolly, John "Sam" Connolly, Kirk Leadbetter, Joel Leadbetter, my husband or I have received any statutory notices of deficiency from the Internal Revenue Service for the tax year ending December 31, 1999.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2007,

Deborah Leadbetter

Deborah Leadbetter