EXHIBIT A
TO
DECLARATION OF DEBORAH LEADBETTER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TAX RETURN OF LEADBETTER FAMILY FLP
TAX YEAR ENDING DECEMBER 31, 1999

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Partnership Return of Income

For calendar year 1999, or tax year beginning July 01, 1999 and ending December 31, 1999

▶ See separate instructions.

OMB No. 1545-0099

**1999**

A Principal business activity: Agriculture, Forestry Fishing & Hunting

B Principal product or service: Beef Cattle Ranching & Farming

C Business code number: 112111

Use the IRS label. Otherwise, please print or type.

Name of partnership: LEADBETTER FAMILY LLP

Number, street, and room or suite no. If a P.O. box, see instructions.: 9477 RIVER ROAD

City or town, state, and ZIP code: BOZEMAN, MT 59718

D Employer identification number: 81-0519611

E Date business started: 06/24/1998

F Total assets (see instructions): $ 2,032,686

G Check applicable boxes: (1) [X] Initial return (2) [ ] Final return (3) [ ] Change in address (4) [ ] Amended return

H Check accounting method: (1) [ ] Cash (2) [X] Accrual (3) [ ] Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 8

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | Line | Description | | | | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 869,553 | | |
| | b | Less returns and allowances | 1b | | 1c | 869,553 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 478,301 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 391,252 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | |
| | 7 | Other income (loss) (attach schedule) | | | 7 | 46,744 |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 437,996 |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | 17,854 |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | 74,566 |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | 1,040 |
| | 14 | Taxes and licenses | See Stmt 1 | | 14 | 7,513 |
| | 15 | Interest | | | 15 | 50,800 |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | NONE | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | NONE |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc. | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions (attach schedule) | See Stmt 2 | | 20 | 131,172 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 282,945 |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | 155,051 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

COPY

▶ Signature of general partner or limited liability company member ▶ Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | Date 03/25/00 | Check if self-employed ▶ [ ] | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed) and address | ARTHUR ANDERSEN LLP | EIN ▶ | 36-0732690 |
| | 1225 17TH STREET, SUITE 3100 DENVER CO | ZIP code ▶ | 80202 |

**For Paperwork Reduction Act Notice, see separate instructions.** Form **1065** (1999)

JXB F 11/27/99

## Schedule A Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 847,417 |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | 78,773 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 926,190 |
| 7 | Inventory at end of year | 7 | 447,889 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 478,301 |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☒ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No

If "Yes," attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ General partnership b ☐ Limited partnership c ☐ Limited liability company<br>d ☒ Limited liability partnership e ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | Is this partnership a partner in another partnership? | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | X | |
| 5 | Does this partnership meet **ALL THREE** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; **AND**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 1999, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** in the instructions | X | |

## Designation of Tax Matters Partner (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ DEBORAH L. LEADBETTER Identifying number of TMP ▶ 517522767

Address of designated TMP ▶ 9477 RIVER ROAD
BOZEMAN, MT 59718

## Schedule K — Partners' Shares of Income, Credits, Deductions, etc.

| Section | | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 155,051 |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3 a | Gross income from other rental activities — 3a | | |
| | b | Expenses from other rental activities (attach schedule) — 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss): | | |
| | a | Interest income | 4a | 2,943 |
| | b | Ordinary dividends | 4b | 4,125 |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e | Net long-term capital gain (loss) (attach Schedule D (Form 1065)): | | |
| | | (1) 28% rate gain (loss) ▶ ______ (2) Total for year ▶ | 4e(2) | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 | Guaranteed payments to partners | 5 | |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | 1,234,622 |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 | Charitable contributions (attach schedule) | 8 | |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (itemize) | 10 | |
| | 11 | Other deductions (attach schedule) | 11 | |
| Credits | 12 a | Low-income housing credit: | | |
| | | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12a(1) | |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | 12a(2) | |
| | | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12a(3) | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | 12a(4) | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits | 13 | |
| Investment Interest | 14 a | Interest expense on investment debts | 14a | |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 7,068 |
| | | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15 a | Net earnings (loss) from self-employment | 15a | |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17 a | Type of income ▶ | | |
| | b | Name of foreign country or U.S. possession ▶ | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | |
| | d | Total applicable deductions and losses (attach schedule) | 17d | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | |
| | g | Other foreign tax information (attach schedule) | 17g | |
| Other | 18 | Sec 59(e)(2) expenditures: a Type ▶ ______ b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses Nondeductible Meals and Entertainment | 21 | 186 |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 3,900,126 |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items and amounts required to be reported separately to partners (attach schedule) | | See Stmt 3 |

Form 1065 (1999) LEADBETTER FAMILY LLP 81-0519611 Page 4

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Sch K, lns 1 through 7 in col (b). From the result, subtract the sum of Sch K, lns 8 through 11, 14a, 17e, & 18b — 1 — 1,396,741

