SCHEDULE K-1 (Form 1065)
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning July 01, 1999 and ending December 31, 1999

OMB No. 1545-0099

1999

Partner's identifying number ▶ 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

Partner's name, address, and ZIP code    Ptnr No. 1

DEBORAH L. LEADBETTER
9477 RIVER ROAD
BOZEMAN, MT 59718

Partnership's identifying number ▶ 81-0519611

Partnership's name, address, and ZIP code

LEADBETTER FAMILY LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.045950 % |
| Loss sharing | % | 0.045950 % |
| Ownership of capital | % | 0.045950 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 1,843 | 639 | ( 389 ) | 2,093 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 71 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 2 | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | 2 | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 567 | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 1999

JXB F 11/29/99

DEBORAH L. LEADBETTER

81-0519611
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
Ptnr No. 1



Schedule K-1 (Form 1065) 1999

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | 4 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 | Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 389 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL 54

LEADBETTER FAMILY LP 81-0519611
DEBORAH L. LEADBETTER 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
Ptnr No. 1

# Schedule K-1, Question J(c) - Calculation Detail

| | | | |
|---|---|---|---|
| 1. Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 642 |
| 2. Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | 2a | | |
| b. | 2b | | |
| c. | 2c | | |
| d. | 2d | | |
| e. | 2e | | |
| f. | 2f | | |
| g. | 2g | | |
| h. | 2h | | |
| i. | 2i | | |
| j. | 2j | | |
| k. | 2k | | |
| l. | 2l | | |
| m. Total M-1 adjustments | 2m | | |
| 3. Net income per books - Schedule M-2, line 3 | 3 | | 642 |
| 4. Other increases - Schedule M-2, line 4: | 4 | | |
| a. | 4a | | |
| b. | 4b | | |
| c. Total increases | 4c | | |
| 5. Other decreases - Schedule M-2, line 7: | 5 | | |
| a. PRIOR PERIOD ADJUSTMENTS | 5a | 3 | |
| b. | 5b | | |
| c. Total decreases | 5c | | 3 |
| 6. Question J column (c) | 6 | | 639 |

OMB No. 1545-0099

**1999**

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning July 01, 1999 and ending December 31, 1999

Partner's identifying number ▶ 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

Partner's name, address, and ZIP code Ptnr No. 2

DAN J. LEADBETTER
9477 RIVER ROAD
BOZEMAN, MT 59718

Partnership's identifying number ▶ 81-0519611

Partnership's name, address, and ZIP code

LEADBETTER FAMILY LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.038520 % |
| Loss sharing | % | 0.038520 % |
| Ownership of capital | % | 0.038520 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 1,545 | 537 | ( 326 ) | 1,756 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 60 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 1 | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | 2 | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 476 | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 1999

JXB F 11/29/99

LEADBETTER FAMILY LLP
DAN J. LEADBETTER

81-0519611
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
Ptnr No. 2



| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | 3 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 | Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 326 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

Supplemental Information

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL 45

LEADBETTER FAMILY LLP 81-0519611
DAN J. LEADBETTER 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
Ptnr No. 2

# Schedule K-1, Question J(c) - Calculation Detail

| | | | |
|---|---|---|---|
| 1. Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 539 |
| 2. Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | 2a | | |
| b. | 2b | | |
| c. | 2c | | |
| d. | 2d | | |
| e. | 2e | | |
| f. | 2f | | |
| g. | 2g | | |
| h. | 2h | | |
| i. | 2i | | |
| j. | 2j | | |
| k. | 2k | | |
| l. | 2l | | |
| m. Total M-1 adjustments | 2m | | |
| 3. Net income per books - Schedule M-2, line 3 | 3 | | 539 |
| 4. Other increases - Schedule M-2, line 4: | 4 | | |
| a. | 4a | | |
| b. | 4b | | |
| c. Total increases | 4c | | |
| 5. Other decreases - Schedule M-2, line 7: | 5 | | |
| a. PRIOR PERIOD ADJUSTMENTS | 5a | 2 | |
| b. | 5b | | |
| c. Total decreases | 5c | | 2 |
| 6. Question J column (c) | 6 | | 537 |

F 11/19/98

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning July 01,1999 , and ending December 31,1999

OMB No. 1545-0099

**1999**

Partner's identifying number ▶ 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

Partner's name, address, and ZIP code Ptnr No. 3

JOEL D. LEADBETTER
2165 CHAMBERS DRIVE
BOZEMAN, MT 59729

Partnership's identifying number ▶ 81-0519611

Partnership's name, address, and ZIP code

LEADBETTER FAMILY LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a [X] general partner [ ] limited partner
[ ] limited liability company member

