EXHIBIT B
TO
DECLARATION OF DEBORAH LEADBETTER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TAX RETURN OF WIN-DEL LLP
TAX YEAR ENDING DECEMBER 31, 1999

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Partnership Return of Income

For calendar year 1999, or tax year beginning ______ and ending ______
▶ See separate instructions.

OMB No. 1545-0099
**1999**

| | | |
|---|---|---|
| A Principal business activity: INVESTMENT | Name of partnership: WIN-DEL, LLP | D Employer identification number: 81-0526764 |
| B Principal product or service: INVESTMENT | Number, street, and room or suite no. If a P.O. box, see instructions.: 9477 RIVER ROAD | E Date business started: 07/02/1999 |
| C Business code number: 523900 | City or town, state, and ZIP code: BOZEMAN, MT 59718 | F Total assets (see instructions): $ 1,989,724 |

Use the IRS label. Otherwise, please print or type.

G Check applicable boxes: (1) ☒ Initial return (2) ☐ Final return (3) ☐ Change in address (4) ☐ Amended return
H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | | | |
| b | Less returns and allowances | 1b | | 1c | NONE |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | NONE |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) See Stmt 1 | | | 4 | 152,559 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | |
| 7 | Other income (loss) (attach schedule) | | | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | 152,559 |

**Deductions (see instructions for limitations)**

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| 10 | Guaranteed payments to partners | | | 10 | |
| 11 | Repairs and maintenance | | | 11 | |
| 12 | Bad debts | | | 12 | |
| 13 | Rent | | | 13 | |
| 14 | Taxes and licenses | | | 14 | |
| 15 | Interest | | | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | NONE | | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | NONE |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| 18 | Retirement plans, etc. | | | 18 | |
| 19 | Employee benefit programs | | | 19 | |
| 20 | Other deductions (attach schedule) | | | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | NONE |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | 152,559 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

COPY

▶ Signature of general partner or limited liability company member ▶ Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 03/25/00 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed) and address ▶ | ARTHUR ANDERSEN LLP | EIN ▶ | 36-0732690 |
| | 1225 17TH STREET, SUITE 3100 DENVER CO | ZIP code ▶ | 80202 |

## Schedule A Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | NONE |

9a Check all methods used for valuing closing inventory:
(i) ☐ Cost as described in Regulations section 1.471-3
(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
(iii) ☐ Other (specify method used and attach explanation) ▶
b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ General partnership b ☐ Limited partnership c ☐ Limited liability company<br>d ☒ Limited liability partnership e ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | Is this partnership a partner in another partnership? | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **ALL THREE** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; **AND**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 1999, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** in the instructions | | X |

### Designation of Tax Matters Partner (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ DEBORAH LEADBETTER    Identifying number of TMP ▶ 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

Address of designated TMP ▶ 9477 RIVER ROAD
BOZEMAN, MT 59718

Form 1065 (1999) WIN-DEL, LLP 81-0526764 Page 3

**Schedule K — Partners' Shares of Income, Credits, Deductions, etc.**

| Section | Line | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 152,559 |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3 a | Gross income from other rental activities — 3a | | |
| | b | Expenses from other rental activities (attach schedule) — 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss): | | |
| | a | Interest income | 4a | 13,889 |
| | b | Ordinary dividends | 4b | 7,717 |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e | Net long-term capital gain (loss) (attach Schedule D (Form 1065)): (1) 28% rate gain (loss) ▶ ____ (2) Total for year ▶ | 4e(2) | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 | Guaranteed payments to partners | 5 | |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | 1,214,778 |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 | Charitable contributions (attach schedule) | 8 | |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (itemize) | 10 | |
| | 11 | Other deductions (attach schedule) | 11 | |
| Credits | 12 a | Low-income housing credit: | | |
| | | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12a(1) | |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | 12a(2) | |
| | | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12a(3) | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | 12a(4) | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits | 13 | |
| Investment Interest | 14 a | Interest expense on investment debts | 14a | |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 21,606 |
| | | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15 a | Net earnings (loss) from self-employment | 15a | |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17 a | Type of income ▶ | | |
| | b | Name of foreign country or U.S. possession ▶ | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | |
| | d | Total applicable deductions and losses (attach schedule) | 17d | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | |
| | g | Other foreign tax information (attach schedule) | 17g | |
| Other | 18 | Sec 59(e)(2) expenditures: a Type ▶ ____ b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses See Stmt 2 | 21 | 450 |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 3,341,214 |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items and amounts required to be reported separately to partners (attach schedule) | | See Stmt 3 |

