# STATE OF MONTANA

Prepare, sign and submit an ORIGINAL AND COPY with fee. This is the minimum information required.

APPLICATION *for* REGISTRATION *or* RENEWAL *of* LIMITED LIABILITY PARTNERSHIP

(For use by the Secretary of State only)

STATE OF MONTANA
FILED
JUN 24 1998
SECRETARY OF STATE
067618
5/7/9
Form: LLP-1
Filing Fee: $70.00

MAIL TO: MIKE COONEY
Secretary of State
P.O. Box 202801
Helena, MT 59620-2801
☎(406)444-3665

☒ Priority Filing (add additional $20.00)

PLEASE CHECK ONE BOX:
☒ Registration of LLP(30-13-202, MCA) $70.00
☐ Renewal of LLP(30-13-206, MCA) $70.00

► FIRST: The Limited Liability Partnership name is LEADBETTER FAMILY, LLP.

► SECOND: The description of the business transacted:

Family investments.

► THIRD: The name of Montana county or counties in which business is transacted:

*(Please list)* Madison and Gallatin counties.

► FOURTH: The name and address of the applicant are as follows:

Name DAN J. LEADBETTER

Mailing Address P. O. BOX 1329

ENNIS, MT Zip Code 59729

► FIFTH: List the names and addresses of all the partners:

Dan J. Leadbetter-Valley Garden Ranch, Hwy 287 North, Ennis, MT 59729
Deborah ~~L. Leadbetter- Valley Garden Ranch, Hwy 287 North, ENNIS Ennis,~~ MT 59729
Kirk C. Leadbetter, 2535 Ridge Pointe Drive, Anchorage, AK 99515-2712
Joel D~~. Leadbetter, 2165 Chambers Drive, Bozeman, MT 59715~~
Jill L. Connolly, Valley Garden Ranch, Hwy 287 North, Ennis, MT 59729
John P~~. Connolly, Valley Garden Ranch, Hwy 287 North, Ennis, MT 59729~~
(Include additional names on a separate sheet of paper).

► I, HEREBY SWEAR AND AFFIRM, under penalty of law, that the facts contained in this Application are true. (For registration of foreign LLPs.) I further appoint the Montana Secretary of State to serve as the Montana agent for service of process for the above identified LLP.

Dan J Leadbetter 6-23-98

Signature of Applicant Date of Application

***STATE OF MONTANA***

Office of the Secretary of State

**I hereby certify this is a true and correct copy, consisting of 3 pages, as taken from the original on file in this office. Originality of this certification can be determined by the color blue.**

**DATED:** 1-25-07

**BY:** [signature] DEPUTY

[signature]
**Brad Johnson**
**Secretary of State**