# SECRETARY OF STATE

STATE OF MONTANA
BOB BROWN

Business Services Bureau
Pat Haffey, Deputy

Montana State Capitol
PO Box 202801
Helena, MT 59620-2801
(406)444-3665
http://www.state.mt.us/sos/

DAN LEADBETTER
9477 RIVER RD
BOZEMAN MT 59718

RE: WIN-DEL, LLP
LLP RENEWAL
Date of Filing: April 12, 2004
Filing Number: P5646(5) - 111774

April 24, 2004

Dear Mr. Leadbetter:

I've approved the filing of the documents for the above named entity. The document number and filing date have been recorded on the original document which is filed in our office. This letter serves as your certificate of filing and should be maintained in your files for future reference.

Your LLP has a new expiration date of July 2, 2009.

Thank you for giving this office the opportunity to serve you. If you have any questions in this regard, or need additional assistance, please do not hesitate to contact the Business Services Bureau professionals at (406) 444-3665.

Sincerely,

Bob Brown

Bob Brown
Secretary of State

STATE OF MONTANA

Prepare, sign, s... it with an original signature and filing fee. This ...ne minimum information required.

(This space for Secretary of State use only)

# 111774
STATE OF MONTANA
FILED RAD
APR 1 2 2004 Pd. $20.00
SECRETARY OF STATE
P 74321 5646-5
Filing Fee: $20.00

☐ Priority Filing Fee Add $20.00 7-2-2004

300541

APPLICATION *for* REGISTRATION,
RENEWAL *of* LIMITED LIABILITY PARTNERSHIP


MAIL: **BOB BROWN**
Secretary of State
P.O. Box 202801
Helena, MT 59620-2801

PHONE: (406)444-3665
FAX: (406)444-3976
WEB SITE: *sos.state.mt.us*


THE GREAT SEAL OF THE STATE OF MONTANA

**PLEASE CHECK ONE BOX:**
☐ Registration of LLP (30-13-202, MCA) $70.00
☒ Renewal of LLP (30-13-206, MCA) $70.00

1. The Limited Liability Partnership name is **(must include "Limited Liability Partnership", "LLP" or, if professional, "Professional Limited Liability Partnership" or "PLLP")**
WIN-DEL, L.L.P.

2. Description of the business transacted:
INVESTMENTS

3. The address of LLP is:
Mailing Address: 9477 RIVER ROAD
Zip Code: BOZEMAN, MT 59718

4. List the names and addresses of all the partners: VALLEY GARDEN RANCH, INC.; DAN LEADBETTER. DEBORAH LEADBETTER, 9477 RIVER RD., BOZEMAN, MT 59718

**(At least two partners must be listed. For additional names, attach a separate sheet of paper.)**

**I, HEREBY SWEAR AND AFFIRM,** under penalty of law, that the facts contained in this Application are true. (For registration of foreign LLP's.) I further appoint the Montana Secretary of State to serve as the Montana agent for service of process above identified LLP.

2004 APR ... AM 10: 51
BOB BROWN SECRETARY OF STATE
RECEIVED HELENA, MONTANA

4-10-04
Date of Application

Deborah Leadbetter
Signature of Applicant

# SECRETARY OF STATE

STATE OF MONTANA
MIKE COONEY

PRIORITY

Business Services Bureau
LesLee Shell-Beckert, Deputy

Montana State Capitol
PO Box 202801
Helena, MT 59620-2801
(406)444-3665
http://www.state.mt.us/sos/

WIN-DEL LLP
PO BOX 1329
ENNIS MT 59729

RE: WIN-DEL, LLP
LLP REGISTRATION
Date of Filing: July 2, 1999
Filing Number: P5646(5)-74321

July 6, 1999

Dear Sir or Madam:

I've approved the filing of the documents for the above named entity. The document number and filing date have been recorded on the original document. This letter serves as your certificate of filing and should be maintained in your files for future reference.

This filing will expire five years after the date stamped on the enclosed documents.

Thank you for giving this office the opportunity to serve you. If you have any questions in this regard, or need additional assistance, please do not hesitate to contact the Business Services Bureau professionals at (406) 444-3665.

Sincerely,

Mike Cooney

Mike Cooney
Secretary of State
Enclosure

# STATE OF MONTANA

Prepare, sign and submit an ORIGINAL AND COPY with fee.
This is the minimum information required.

(This space for Secretary of State use only)

STATE OF MONTANA
FILED
JUL 02 1999
74321
SECRETARY OF STATE
5646-5

Form: LLP-1
Filing Fee: $70.00

☒Priority Filing Fee Add $20.00

## APPLICATION *for* REGISTRATION, RENEWAL *of* LIMITED LIABILITY PARTNERSHIP


**MAIL:** **MIKE COONEY**
Secretary of State
P.O. Box 202801
Helena, MT 59620-2801

**PHONE:** ☎(406)444-3665
**FAX:** (406)444-3976
**WEB SITE:** *www.state.mt.us/sos*


**PLEASE CHECK ONE BOX:**
☒Registration of LLP (30-13-202, MCA) $70.00
☐Renewal of LLP (30-13-206, MCA) $70.00

▸ **FIRST:** The Limited Liability Partnership name is **(must include "Limited Liability Partnership" , "LLP" or, if professional, "Professional Limited Liability Partnership" or "PLLP")**

WIN-DEL, LLP

▸ **SECOND:** Description of the business transacted :

FAMILY INVESTMENTS

▸ **THIRD:** The address of LLP is:

Mailing Address P.O. BOX 1329

ENNIS, MT Zip Code 59729

▸ **FOURTH:** List the names and addresses of all the partners:

DEBORAH L. LEADBETTER-VALLEY GARDEN RANCH; HWY 287 NORTH; ENNIS, MT 59729

DAN J. LEADBETTER-VALLEY GARDEN RANCH; HWY 287 NORTH; ENNIS, MT 59729

VALLEY GARDEN RANCH; HWY 287 NORTH; ENNIS, MT 59729

**(At least two partners must be listed. For additional names, attach a separate sheet of paper.)**

▸ **I, HEREBY SWEAR AND AFFIRM,** under penalty of law, that the facts contained in this Application are true. (For registration of foreign LLPs.) I further appoint the Montana Secretary of State to serve as the Montana agent for service of process above identified LLP.

July 1, 1999
Date of Application

Dan J Leadbetter Deborah L Leadbetter
Signature of Applicant

**s:\forms\llp-1**
Revised: 06/02/99

**STATE OF MONTANA**

Office of the Secretary of State

I hereby certify this is a true and correct copy, consisting of 4 pages, as taken from the original on file in this office. Originality of this certification can be determined by the color blue.

DATED: 1-24-07

BY: [signature] DEPUTY

[signature]
Brad Johnson
Secretary of State