112895

ARTICLES OF INCORPORATION

OF

WIN-DEL RANCHES, INC.

KNOW ALL MEN BY THESE PRESENTS, That we, M. DELBROOK LICHTENBERG and WINNIFRED T. LICHTENBERG, of Colorado Springs, Colorado, and LEORA E. TEETOR, of Hagerstown, Indiana, have associated themselves together for the purpose of incorporation under the general incorporation acts of the State of Colorado and do hereby make, sign, and acknowledge these triplicate certificates in writing which when filed, shall constitute the Articles of Incorporation of Win-Del Ranches, Inc.

ARTICLE I

NAME: The corporate name of said company shall be WIN DEL RANCHES, INC.

ARTICLE II

OBJECTS: The objects for which said company is created are:

(a) To engage in the general ranching and livestock business including all operations relating thereto.

(b) To purchase and otherwise acquire and to own, sell, lease, mortgage, or otherwise dispose of real estate, real property, and all interests and rights therein without limit or amount necessary to the carrying on and conducting of the business of the corporation; to borrow money from any person, firm or corporation; to make and issue notes, bills, and other evidence of indebtedness

and to secure payment of the same by mortgage, deed of trust, or otherwise, and to do any and all things set forth in these articles as the objects, purposes, and powers within the scope of the business herein designated and described.

(c) To cultivate, grow, produce, buy, and sell fruits, vegetables, and farm crops of all kinds and kindred products of every nature and description; to breed, raise, buy, sell, or otherwise deal in livestock and poultry of all kinds, breeds, and description; to own, buy, sell, lease, and use water and water rights and all machinery and other property necessary for the purpose of watering and irrigation; to own, acquire, construct, lease, or purchase buildings, factories, machinery, equipment, and all other kinds of real and personal property necessary to carry out these objects.

(d) To establish, conduct, and carry on the general business of purchasing and selling farm and ranch supplies including all kinds of farm and ranch equipment, machinery, tools and [illegible] ware.

(e) To buy, [illegible], and generally deal in all kinds of foods, fertilizers, stock feeds, stock health foods, and conditioners.

(f) To buy, sell, and generally deal in harness, saddles, and all leather and canvas articles, and other equipment used and consumed in the business of ranching.

(g) To lease lands owned by the corporation and to acquire by purchase or lease or otherwise, lands for the purpose of prospecting for and obtaining oil, gas, gold or other minerals; to drill or cause to be drilled, oil or gas wells, to engage in placer or lode mining operations and to buy, lease or otherwise acquire drilling rigs, dredges, or other machinery or apparatus necessary to fully accomplish said purposes; and if oil, gas, or other minerals are found, then to market same by such means or methods as may seem desirable.

(h) To do all and everything necessary and suitable or proper for the accomplishment of any of the purposes, the attainment of any of the objects or the furtherance of any of the powers hereinbefore set forth, either alone or in connection with other corporations, firms, or individuals, and either as principals, or agents, and to do every other act or acts, thing or things, incidental or appurtenant to or growing out of or connected with the aforesaid objects or purposes, or powers, or any of them.

ARTICLE III

DURATION: The term of existence of said company shall be perpetual.

ARTICLE IV

SHARES: The capital stock of said company is $500,000.00 divided into 5,000 shares of $100.00 each. Said stock when issued to be fully paid and non-assessable

ARTICLE V

DIRECTORS: The number of directors of said company shall be three and the names of the directors to manage the affairs of the company for the first year of its existence are: F. Delbrook Lichtenberg, Winnifred T. Lichtenberg, and Leora E. Teetor.

ARTICLE VI

OFFICES: The principal office and place of business of the company shall be at the home ranch of the company located in the County of El Paso, and the State of Colorado, the address of which is: Motor Route 3, Colorado Springs, Colorado. The company shall have full power and authority to enter into any business whatsoever authorized by this certificate of incorporation in any of the counties of the State of Colorado and in such other states, territories, or colonies of the United States, as the board of directors may direct. The board of directors shall have full power at any time to establish and maintain such branch offices and agencies within the State of Colorado, or in such other states, territories, or colonies of the United States, as the business of the company in their opinion may require and to hold any of the meetings of the said board of directors at any place either within or without the State of Colorado and each and every act and resolution of said board of directors wherever and whenever passed by its majority, shall constitute and be the act of the board of directors of said company.

ARTICLE VII

BY-LAWS: The board of directors shall have power to make, alter, amend, or repeal such prudential by-laws not inconsistent with the laws of the State of Colorado, for the management of the affairs of said company as they deem necessary or expedient and shall have power to designate and appoint such officers, agents, and committees of the company as in their judgment may be required and to remove the same at their pleasure and to fix the salary of such officers and agents and in the exercise of their discretion, said directors, or the majority thereof, their acts and doings shall be conclusive upon all parties concerned in the absence of wilful misfeasance upon the part of said directors or the majority thereof.

ARTICLE VIII

VOTING: Cumulative voting shall not be permitted.

IN WITNESS WHEREOF, The said incorporators have hereunto set their hands and seals this 16th day of June, 1947.

F. Delbrook Lichtenberg (SEAL)

Winifred T. Lichtenberg (SEAL)

Lora A. Foster (SEAL)

STATE OF COLORADO )
) ss
COUNTY OF EL PASO )

I, HELEN GOSHEN, a Notary Public in and for said County and State, do hereby certify that F. HELBROOK LICHTENBERG and WINNIFRED T. LICHTENBERG, who are personally known to me to be the same persons described in and who executed the within Articles of Incorporation, personally appeared before me this day, and acknowledged that they signed, sealed and delivered the same as their free and voluntary act and deed.

Witness my hand and notarial seal this 20th day of June, 1947.