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/ Other |
|---|---|---|---|---|---|---|
| a General partners | 20,951 | | 1,498 | 1,374,292 | | |
| b Limited partners | | | | | | |

## Schedule L — Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | -15,021 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | 447,889 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | 225,976 |
| 6 Other current assets (attach schedule) | See Stmt 4 | | | |
| 7 Mortgage and real estate loans | | | | 1,244,129 |
| 8 Other investments (attach schedule) | See Stmt 5 | | | |
| 9a Buildings and other depreciable assets | | | 82,900 | |
| b Less accumulated depreciation | | | | 82,900 |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | See Stmt 6 | | | 46,813 |
| 14 Total assets | | | | 2,032,686 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | See Stmt 7 | | | 530,189 |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | | | 1,502,497 |
| 22 Total liabilities and capital | | | | 2,032,686 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

(Not required if Question 5 on Schedule B is answered "Yes." See the instructions.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 1,396,284 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | a Tax-exempt interest $ | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17e, and 18b, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17e, and 18b (itemize): | | a Depreciation $ | |
| a Depreciation $ 271 | | | |
| b Travel and entertainment $ 186 | 457 | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 1,396,741 | 9 Income (loss) (Analysis of Net Income (Loss), line 1) Subtract line 8 from line 5 | 1,396,741 |

## Schedule M-2 — Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | | 6 Distributions: a Cash | 3,900,126 |
| 2 Capital contributed during year. See Stmt 8 | 4,011,135 | b Property | |
| 3 Net income (loss) per books | 1,396,284 | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | See Stmt 9 | 4,796 |
| | | 8 Add lines 6 and 7 | 3,904,922 |
| 5 Add lines 1 through 4 | 5,407,419 | 9 Balance at end of year. Subtract line 8 from line 5 | 1,502,497 |

Form **4797** | **Sales of Business Property** | OMB No. 1545-0184

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

▶ Attach to your tax return. ▶ See separate instructions.

**1999**

Department of the Treasury
Internal Revenue Service (99)

Attachment Sequence No. 27

Name(s) shown on return: LEADBETTER FAMILY LLP

Identifying number: 81-0519611

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 . . . . . . 1

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| 2 (a) Description of property | (b) Date acquired (mo.,day,yr.) | (c) Date sold (mo.,day,yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39 . . . . . . | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft . . . . . . | 6 | 1,234,622 |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . . | 7 | 1,234,622 |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . . | 8 | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see inst): . . . | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

## Part II Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| BIG BALE MANAGER | Various | Various | 2,000 | | 2,000 | |
| ROCK ROLLER | Various | Various | 1,000 | | 1,000 | |
| 1983 PICKUP | Various | Various | 1,000 | | 1,000 | |
| 2094 CASE TRACTOR | Various | Various | 20,000 | | 20,000 | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7 . . . . . . | 11 | |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . | 12 | |
| 13 Gain, if any, from line 31 . . . . . . | 13 | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . | 16 | |
| 17 Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . . . . | 17 | |
| 18 Combine lines 10 through 17. Enter gain or (loss) here, and on the appropriate line as follows: . . . . . . | 18 | |

a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

b For individual returns:

| | | |
|---|---|---|
| (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797 line 18b(1)." See instructions . . . . . . | 18b(1) | |
| (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 . . . . . . | 18b(2) | |

**For Paperwork Reduction Act Notice, see separate instructions.**



JXB F 11/4/99

LEADBETTER FAMILY LLP

No. 1
81-0519611



Form 4797 (1999)

## Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A RANCH | Various | 07/15/1999 |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (**Note:** See line 1 before completing.) | 20 | 6,700,000 | | | |
| 21 Cost or other basis plus expense of sale | 21 | 5,465,378 | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | NONE | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | 5,465,378 | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | 1,234,622 | | | |
| 25 **If section 1245 property:** | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the **smaller** of line 24 or 25a | 25b | NONE | | | |
| 26 **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 **If section 1254 property:** | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 **If section 1255 property:** | | | | | |
| a Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b Enter the **smaller** of line 24 or 29a (see instructions) | 29b | | | | |

### Summary of Part III Gains. Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | 1,234,622 |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | NONE |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | 1,234,622 |

## Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less

(See instructions.)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |



F 10/21/99

Form **4797**

Department of the Treasury
Internal Revenue Service (99)

# Sales of Business Property
**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

▶ Attach to your tax return. ▶ See separate instructions.