B What type of entity is this partner? ▶ Individual

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.007600 % |
| Loss sharing | % | 0.007600 % |
| Ownership of capital | % | 0.007600 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 305 | 106 | ( 65 ) | 346 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 12 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 94 | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065. Schedule K-1 (Form 1065) 1999

JXB F 11/29/99

81-0519611
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
Ptnr No. 3



| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 | Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 65 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR
DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL 9

LEADBETTER FAMILY LLP 81-0519611
JOEL D. LEADBETTER 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
Ptnr No. 3

# Schedule K-1, Question J(c) - Calculation Detail

| | | | |
|---|---|---|---|
| 1. Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 106 |
| 2. Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | 2a | | |
| b. | 2b | | |
| c. | 2c | | |
| d. | 2d | | |
| e. | 2e | | |
| f. | 2f | | |
| g. | 2g | | |
| h. | 2h | | |
| i. | 2i | | |
| j. | 2j | | |
| k. | 2k | | |
| l. | 2l | | |
| m. Total M-1 adjustments | 2m | | |
| 3. Net income per books - Schedule M-2, line 3 | 3 | | 106 |
| 4. Other increases - Schedule M-2, line 4: | 4 | | |
| a. | 4a | | |
| b. | 4b | | |
| c. Total increases | 4c | | |
| 5. Other decreases - Schedule M-2, line 7: | 5 | | |
| a. | 5a | | |
| b. | 5b | | |
| c. Total decreases | 5c | | |
| 6. Question J column (c) | 6 | | 106 |

F 11/19/98

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning July 01, 1999 , and ending December 31, 1999

OMB No. 1545-0099

**1999**

Partner's identifying number ▶ 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

Partner's name, address, and ZIP code Ptnr No. 4

JILL L. CONNOLLY
BOX 1329
ENNIS, MT 59729

Partnership's identifying number ▶ 81-0519611

Partnership's name, address, and ZIP code

LEADBETTER FAMILY LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a ☒ general partner ☐ limited partner
☐ limited liability company member

B What type of entity is this partner? ▶ Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.006760 % |
| Loss sharing | % | 0.006760 % |
| Ownership of capital | % | 0.006760 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number . ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 271 | 93 | ( 57 ) | 307 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 10 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 83 | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Credits | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 1999

JXB F 11/29/99

LEADBETTER FAMILY LLC
JILL L. CONNOLLY

81-0519611
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
Ptnr No. 4



| Section | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or possession ▶ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 57 | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR
DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL 8

LEADBETTER FAMILY LLP
JILL L. CONNOLLY

81-0519611
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
Ptnr No. 4

# Schedule K-1, Question J(c) - Calculation Detail

| | | | | |
|---|---|---|---|---|
| 1. | Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 93 |
| 2. | Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | | 2a | | |
| b. | | 2b | | |
| c. | | 2c | | |
| d. | | 2d | | |
| e. | | 2e | | |
| f. | | 2f | | |
| g. | | 2g | | |
| h. | | 2h | | |
| i. | | 2i | | |
| j. | | 2j | | |
| k. | | 2k | | |
| l. | | 2l | | |
| m. | Total M-1 adjustments | 2m | | |
| 3. | Net income per books - Schedule M-2, line 3 | 3 | | 93 |
| 4. | Other increases - Schedule M-2, line 4: | 4 | | |
| a. | | 4a | | |
| b. | | 4b | | |
| c. | Total increases | 4c | | |
| 5. | Other decreases - Schedule M-2, line 7: | 5 | | |
| a. | | 5a | | |
| b. | | 5b | | |
| c. | Total decreases | 5c | | |
| 6. | Question J column (c) | 6 | | 93 |

OMB No. 1545-0099

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

**1999**

For calendar year 1999 or tax year beginning July 01, 1999 and ending December 31, 1999

**Partner's identifying number** ▶ 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
Partner's name, address, and ZIP code Ptnr No. 5

KIRK C. LEADBETTER
2535 RIDGE POINTE DRIVE
ANCHORAGE, AK 99515-2712

**Partnership's identifying number** ▶ 81-0519611
Partnership's name, address, and ZIP code

LEADBETTER FAMILY LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member
B What type of entity is this partner? ▶ Individual
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.007600 % |
| Loss sharing | % | 0.007600 % |
| Ownership of capital | % | 0.007600 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse $
Qualified nonrecourse financing $
Other $
G Tax shelter registration number ▶
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐
I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 305 | 106 | ( 65 ) | 346 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 12 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 94 | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Credits | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065. **Schedule K-1 (Form 1065) 1999**