F 11/24/99 Form 1065 (1999)

Form 1065 (1999) WIN-DEL, LLP 81-0526764 Page 4

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Sch K, lns 1 through 7 in col (b). From the result, subtract the sum of Sch K, lns 8 through 11, 14a, 17e, & 18b | 1 | 1,388,943

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/ Other |
|---|---|---|---|---|---|---|
| a General partners | | 71 | | | | |
| b Limited partners | 1,388,801 | | 71 | | | |

## Schedule L Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | 514,157 |
| 2a Trade notes and accounts receivable | | | 500 | |
| b Less allowance for bad debts | | | | 500 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | See Stmt 4 | | | 1,475,067 |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | | | 1,989,724 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | | | 1,989,724 |
| 22 Total liabilities and capital | | | | 1,989,724 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

(Not required if Question 5 on Schedule B is answered "Yes." See the instructions.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 1,388,493 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17e, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17e, and 18b (itemize): a Depreciation $ b Travel and entertainment $ See Stmt 5 450 | 450 | 8 Add lines 6 and 7 | |
| | | 9 Income (loss) (Analysis of Net Income (Loss), line 1) Subtract line 8 from line 5 | 1,388,943 |
| 5 Add lines 1 through 4 | 1,388,943 | | |

## Schedule M-2 Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | | 6 Distributions: a Cash | 3,341,214 |
| 2 Capital contributed during year. See Stmt 6 | 3,947,164 | b Property | |
| 3 Net income (loss) per books | 1,388,493 | 7 Other decreases (itemize): See Stmt 7 | 4,719 |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | 3,345,933 |
| 5 Add lines 1 through 4 | 5,335,657 | 9 Balance at end of year. Subtract line 8 from line 5 | 1,989,724 |

Form **4797** Department of the Treasury Internal Revenue Service (99)

# Sales of Business Property
**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

▶ Attach to your tax return. ▶ See separate instructions.

OMB No. 1545-0184 **1999** Attachment Sequence No. 27

Name(s) shown on return: WIN-DEL, LLP

Identifying number: 81-0526764

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 . . . 1

**Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year**

| 2 (a) Description of property | (b) Date acquired (mo.,day,yr.) | (c) Date sold (mo.,day,yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| From Sch K-1 (1065) | | | | | | 1,214,778 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | 7 | 1,214,778 |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see inst): | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

**Part II Ordinary Gains and Losses**

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 | 11 | |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) | 17 | |
| 18 | Combine lines 10 through 17. Enter gain or (loss) here, and on the appropriate line as follows: | 18 | |

a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

b For individual returns:

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797 line 18b(1)." See instructions . . . 18b(1)

(2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14. . . 18b(2)

WIN-DEL, LLP 81-0526764



## Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (**Note:** See line 1 before completing.) | 20 | | | | |
| 21 Cost or other basis plus expense of sale | 21 | | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 **If section 1245 property:** | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 **If section 1254 property:** | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 **If section 1255 property:** | | | | | |
| a Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b Enter the **smaller** of line 24 or 29a (see instructions) | 29b | | | | |

## Summary of Part III Gains. Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | NONE |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | NONE |

## Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less

(See instructions.)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |



F 10/21/99

Form **4797**

Department of the Treasury
Internal Revenue Service (99)

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

▶ Attach to your tax return. ▶ See separate instructions.