My commission expires November 1, 1950.

HELEN GOSHEN NOTARY PUBLIC EL PASO COUNTY, COLORADO

Helen Goshen
Notary Public

STATE OF INDIANA )
) ss
COUNTY OF WAYNE )

I, M. T. Steffensen, a Notary Public in and for said County and State, do hereby certify that LEOLA E. TSETOR, who is personally known to me to be the same person described in and who executed the within Articles of Incorporation, personally appeared before me this day, and acknowledged that she signed, sealed and delivered the same as her free and voluntary act and deed.

Witness my hand and notarial seal this 16th day of June, 1947.

My commission expires Jan. 16-1948.

M. T. Steffensen
Notary Public

112895

# ARTICLES OF INCORPORATION

WIN-DEL HAL [illegible], INC.

# DOMESTIC

RECORDED

BOOK 516 PAGE 162

FILED in the office of the Secretary of State, of the State of Colorado, on the 23RD day of June A.D. 194[illegible] at [illegible] o'clock A.M.

WALTER F. MORRISON
Secretary of State

Filing Clerk [illegible] Fee 110
Old Age Pension Fund [illegible]

Indexed by
[illegible]

[illegible] document has been inspected and properly Entered on the Records of the Flat Tax Department

Date June 24 '45

STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true copy of Document No. 112895 consisting of 8 pages filed by the Colorado Secretary of State in the records of the Secretary of State.

Mike Coffman

Secretary of State

By Stacie Mildurston 1-22-2007

Date

# STATE OF COLORADO

DEPARTMENT OF STATE

CERTIFICATE OF AMENDMENT

## I, Byron A. Anderson,

Secretary of State of the State of Colorado hereby certify that duplicate originals of Articles of Amendment to the Articles of Incorporation of ---------------- ------------------WIN-DEL RANCHES, INC. changing corporate name to VALLEY GARDEN RANCH, INC.------ ---------------------------------------- duly signed and verified pursuant to the provisions of the Colorado Corporation Act, have been received in this office and are found to conform to law.

Accordingly the undersigned, as such Secretary of State, and by virtue of the authority vested in me by law, hereby issues this Certificate of Amendment and attaches hereto a duplicate original of the Articles of Amendment.

Dated this ----FOURTH------ day of -----DECEMBER----- A. D. 19-64-.

Byron A. Anderson
SECRETARY OF STATE

BY Fred Bach
DEPUTY

to the
ARTICLES OF INCORPORATION
of
WIN-DEL RANCHES, INC.

Pursuant to the provisions of the Colorado Corporation Act, the undersigned corporation adopts the following Articles of Amendment to its Articles of Incorporation:

FIRST: The name of the corporation is WIN-DEL RANCHES, INC.

SECOND: The following amendment of the Articles of Incorporation was adopted by the shareholders of the corporation on November 27, 1964, in the manner prescribed by the Colorado Corporation Act:

(Insert Amendment)

ARTICLE I.

NAME: The corporate name of said Company shall be VALLEY GARDEN RANCH, INC.

THIRD: The number of shares of the corporation outstanding at the time of such adoption was 7,154; and the number of shares entitled to vote thereon was 7,154

FOURTH: The designation and number of outstanding shares of each class entitled to vote thereon as a class were as follows:

| Class | | Number of Shares |
|---|---|---|
| A | (Note 1) | 7,154 |

FIFTH: The number of shares voted for such amendment was 5,034; and the number of shares voted against such amendment was none

SIXTH: The number of shares of each class entitled to vote thereon as a class voted for and against such amendment, respectively, was:

| Class | | Number of Shares Voted | |
|---|---|---|---|
| | | For | Against |
| A | (Note 1) | 5,034 | None |

SEVENTH: The manner, if not set forth in such amendment, in which any exchange, reclassification, or cancellation of issued shares provided for in the amendment shall be effected, is as follows:

None - no change (Note 2)

EIGHTH: The manner in which such amendment effects a change in the amount of stated capital, and the amount of stated capital as changed by such amendment, are as follows:

None - no change (Note 2)

Dated December 2 1964

(Note 3)

By Winnifred T. Gammie
Its President

(Note 4)

and [signature]
Its Secretary

ILLINOIS
STATE OF ~~COLORADO~~,
County of COOK } ss.

Before me, Elizabeth M. Wright, a Notary Public in and for the said County and State, personally appeared Winnifred T. Gammie who acknowledged before me that she is the President (Title of office) of WIN-DEL RANCHES, INC., a Colorado corporation and that he signed the foregoing Articles of Amendment as her free and voluntary act and deed for the uses and purposes therein set forth, and that the facts contained therein are true

In witness whereof I have hereunto set my hand and seal this 2nd day of December A D 19 64

My commission expires My Commission expires May 24th, 1965

[signature]
Notary Public
Notary Public for the State of

176776

Articles of Amendment
TO THE
Articles of Incorporation
OF

MIN-DEL RANCHES, INC.

Changing Corporate Name
TO

VALLEY GARDEN RANCH, INC.

# DOMESTIC

FILED in the office of the Secretary of State of the State of Colorado on the 4th day of December A.D. 19 64
BYRON A. ANDERSON
Secretary of State
Filing Clerk Tapscott Fees $25.00
Old Age Pension Fund

STATE OF COLORADO
DEPARTMENT OF STATE

This document has been inspected and properly Entered on the Records of The Flat Tax Department.

OK

Date December 7, 1964

Gerald
Clerk

RECORDED
ROLL 76 PAGE 2218

12-7




STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true copy of Document No. 176776 consisting of 4 pages filed by the Colorado Secretary of State in the records of the Secretary of State.

Mike Coffman
Secretary of State

Stacie Childerston 1-22-2007
By Date