OMB No. 1545-0184

**1999**

Attachment Sequence No. 27

ALTERNATIVE MINIMUM TAX

Name(s) shown on return: LEADBETTER FAMILY LLP

Identifying number: 81-0519611

| | | |
|---|---|---|
| 1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 . . . | 1 | |

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| 2 (a) Description of property | (b) Date acquired (mo.,day,yr.) | (c) Date sold (mo.,day,yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39 . . . | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft . . . | 6 | 1,234,622 |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . | 7 | 1,234,622 |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions) . . . | 8 | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see inst): . . . | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

## Part II Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| BIG BALE MANAGER | Various | Various | 2,000 | | 2,000 | |
| ROCK ROLLER | Various | Various | 1,000 | | 1,000 | |
| 1983 PICKUP | Various | Various | 1,000 | | 1,000 | |
| 2094 CASE TRACTOR | Various | Various | 20,000 | | 20,000 | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7 . . . | 11 | |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable . . . | 12 | |
| 13 Gain, if any, from line 31 . . . | 13 | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a . . . | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . | 16 | |
| 17 Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . | 17 | |
| 18 Combine lines 10 through 17. Enter gain or (loss) here, and on the appropriate line as follows: . . . | 18 | |

a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

b For individual returns:

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797 line 18b(1)." See instructions . . . | 18b(1) |

(2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14. . . . | 18b(2) |

**For Paperwork Reduction Act Notice, see separate instructions.**

No. 1
81-0519611

LEADBETTER FAMILY LLP

ALTERNATIVE MINIMUM TAX

Form 4797 (1999) Page 2

**Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255**

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A RANCH | Various | 07/15/1999 |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (**Note:** See line 1 before completing.) | 20 | 6,700,000 | | | |
| 21 Cost or other basis plus expense of sale | 21 | 5,465,378 | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | NONE | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | 5,465,378 | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | 1,234,622 | | | |
| 25 **If section 1245 property:** | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the **smaller** of line 24 or 25a | 25b | NONE | | | |
| 26 **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 **If section 1254 property:** | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 **If section 1255 property:** | | | | | |
| a Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b Enter the **smaller** of line 24 or 29a (see instructions) | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | 1,234,622 |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | NONE |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | 1,234,622 |

**Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less**

(See instructions.)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

LEADBETTER FAMILY LLP
81-0519611

A STATEMENT ATTACHED TO AND MADE A PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999

**ELECTION TO ADJUST BASIS OF PARTNERSHIP PROPERTY:**

The partnership elects, under IRC Sec. 754 to adjust the basis of partnership property in the manner as approved by IRC Sec. 734(b) (in the case of a distribution of property) and IRC Sec. 743(b) (in the case of a transfer of a partnership interest). The following information is submitted in accordance with Reg. 1.754-1(b)(1):

1. Name: LEADBETTER FAMILY LLP
2. Address: 9477 RIVER ROAD, BOZEMAN, MT 59718

______________________________ ____________
Partner's Signature Date

**LEADBETTER FAMILY LLP**
**EIN: 81-0519611**

STATEMENT ATTACHED TO AND MADE PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999.

**ELECTION FOR THE RECURRING ITEM EXCEPTION**
**I.R.C. SECTION 461(h)(3)**

Pursuant to I.R.C. Section 461(h)(3), the limited liability partnership hereby elects the recurring item exception with respect to all types of items incurred in all trades or businesses in which the company engages.

**LEADBETTER FAMILY LLP**
**EIN: 81-0519611**

STATEMENT ATTACHED TO AND MADE PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999.

**ELECTION TO AMORTIZE START-UP EXPENDITURES**
**I.R.C. SECTION 195(b)**

Pursuant to I.R.C. Section 195(b), the limited liability partnership hereby elects to amortize its start-up expenditures over a period of 60 months beginning with the month in which the company begins the active conduct of the business for which it was organized.

LEADBETTER FAMILY LLP
EIN: 81-0519611

STATEMENT ATTACHED TO AND MADE PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999.

## ELECTION TO AMORTIZE ORGANIZATIONAL EXPENDITURES
## I.R.C. SECTION 709(b)

Pursuant to I.R.C. Section 709(b), the limited liability partnership hereby elects to amortize its organizational expenditures over a period of 60 months beginning with the month in which the company begins the active conduct of the business for which it was organized.

**LEADBETTER FAMILY LLP**
**EIN: 81-0519611**

STATEMENT ATTACHED TO AND MADE PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999.

## ELECTION TO RATABLY ACCRUE REAL PROPERTY TAXES
## I.R.C. SECTION 461(c)

Pursuant to I.R.C. Section 461(c) and Reg. Section 1.461-1(c)(3), the limited liability partnership hereby elects to ratably accrue real property taxes beginning with the tax year ended December 31, 1999. The election applies to all the real property held by Leadbetter Family, LLP.