JXB F 11/29/99

LEADBETTER FAMILY LP
KIRK C. LEADBETTER

81-0519611
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
Ptnr No. 5



Schedule K-1 (Form 1065) 1999

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 | Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 65 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR
DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL 9

Schedule K-1 (Form 1065) 1999

LEADBETTER FAMILY LLP
KIRK C. LEADBETTER

81-0519611
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
Ptnr No. 5

# Schedule K-1, Question J(c) - Calculation Detail

| | | | |
|---|---|---|---|
| 1. Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 106 |
| 2. Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | 2a | | |
| b. | 2b | | |
| c. | 2c | | |
| d. | 2d | | |
| e. | 2e | | |
| f. | 2f | | |
| g. | 2g | | |
| h. | 2h | | |
| i. | 2i | | |
| j. | 2j | | |
| k. | 2k | | |
| l. | 2l | | |
| m. Total M-1 adjustments | 2m | | |
| 3. Net income per books - Schedule M-2, line 3 | 3 | | 106 |
| 4. Other increases - Schedule M-2, line 4: | 4 | | |
| a. | 4a | | |
| b. | 4b | | |
| c. Total increases | 4c | | |
| 5. Other decreases - Schedule M-2, line 7: | 5 | | |
| a. | 5a | | |
| b. | 5b | | |
| c. Total decreases | 5c | | |
| 6. Question J column (c) | 6 | | 106 |

F 11/19/98

OMB No. 1545-0099

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning July 01, 1999 and ending December 31, 1999

**1999**

Partner's identifying number ▶ 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

Partner's name, address, and ZIP code — Ptnr No. 6

JOHN P. CONNOLLY
BOX 1329
ENNIS, MT 59729

Partnership's identifying number ▶ 81-0519611

Partnership's name, address, and ZIP code

LEADBETTER FAMILY LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of: (i) Before change or termination / (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.000870 % |
| Loss sharing | % | 0.000870 % |
| Ownership of capital | % | 0.000870 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 35 | 12 | ( 7 ) | 40 |

| Section | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 1 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 11 | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Credits | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

LEADBETTER FAMILY LLP
JOHN P. CONNOLLY

81-0519611
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
Ptnr No. 6



| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or possession ▶ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 7 | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

Supplemental Information

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR
DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL 1

LEADBETTER FAMILY LLP 81-0519611
JOHN P. CONNOLLY 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
Ptnr No. 6

## Schedule K-1, Question J(c) - Calculation Detail

| | | | |
|---|---|---|---|
| 1. Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 12 |
| 2. Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | 2a | | |
| b. | 2b | | |
| c. | 2c | | |
| d. | 2d | | |
| e. | 2e | | |
| f. | 2f | | |
| g. | 2g | | |
| h. | 2h | | |
| i. | 2i | | |
| j. | 2j | | |
| k. | 2k | | |
| l. | 2l | | |
| m. Total M-1 adjustments | 2m | | |
| 3. Net income per books - Schedule M-2, line 3 | 3 | | 12 |
| 4. Other increases - Schedule M-2, line 4: | 4 | | |
| a. | 4a | | |
| b. | 4b | | |
| c. Total increases | 4c | | |
| 5. Other decreases - Schedule M-2, line 7: | 5 | | |
| a. | 5a | | |
| b. | 5b | | |
| c. Total decreases | 5c | | |
| 6. Question J column (c) | 6 | | 12 |

F 11/19/98

SCHEDULE K-1 (Form 1065)
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning July 01,1999 and ending December 31,1999

OMB No. 1545-0099

**1999**

Partner's identifying number ▶ 81-0243394

Partner's name, address, and ZIP code — Ptnr No. 7

VALLEY GARDEN RANCH, INC.
9477 RIVER ROAD
BOZEMAN, MT 59718

Partnership's identifying number ▶ 81-0519611

Partnership's name, address, and ZIP code

LEADBETTER FAMILY LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a [X] general partner [ ] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ S-Corporation

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of: (i) Before change or termination / (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 1.500000 % |
| Loss sharing | % | 1.500000 % |
| Ownership of capital | % | 1.500000 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 60,167 | 20,872 | ( 58,497 ) | 22,542 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 2,326 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 44 | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | 62 | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 18,519 | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 1999

JXB F 11/29/99

LEADBETTER FAMILY LLP
VALLEY GARDEN RANCH, INC.