OMB No. 1545-0184

**1999**

Attachment Sequence No. 27

ALTERNATIVE MINIMUM TAX

Name(s) shown on return: WIN-DEL, LLP

Identifying number: 81-0526764

| | | | |
|---|---|---|---|
| 1 | Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 | 1 | |

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| 2 (a) Description of property | (b) Date acquired (mo.,day,yr.) | (c) Date sold (mo.,day,yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| From Sch K-1 (1065) | | | | | | 1,214,778 |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | 7 | 1,214,778 |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see inst): | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

## Part II Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 | 11 | |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) | 17 | |
| 18 | Combine lines 10 through 17. Enter gain or (loss) here, and on the appropriate line as follows: | 18 | |

a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

b For individual returns:

| | | | |
|---|---|---|---|
| (1) | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797 line 18b(1)." See instructions | 18b(1) | |
| (2) | Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 | 18b(2) | |

**For Paperwork Reduction Act Notice, see separate instructions.**



JXB F 11/4/99

WIN-DEL, LLP 81-0526764

Form 4797 (1999) ALTERNATIVE MINIMUM TAX Page 2

## Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (**Note:** See line 1 before completing.) | 20 | | | | |
| 21 Cost or other basis plus expense of sale | 21 | | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 **If section 1245 property:** | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 **If section 1252 property:** Skip this section if you did not dispose of of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 **If section 1254 property:** | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 **If section 1255 property:** | | | | | |
| a Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b Enter the **smaller** of line 24 or 29a (see instructions) | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | NONE |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | NONE |

## Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less

(See instructions.)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

WIN-DEL, LLP
EIN: 81-0526764

STATEMENT ATTACHED TO AND MADE PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999.

**ELECTION TO RATABLY ACCRUE REAL PROPERTY TAXES**
**I.R.C. SECTION 461(c)**

Pursuant to I.R.C. Section 461(c) and Reg. Section 1.461-1(c)(3), the limited liability partnership hereby elects to ratably accrue real property taxes beginning with the tax year ended December 31, 1999. The election applies to all the real property held by Win-Del, LLP.

**WIN-DEL, LLP**
**EIN: 81-0526764**

STATEMENT ATTACHED TO AND MADE PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999.

## ELECTION FOR THE RECURRING ITEM EXCEPTION
## I.R.C. SECTION 461(h)(3)

Pursuant to I.R.C. Section 461(h)(3), the limited liability partnership hereby elects the recurring item exception with respect to all types of items incurred in all trades or businesses in which the company engages.

**WIN-DEL, LLP**
**EIN: 81-0526764**

STATEMENT ATTACHED TO AND MADE PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999.

**ELECTION TO AMORTIZE START-UP EXPENDITURES**
**I.R.C. SECTION 195(b)**

Pursuant to I.R.C. Section 195(b), the limited liability partnership hereby elects to amortize its start-up expenditures over a period of 60 months beginning with the month in which the company begins the active conduct of the business for which it was organized.

**WIN-DEL, LLP**
**EIN: 81-0526764**

STATEMENT ATTACHED TO AND MADE PART OF
THE U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999.

**ELECTION TO AMORTIZE ORGANIZATIONAL EXPENDITURES**
**I.R.C. SECTION 709(b)**

Pursuant to I.R.C. Section 709(b), the limited liability partnership hereby elects to amortize its organizational expenditures over a period of 60 months beginning with the month in which the company begins the active conduct of the business for which it was organized.

Supplementary Statements
For Year Ended 12/31/1999

WIN-DEL, LLP 81-0526764

Statement 1
Form 1065, Pg 1 - Ord. Inc. from 1041 & 1065 FT's

| Partnership or Fiduciary | Street Address | City, State and Zip | EIN | Ordinary Income/Loss |
|---|---|---|---|---|
| LEADBETTER FAMILY LLP | 9477 RIVER ROAD | BOZEMAN, MT 59718 | 81-0519611 | 152,559 |
| Total | | | | 152,559 |

Supplementary Statements
For Year Ended 12/31/1999

WIN-DEL, LLP 81-0526764

Statement 2
Form 1065, Schedule K - Nondeductible Expenses

| Description | Amount |
|---|---|
| Nondeductible Expenses from 1065 FT K-1 | 183 |
| DEPRECIATION ADJUSTMENT FROM FLOW-THROUGH K-1 | 267 |
| Total | 450 |