Supplementary Statements
For Year Ended 12/31/1999

LEADBETTER FAMILY LLP 81-0519611

Statement 1
Form 1065, Page 1- Taxes & Licenses

| Description | Amount |
|---|---|
| GENERAL TAXES | 2,127 |
| PAYROLL TAXES | 5,386 |
| Total | 7,513 |

Supplementary Statements
For Year Ended 12/31/1999

LEADBETTER FAMILY LLP 81-0519611

Statement 2
Form 1065, Page 1 - Other Deductions

| Description | Amount |
|---|---|
| BANK CHARGES | 71 |
| LEGAL & ACCOUNTING | 5,143 |
| OFFICE SUPPLIES | 467 |
| REGISTRATION FEE | 347 |
| TELEPHONE | 4,622 |
| TRAVEL | 1,661 |
| CATTLE VET & MEDICINE | 582 |
| FEED - CATTLE | 1,892 |
| MISC. CATTLE EXP. | 6,974 |
| DIESEL | 660 |
| ELECTRICITY | 1,379 |
| EMPLOYEE BOARD | 6,241 |
| FEED - NON CATTLE | 22 |
| FUEL | 49 |
| GAS & OIL | 3,679 |
| GENERAL INSURANCE | 5,650 |
| HORSESHOEING | 715 |
| IRRIGATION ELECTRICITY | 9,344 |
| MISC. DIRECT EXPENSE | 400 |
| HEALTH INSURANCE | 5,298 |
| ROAD IMPROVEMENT | 590 |
| SUPPLIES | 1,181 |
| TRUCK LEASE | 3,661 |
| VET & MEDICINE - NON CATTLE | 61 |
| HEDGING LOSS | 54,018 |
| MEALS & ENTERTAINMENT | 185 |
| FEEDLOT | 16,280 |
| Total | 131,172 |

Supplementary Statements
For Year Ended 12/31/1999

LEADBETTER FAMILY LLP 81-0519611

Statement 3
Form 1065, Sch. K - Separately Stated Information

| Description | Amount |
|---|---|
| DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL | 126 |

Supplementary Statements
For Year Ended 12/31/1999

LEADBETTER FAMILY LLP 81-0519611

Statement 4
Form 1065, Pg. 4 Sch L - Other Current Assets

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| CONTRACTS RECEIVABLE - LEADBETTER | | 225,976 |
| Total | | 225,976 |

Statement 5
Form 1065, Page 4 Sch L - Other Investments

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| DANA STOCK INVESTMENT | | 122,810 |
| DEAN WITTER INVESTMENT | | 1,121,319 |
| Total | | 1,244,129 |

Statement 6
Form 1065, Page 4 Sch L - Other Assets

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| CERTIFICATE OF INDEBTEDNESS | | 700 |
| UNAMORTIZED LOAN FEES | | 6,113 |
| HOLDBACK ESCROW | | 40,000 |
| Total | | 46,813 |

Supplementary Statements
For Year Ended 12/31/1999

LEADBETTER FAMILY LLP 81-0519611

Statement 7
Activity Level Other Current Liabilities

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| COST ALLOCATION | | 530,189 |
| Total | | 530,189 |

Supplementary Statements
For Year Ended 12/31/1999

ADBETTER FAMILY LLP 81-0519611

atement 8
tivity Level Sch M-2 - Contributions to Capital

| Description | Amount | Partner Contributing |
|---|---|---|
| \PITAL CONTRIBUTION-DEBORAH | 1,843 | LEADBETTER, DEBORAH L. (Ptnr No. 1) |
| \PITAL CONTRIBUTION-DAN | 1,545 | LEADBETTER, DAN J. (Ptnr No. 2) |
| \PITAL CONTRIBUTION-KIRK | 305 | LEADBETTER, KIRK C. (Ptnr No. 5) |
| \PITAL CONTRIBUTION-JOEL | 305 | LEADBETTER, JOEL D. (Ptnr No. 3) |
| \PITAL CONTRIBUTION-JILL | 271 | CONNOLLY, JILL L. (Ptnr No. 4) |
| \PITAL CONTRIBUTION-JOHN | 35 | CONNOLLY, JOHN P. (Ptnr No. 6) |
| \PITAL CONTRIBUTION-VALLEY GARDEN RANCH | 60,167 | VALLEY GARDEN RANCH, INC. (Ptnr No. 7) |
| \PITAL CONTRIBUTION-WIN-DEL | 3,946,664 | WIN-DEL, LLP (Ptnr No. 8) |
| otal | 4,011,135 | |

Supplementary Statements
For Year Ended 12/31/1999

LEADBETTER FAMILY LLP 81-0519611

Statement 9
Activity Level Sch M-2 - Other Decr in Capital

| Description | Amount |
|---|---|
| PRIOR PERIOD ADJUSTMENTS | 4,796 |
| Total | 4,796 |