81-0519611
81-0243394
Ptnr No. 7



| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | 106 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 | Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses. See Stmt 1 | 21 | 3 | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 58,497 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

Supplementary Statements
For Year Ended 12/31/1999

LEADBETTER FAMILY LLP
VALLEY GARDEN RANCH, INC. 81-0519611
Partner ID: 7 Partner TIN: 81-0243394

Statement 1
Schedule K-1 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Nondeductible Meals and Entertainment | 3 |
| Total | 3 |

LEADBETTER FAMILY LLP 81-0519611
VALLEY GARDEN RANCH, INC. 81-0243394
Ptnr No. 7

# Schedule K-1, Question J(c) - Calculation Detail

| | | Line | Amount | Total |
|---|---|---|---|---|
| 1. | Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 20,951 |
| 2. | Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | Depreciation recorded on books not included on Sch K | 2a | -4 | |
| b. | Travel and Entertainment | 2b | -3 | |
| c. | | 2c | | |
| d. | | 2d | | |
| e. | | 2e | | |
| f. | | 2f | | |
| g. | | 2g | | |
| h. | | 2h | | |
| i. | | 2i | | |
| j. | | 2j | | |
| k. | | 2k | | |
| l. | | 2l | | |
| m. | Total M-1 adjustments | 2m | | -7 |
| 3. | Net income per books - Schedule M-2, line 3 | 3 | | 20,944 |
| 4. | Other increases - Schedule M-2, line 4: | 4 | | |
| a. | | 4a | | |
| b. | | 4b | | |
| c. | Total increases | 4c | | |
| 5. | Other decreases - Schedule M-2, line 7: | 5 | | |
| a. | PRIOR PERIOD ADJUSTMENTS | 5a | 72 | |
| b. | | 5b | | |
| c. | Total decreases | 5c | | 72 |
| 6. | Question J column (c) | 6 | | 20,872 |

F 11/19/98

OMB No. 1545-0099

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning July 01, 1999 and ending December 31, 1999

**1999**

Partner's identifying number ▶ 81-0526764

Partner's name, address, and ZIP code Ptnr No. 8

WIN-DEL, LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

Partnership's identifying number ▶ 81-0519611

Partnership's name, address, and ZIP code

LEADBETTER FAMILY LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a [X] general partner [ ] limited partner
[ ] limited liability company member

B What type of entity is this partner? ▶ LLP

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 98.392700 % |
| Loss sharing | % | 98.392700 % |
| Ownership of capital | % | 98.392700 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number . ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 3,946,664 | 1,369,123 | ( 3,840,720 ) | 1,475,067 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 152,559 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 2,896 | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | 4,059 | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 1,214,778 | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Credits | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | Form 8586, line 5 |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

Schedule K-1 (Form 1065) 1999

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | 6,955 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 | Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses See Stmt 1 | 21 | 183 | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 3,840,720 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

Supplemental Information

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

Supplementary Statements
For Year Ended 12/31/1999

LEADBETTER FAMILY LLP
WIN-DEL, LLP
Partner ID: 8

81-0519611
Partner TIN: 81-0526764

Statement 1
Schedule K-1 - Nondeductible Expenses

| Description | Amount |
| --- | --- |
| Nondeductible Meals and Entertainment | 183 |
| Total | 183 |

LEADBETTER FAMILY LLP 81-0519611
WIN-DEL, LLP 81-0526764
Ptnr No. 8

## Schedule K-1, Question J(c) - Calculation Detail

| | | | | |
|---|---|---|---|---|
| 1. | Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 1,374,292 |
| 2. | Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | Depreciation recorded on books not included on Sch K | 2a | -267 | |
| b. | Travel and Entertainment | 2b | -183 | |
| c. | | 2c | | |
| d. | | 2d | | |
| e. | | 2e | | |
| f. | | 2f | | |
| g. | | 2g | | |
| h. | | 2h | | |
| i. | | 2i | | |
| j. | | 2j | | |
| k. | | 2k | | |
| l. | | 2l | | |
| m. | Total M-1 adjustments | 2m | | -450 |
| 3. | Net income per books - Schedule M-2, line 3 | 3 | | 1,373,842 |
| 4. | Other increases - Schedule M-2, line 4: | 4 | | |
| a. | | 4a | | |
| b. | | 4b | | |
| c. | Total increases | 4c | | |
| 5. | Other decreases - Schedule M-2, line 7: | 5 | | |
| a. | PRIOR PERIOD ADJUSTMENTS | 5a | 4,719 | |
| b. | | 5b | | |
| c. | Total decreases | 5c | | 4,719 |
| 6. | Question J column (c) | 6 | | 1,369,123 |

F 11/19/98