Statement 3
Form 1065, Sch. K - Separately Stated Information

| Description | Amount |
|---|---|
| DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL | 494 |

Supplementary Statements
For Year Ended 12/31/1999

WIN-DEL, LLP 81-0526764

Statement 4
Form 1065, Page 4 Sch L - Other Investments

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| INVESMENT IN LEADBETTER LLP | | 1,475,067 |
| Total | | 1,475,067 |

Statement 5
Form 1065, Sch M-1 -Expenses on Books Not on Sch K

| Description | Amount |
|---|---|
| Nondeductible Expenses from 1065 FT K-1 | 183 |
| DEPRECIATION ADJUSTMENT FROM FLOW-THROUGH K-1 | 267 |
| Total | 450 |

Statement 6
Form 1065, Schedule M-2 - Contributions to Capital

| Description | Amount |
|---|---|
| DEBORAH LEADBETTER | 250 |
| DAN LEADBETTER | 250 |
| VALLEY GARDEN RANCH, INC. | 3,946,664 |
| Total | 3,947,164 |

Supplementary Statements
For Year Ended 12/31/1999

WIN-DEL, LLP 81-0526764

Statement 7
Form 1065, Sch M-2 - Other Decreases in Capital

| Description | Amount |
| --- | --- |
| PRIOR PERIOD ADJUSTMENT FROM FLOW-THROUGH K-1 | 4,719 |
| Total | 4,719 |

MONTANA
PR-1
Rev. 8-99

DO NOT WRITE IN THIS SPACE

# PARTNERSHIP RETURN OF INCOME 1999

For Fiscal year beginning ____________ and ending ____________

To also be filed by Syndicated, Pools, Joint Ventures, etc.

AN EXTENSION OF TIME TO FILE THIS RETURN IS NOT REQUIRED

Return to: Montana Department of Revenue, PO Box 5805, Helena, MT 59604-5805

NOTE: Attachment of the Federal Partnership return is not required, however the department may request a copy at a later date pursuant to 15-30-133 MCA. Filing of an Individual Income Tax return may be required by the partners.

CORRECT LABEL IF NECESSARY

Principal Business: INVESTMENT

Partnership Name: WIN-DEL, LLP

Federal ID #: 81-0526764

Address: 9477 RIVER ROAD

Date Dissolved:

City State Zip Code: BOZEMAN, MT 59718

Date Organized: 07/02/1999

All requested information below must be completed. If there are more than 8 partners, attach K-1's.

## Partner's Share of Income/Loss

Please Type or Print

* Enter all of a resident partner's ordinary income. Enter the portion of ordinary income derived from Montana sources for a nonresident partner.

| NAME AND ADDRESS OF EACH PARTNER | SOCIAL SECURITY # | OWNERSHIP % | MONTANA TAXABLE SHARE OF ORDINARY INCOME * |
|---|---|---|---|
| 1. DEBORAH L. LEADBETTER<br>9477 RIVER ROAD<br>BOZEMAN, MT 59718 | 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 | 0.006334% | 9 |
| 2. DAN J. LEADBETTER<br>9477 RIVER ROAD<br>BOZEMAN, MT 59718 | 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 | 0.006334% | 10 |
| 3. VALLEY GARDEN RANCH, INC.<br>9477 RIVER ROAD<br>BOZEMAN, MT 59718 | 81-0243394 | 99.987332% | 152,540 |
| 4. | | | |
| 5. | | | |
| TOTAL PARTNERSHIP INCOME (OR LOSS) | | TOTAL | 152,559 |

COPY

ARTHUR ANDERSEN LLP #36-0732690
Name of person or firm preparing return
ARTHUR ANDERSEN LLP
1225 17th St Ste 2100

(303)295-1900
Telephone Number

03/28/00

Signature of partner or member
SSN: 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

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning , and ending

OMB No. 1545-0099

**1999**

**Partner's identifying number** ▶ 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

Partner's name, address, and ZIP code

Ptnr No. 1

DEBORAH L. LEADBETTER
9477 RIVER ROAD
BOZEMAN, MT 59718

**Partnership's identifying number** ▶ 81-0526764

Partnership's name, address, and ZIP code

WIN-DEL, LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.006334 % |
| Loss sharing | % | 0.006334 % |
| Ownership of capital | % | 0.006334 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number . ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 250 | 87 | ( 170 ) | 167 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 9 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 1 | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | 1 | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 77 | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Credits | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

**For Paperwork Reduction Act Notice, see Instructions for Form 1065.**

**Schedule K-1 (Form 1065) 1999**

WIN-DEL, LLP
DEBORAH L. LEADBETTER

81-0526764
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
Ptnr No. 1



Schedule K-1 (Form 1065) 1999

| Section | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | 2 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | 9 | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 | Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 170 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

Supplemental Information

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

WIN-DEL, LLP
DEBORAH L. LEADBETTER

81-0526764
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
Ptnr No. 1

# Schedule K-1, Question J(c) - Calculation Detail

| | | | | |
|---|---|---|---|---|
| 1. | Net income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 88 |
| 2. | Reverse of Schedule M-1 adjustments: | 2 | | |
| | a. | 2a | | |
| | b. | 2b | | |
| | c. | 2c | | |
| | d. | 2d | | |
| | e. | 2e | | |
| | f. | 2f | | |
| | g. | 2g | | |
| | h. | 2h | | |
| | i. | 2i | | |
| | j. | 2j | | |
| | k. | 2k | | |
| | l. | 2l | | |
| | m. Total M-1 adjustments | 2m | | |
| 3. | Net income per books - Schedule M-2, line 3 | 3 | | 88 |
| 4. | Other increases - Schedule M-2, line 4: | 4 | | |
| | a. | 4a | | |
| | b. | 4b | | |
| | c. Total increases | 4c | | |
| 5. | Other decreases - Schedule M-2, line 7: | 5 | | |
| | a. PRIOR PERIOD ADJUSTMENT FROM FLOW-THROUGH K-1 | 5a | 1 | |
| | b. | 5b | | |
| | c. Total decreases | 5c | | 1 |
| 6. | Question J column (c) | 6 | | 87 |

F 11/19/98

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning , and ending

OMB No. 1545-0099

**1999**

Partner's identifying number ▶ 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

Partner's name, address, and ZIP code Ptnr No. 2

DAN J. LEADBETTER
9477 RIVER ROAD
BOZEMAN, MT 59718

Partnership's identifying number ▶ 81-0526764

Partnership's name, address, and ZIP code

WIN-DEL, LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a ☒ general partner ☐ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ Individual

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 0.006334 % |
| Loss sharing | % | 0.006334 % |
| Ownership of capital | % | 0.006334 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 250 | 88 | ( 170 ) | 168 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 10 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 1 | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 77 | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Credits | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

WIN-DEL, LLP
DAN J. LEADBETTER

81-0526764
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
Ptnr No. 2



Schedule K-1 (Form 1065) 1999

| Section | | (a) Distributive share item | Line | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Investment Interest | 14a | Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | 1 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | 10 | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 | Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Amount | 18b | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | 170 | |
| | 23 | Distributions of property other than money | 23 | | |
| | 24 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b | Other than on line 24a | 24b | | |

Supplemental Information

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

WIN-DEL, LLP 81-0526764
DAN J. LEADBETTER 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
Ptnr No. 2

## Schedule K-1, Question J(c) - Calculation Detail

| | | | |
|---|---|---|---|
| 1. Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 88 |
| 2. Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | 2a | | |
| b. | 2b | | |
| c. | 2c | | |
| d. | 2d | | |
| e. | 2e | | |
| f. | 2f | | |
| g. | 2g | | |
| h. | 2h | | |
| i. | 2i | | |
| j. | 2j | | |
| k. | 2k | | |
| l. | 2l | | |
| m. Total M-1 adjustments | 2m | | |
| 3. Net income per books - Schedule M-2, line 3 | 3 | | 88 |
| 4. Other increases - Schedule M-2, line 4: | 4 | | |
| a. | 4a | | |
| b. | 4b | | |
| c. Total increases | 4c | | |
| 5. Other decreases - Schedule M-2, line 7: | 5 | | |
| a. | 5a | | |
| b. | 5b | | |
| c. Total decreases | 5c | | |
| 6. Question J column (c) | 6 | | 88 |

F 11/19/98

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1999 or tax year beginning , and ending

OMB No. 1545-0099

**1999**

Partner's identifying number ▶ 81-0243394

Partner's name, address, and ZIP code

Ptnr No. 3

VALLEY GARDEN RANCH, INC.
9477 RIVER ROAD
BOZEMAN, MT 59718

Partnership's identifying number ▶ 81-0526764

Partnership's name, address, and ZIP code

WIN-DEL, LLP
9477 RIVER ROAD
BOZEMAN, MT 59718

A This partner is a [X] general partner [ ] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ S-Corporation

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 99.987333 % |
| Loss sharing | % | 99.987333 % |
| Ownership of capital | % | 99.987333 % |

E IRS Center where partnership filed return: Ogden, UT

F Partner's share of liabilities (see instructions):
Nonrecourse $
Qualified nonrecourse financing $
Other $

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| | 3,946,664 | 1,383,599 | ( 3,340,874 ) | 1,989,389 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 152,540 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 13,887 | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | 7,716 | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): | | | |
| | | (1) 28% rate gain (loss) | e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | 1,214,624 | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Credits | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | a(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | a(4) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

WIN-DEL, LLP
VALLEY GARDEN RANCH, INC.

81-0526764
81-0243394
Ptnr No. 3



Schedule K-1 (Form 1065) 1999

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | b(1) | 21,603 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | b(2) | | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or possession ▶ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18 Sec 59(e)(2) expend: a Type ▶ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses See Stmt. 1 | 21 | 450 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 3,340,874 | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

DISTRIBUTION INCLUDES FEDERAL INCOME TAX FOR DIVIDEND INCOME WITHHELD AT PARTNERSHIP LEVEL 494

Supplementary Statements
For Year Ended 12/31/1999

WIN-DEL, LLP
VALLEY GARDEN RANCH, INC.
Partner ID: 3

81-0526764
Partner TIN: 81-0243394

Statement 1
Schedule K-1 - Nondeductible Expenses

| Description | Amount |
|---|---|
| Nondeductible Expenses from 1065 FT K-1 | 183 |
| DEPRECIATION ADJUSTMENT FROM FLOW-THROUGH K-1 | 267 |
| Total | 450 |

WIN-DEL, LLP 81-0526764
VALLEY GARDEN RANCH, INC. 81-0243394
Ptnr No. 3

# Schedule K-1, Question J(c) - Calculation Detail

| | | | | |
|---|---|---|---|---|
| 1. | Net Income per tax, Schedule K-1 lines 1 to 7 - 8, 9, 10, 11, 14a, 17e, 18b | 1 | | 1,388,767 |
| 2. | Reverse of Schedule M-1 adjustments: | 2 | | |
| a. | Nondeductible Expenses from Flow-Through | 2a | -183 | |
| b. | DEPRECIATION ADJUSTMENT FROM FLOW-THROUGH K-1 | 2b | -267 | |
| c. | | 2c | | |
| d. | | 2d | | |
| e. | | 2e | | |
| f. | | 2f | | |
| g. | | 2g | | |
| h. | | 2h | | |
| i. | | 2i | | |
| j. | | 2j | | |
| k. | | 2k | | |
| l. | | 2l | | |
| m. | Total M-1 adjustments | 2m | | -450 |
| 3. | Net income per books - Schedule M-2, line 3 | 3 | | 1,388,317 |
| 4. | Other increases - Schedule M-2, line 4: | 4 | | |
| a. | | 4a | | |
| b. | | 4b | | |
| c. | Total increases | 4c | | |
| 5. | Other decreases - Schedule M-2, line 7: | 5 | | |
| a. | PRIOR PERIOD ADJUSTMENT FROM FLOW-THROUGH K-1 | 5a | 4,718 | |
| b. | | 5b | | |
| c. | Total decreases | 5c | | 4,718 |
| 6. | Question J column (c) | 6 | | 1,383,599 |