(C) ACTION BARRED AFTER PARTNERSHIP PROCEEDING HAS BEGUN.—No petition may be filed under subparagraph (A) with respect to an administrative adjustment request for a partnership taxable year after the Secretary mails to the partnership a notice of the beginning of a partnership proceeding with respect to such year.

(D) FAILURE BY SECRETARY TO ISSUE TIMELY NOTICE OF ADJUSTMENT.—If the Secretary—

(i) mails the notice referred to in subparagraph (C) before the expiration of the 2-year period referred to in clause (i)(II) of subparagraph (B), and

(ii) fails to mail a notice of final partnership administrative adjustment with respect to the partnership taxable year to which the request relates before the expiration of the period described in section 6229(a) (including any extension by agreement),

subparagraph (C) shall cease to apply with respect to such request, and the 2-year period referred to in clause (i)(II) of subparagraph (B) shall not expire before the date 6 months after the expiration of the period described in section 6229(a) (including any extension by agreement).

**Amendments**

**• 2002, Job Creation and Worker Assistance Act of 2002 (P.L. 107-147)**

**P.L. 107-147, §417(19)(B)(iii):**

Amended Code Sec. 6228(b)(1) and Code Sec. 6228(b)(2)(A) by striking "subsection (c) of section 6227" and inserting "subsection (d) of section 6227". **Effective** 3-9-2002.

**• 1982, Tax Equity and Fiscal Responsibility Act of 1982 (P.L. 97-248)**

**P.L. 97-248, §402(a):**

Added Code Sec. 6228. **Effective** for partnership tax years beginning after 9-3-82, and also for partnership tax years ending after 9-3-982, if the partnership, each partner, and each indirect partner requests such application and if the Secretary or his delegate consents to such application. For a special rule for certain international satellite partnerships, see the amendment note for P.L. 97-248, following Code Sec. 6221.

**[Sec. 6229]**

## SEC. 6229. PERIOD OF LIMITATIONS FOR MAKING ASSESSMENTS.

**[Sec. 6229(a)]**

(a) GENERAL RULE.—Except as otherwise provided in this section, the period for assessing any tax imposed by subtitle A with respect to any person which is attributable to any partnership item (or affected item) for a partnership taxable year shall not expire before the date which is 3 years after the later of—

(1) the date on which the partnership return for such taxable year was filed, or

(2) the last day for filing such return for such year (determined without regard to extensions).

**[Sec. 6229(b)]**

(b) EXTENSION BY AGREEMENT.—

(1) IN GENERAL.—The period described in subsection (a) (including an extension period under this subsection) may be extended—

(A) with respect to any partner, by an agreement entered into by the Secretary and such partner, and

(B) with respect to all partners, by an agreement entered into by the Secretary and the tax matters partner (or any other person authorized by the partnership in writing to enter into such an agreement),

before the expiration of such period.

(2) SPECIAL RULE WITH RESPECT TO DEBTORS IN TITLE 11 CASES.—Notwithstanding any other law or rule of law, if an agreement is entered into under paragraph (1)(B) and the agreement is signed by a person who would be the tax matters partner but for the fact that, at the time that the agreement is executed, the person is a debtor in a bankruptcy proceeding under title 11 of the United States Code, such agreement shall be binding on all partners in the partnership unless the Secretary has been notified of the bankruptcy proceeding in accordance with regulations prescribed by the Secretary.

(3) COORDINATION WITH SECTION 6501(c)(4).—Any agreement under section 6501(c)(4) shall apply with respect to the period described in subsection (a) only if the agreement expressly provides that such agreement applies to tax attributable to partnership items.

**Amendments**

**• 1997, Taxpayer Relief Act of 1997 (P.L. 105-34)**

**P.L. 105-34, §1233(c):**

Amended Code Sec. 6229(b) by redesignating paragraph (2) as paragraph (3) and by inserting after paragraph (1) a new paragraph (2). **Effective** for agreements entered into after 8-5-97.

**[Sec. 6229(c)]**

(c) SPECIAL RULE IN CASE OF FRAUD, ETC.—

(1) FALSE RETURN.—If any partner has, with the intent to evade tax, signed or participated directly or indirectly in the preparation of a partnership return which includes a false or fraudulent item—

(A) in the case of partners so signing or participating in the preparation of the return, any tax imposed by subtitle A which is attributable to any partnership item (or affected item) for the partnership taxable year to which the return relates may be assessed at any time, and

(B) in the case of all other partners, subsection (a) shall be applied with respect to such return by substituting "6 years" for "3 years."

(2) SUBSTANTIAL OMISSION OF INCOME.—If any partnership omits from gross income an amount properly includible therein which is in excess of 25 percent of the amount of gross income stated in its return, subsection (a) shall be applied by substituting "6 years" for "3 years".

(3) NO RETURN.—In the case of a failure by a partnership to file a return for any taxable year, any tax attributable to a partnership item (or affected item) arising in such year may be assessed at any time.

(4) RETURN FILED BY SECRETARY.—For purposes of this section, a return executed by the Secretary under subsection (b) of section 6020 on behalf of the partnership shall not be treated as a return of the partnership.

**[Sec. 6229(d)]**

(d) SUSPENSION WHEN SECRETARY MAKES ADMINISTRATIVE ADJUSTMENT.—If notice of a final partnership administrative adjustment with respect to any taxable year is mailed to the tax matters partner, the running of the period specified in subsection (a) (as modified by other provisions of this section) shall be suspended—

(1) for the period during which an action may be brought under section 6226 (and, if a petition is filed under section 6226 with respect to such administrative adjustment, until the decision of the court becomes final), and

(2) for 1 year thereafter.

**Amendments**

• **1997, Taxpayer Relief Act of 1997 (P.L. 105-34)**

**P.L. 105-34, §1233(a):**

Amended Code Sec. 6229(d)(1) by striking all that follows "section 6226" and inserting "(and, if a petition is filed under section 6226 with respect to such administrative adjustment, until the decision of the court becomes final), and". **Effective** for partnership tax years with respect to which the period under Code Sec. 6229 for assessing tax has not expired on or before 8-5-97. Prior to amendment, Code Sec. 6229(d)(1) read as follows:

(1) for the period during which an action may be brought under section 6226 (and, if an action with respect to such administrative adjustment is brought during such period, until the decision of the court in such action becomes final), and

**[Sec. 6229(e)]**

(e) UNIDENTIFIED PARTNER.—If—

(1) the name, address, and taxpayer identification number of a partner are not furnished on the partnership return for a partnership taxable year, and

(2)(A) the Secretary, before the expiration of the period otherwise provided under this section with respect to such partner, mails to the tax matters partner the notice specified in paragraph (2) of section 6223(a) with respect to such taxable year, or

(B) the partner has failed to comply with subsection (b) of section 6222 (relating to notification of inconsistent treatment) with respect to any partnership item for such taxable year,

the period for assessing any tax imposed by subtitle A which is attributable to any partnership item (or affected item) for such taxable year shall not expire with respect to such partner before the date which is 1 year after the date on which the name, address, and taxpayer identification number of such partner are furnished to the Secretary.

**[Sec. 6229(f)]**

(f) SPECIAL RULES.—

(1) ITEMS BECOMING NONPARTNERSHIP ITEMS.—If, before the expiration of the period otherwise provided in this section for assessing any tax imposed by subtitle A with respect to the partnership items of a partner for the partnership taxable year, such items become nonpartnership items by reason of 1 or more of the events described in subsection (b) of section 6231, the period for assessing any tax imposed by subtitle A which is attributable to such items (or any item affected by such items) shall not expire before the date which is 1 year after the date on which the items become nonpartnership items. The period described in the preceding sentence (including any extension period under this sentence) may be extended with respect to any partner by agreement entered into by the Secretary and such partner.

(2) SPECIAL RULE FOR PARTIAL SETTLEMENT AGREEMENTS.—If a partner enters into a settlement agreement with the Secretary or the Attorney General (or his delegate) with respect to the treatment of some of the partnership items in dispute for a partnership taxable year but other

partnership items for such year remain in dispute, the period of limitations for assessing any tax attributable to the settled items shall be determined as if such agreement had not been entered into.

**Amendments**

**• 2002, Job Creation and Worker Assistance Act of 2002 (P.L. 107-147)**

**P.L. 107-147, §416(d)(1)(B):**

Amended Code Sec. 6229(f)(2) by inserting "or the Attorney General (or his delegate)" after "Secretary". **Effective** with respect to settlement agreements entered into after 3-9-2002.

**• 1997, Taxpayer Relief Act of 1997 (P.L. 105-34)**

**P.L. 105-34, §1235(a)(1)-(3):**

Amended Code Sec. 6229(f) by striking "(f) ITEMS BECOMING NONPARTNERSHIP ITEMS.—If" and inserting "(f) SPECIAL RULES.—(1) ITEMS BECOMING NONPARTNERSHIP ITEMS.—If", by moving the text of such subsection 2 ems to the right, and by adding at the end a new paragraph (2). **Effective** for settlements entered into after 8-5-97.

**• 1988, Technical and Miscellaneous Revenue Act of 1988 (P.L. 100-647)**

**P.L. 100-647, §1018(o)(3):**

Amended Code Sec. 6229(f) by adding at the end thereof a new sentence. **Effective** as if included in the provision of P.L. 99-514 to which it relates.

**• 1982, Tax Equity and Fiscal Responsibility Act of 1982 (P.L. 97-248)**

**P.L. 97-248, §402(a):**

Added Code Sec. 6229. **Effective** for partnership tax years beginning after 9-3-82, and also for partnership tax years ending after 9-3-82, if the partnership, each partner, and each indirect partner requests such application and the Secretary or his delegate consents to such application. For a special rule for certain international satellite partnerships, see the amendment note for P.L. 97-248, following Code Sec. 6221.

**[Sec. 6229(g)]**

(g) PERIOD OF LIMITATIONS FOR PENALTIES.—The provisions of this section shall apply also in the case of any addition to tax or an additional amount imposed under subchapter A of chapter 68 which arises with respect to any tax imposed under subtitle A in the same manner as if such addition or additional amount were a tax imposed by subtitle A.

**Amendments**

**• 1986, Tax Reform Act of 1986 (P.L. 99-514)**

**P.L. 99-514, §1875(d)(1):**

Amended Code Sec. 6229 by adding at the end thereof new subsection (g). **Effective** as if included in the provision of P.L. 98-369 to which it relates.

**[Sec. 6229(h)]**

(h) SUSPENSION DURING PENDENCY OF BANKRUPTCY PROCEEDING.—If a petition is filed naming a partner as a debtor in a bankruptcy proceeding under title 11 of the United States Code, the running of the period of limitations provided in this section with respect to such partner shall be suspended—

(1) for the period during which the Secretary is prohibited by reason of such bankruptcy proceeding from making an assessment, and

(2) for 60 days thereafter.

**Amendments**

**• 1997, Taxpayer Relief Act of 1997 (P.L. 105-34)**

**P.L. 105-34, §1233(b):**

Amended Code Sec. 6229 by adding at the end a new subsection (h). **Effective** for partnership tax years with respect to which the period under Code Sec. 6229 for assessing tax has not expired on or before 8-5-97.

**[Sec. 6230]**

## SEC. 6230. ADDITIONAL ADMINISTRATIVE PROVISIONS.

**[Sec. 6230(a)]**

(a) COORDINATION WITH DEFICIENCY PROCEEDINGS.—

(1) IN GENERAL.—Except as provided in paragraph (2) or (3), subchapter B of this chapter shall not apply to the assessment or collection of any computational adjustment.

(2) DEFICIENCY PROCEEDINGS TO APPLY IN CERTAIN CASES.—

(A) Subchapter B shall apply to any deficiency attributable to—

(i) affected items which require partner level determinations (other than penalties, additions to tax, and additional amounts that relate to adjustments to partnership items), or

(ii) items which have become nonpartnership items (other than by reason of section 6231(b)(1)(C)) and are described in section 6231(e)(1)(B).

(B) Subchapter B shall be applied separately with respect to each deficiency described in subparagraph (A) attributable to each partnership.

(C) Notwithstanding any other law or rule of law, any notice or proceeding under subchapter B with respect to a deficiency described in this paragraph shall not preclude or be precluded by any other notice, proceeding, or determination with respect to a partner's tax liability for a taxable year.

(3) SPECIAL RULE IN CASE OF ASSERTION BY PARTNER'S SPOUSE OF INNOCENT SPOUSE RELIEF.—

(A) Notwithstanding section 6404(b), if the spouse of a partner asserts that section 6013(e) applies with respect to a liability that is attributable to any adjustment to a partnership item (including any liability for any penalties, additions to tax, or additional

income (as defined in section 643) for the calendar year reduced by the excess (if any) of—

(I) any reserve for depletion for such year with respect to qualified royalty production, over

(II) the amount allowable as a deduction for depletion to the trust for such year with respect to qualified royalty production.

(ii) ALLOCATION PRO RATA FROM EACH UNIT OF PRODUCTION.—Allocations under subparagraph (A) shall be treated as made pro rata from each unit of the qualified royalty production.

(3) PRODUCTION FROM TRANSFERRED PROPERTY.—

(A) IN GENERAL.—The allocable trust production of any qualified beneficiary shall not include any production attributable to an interest in property which has been transferred after June 9, 1981, in a transfer which—

(i) is described in section 613A(c)(9)(A), and

(ii) is not described in section 613A(c)(9)(B).

(B) EXCEPTIONS.—Subparagraph (A) shall not apply in the case of any transfer so long as the transferor and the qualified beneficiary are required by subsection (b)(3) to share the amount determined under subsection (b)(2)(A). The preceding sentence shall apply to the transfer of any property only if the production attributable to the property was allocable trust production or qualified royalty production of the transferor.

(d) DEFINITIONS.—For purposes of this section—

(1) QUALIFIED BENEFICIARY.—The term "qualified beneficiary" means any individual or estate which is a beneficiary of any trust which is a producer.

(2) QUALIFIED ROYALTY PRODUCTION.—The term "qualified royalty production" means, with respect to any person, taxable crude oil (within the meaning of section 4991(a)) which is attributable to an economic interest of such person other than an operating mineral interest (within the meaning of section 614(d)). Such term does not include taxable crude oil attributable to any overriding royalty interest, production payment, net profits interest, or similar interest of the person which—

(A) is created after June 9, 1981, out of an operating mineral interest in property which is proven oil or gas property (within the meaning of section 613A(c)(9)(A)) on the date such interest is created, and

(B) is not created pursuant to a binding contract entered into before June 10, 1981.

(3) PRODUCER.—The term "producer" has the meaning given to such term by section 4996(a)(1).

(e) REGULATIONS.—The Secretary shall prescribe such regulations as may be necessary or appropriate to carry out the purposes of this section.

**• 1983, Technical Corrections Act of 1982 (P.L. 97-448)**

**P.L. 97-448, §106(a)(4)(A):**

Added Code Sec. 6430. **Effective** with respect to calendar years beginning after 12-31-81.

# CHAPTER 66—LIMITATIONS


SUBCHAPTER A. Limitations on assessment and collection.

SUBCHAPTER B. Limitations on credit or refund.

SUBCHAPTER C. Mitigation of effect of period of limitations.

SUBCHAPTER D. Periods of limitation in judicial proceedings.


## Subchapter A—Limitations on Assessment and Collection


Sec. 6501. Limitations on assessment and collection.

Sec. 6502. Collection after assessment.

Sec. 6503. Suspension of running of period of limitation.

Sec. 6504. Cross references.


**[Sec. 6501]**

### SEC. 6501. LIMITATIONS ON ASSESSMENT AND COLLECTION.

**[Sec. 6501(a)]**

(a) GENERAL RULE.—Except as otherwise provided in this section, the amount of any tax imposed by this title shall be assessed within 3 years after the return was filed (whether or not such return was filed on or after the date prescribed) or, if the tax is payable by stamp, at any time after such tax became due and before the expiration of 3 years after the date on which any part of such tax was paid, and no proceeding in court without assessment for the collection of such tax shall be begun after the expiration of such period. For purposes of this chapter, the term "return" means the return required to be filed by the taxpayer (and does not include a return of any person from whom the taxpayer has received an item of income, gain, loss, deduction, or credit).

**Amendments**

**• 1997, Taxpayer Relief Act of 1997 (P.L. 105-34)**

**P.L. 105-34, §1284(a):**

Amended Code Sec. 6501(a) by adding at the end a new sentence. **Effective** for tax years beginning after 8-5-97.

**• 1958, Excise Tax Technical Changes Act of 1958 (P.L. 85-859)**

**P.L. 85-859, §165(a):**

Amended Code Sec. 6501(a) by striking out "within 3 years after such tax became due," and substituting "at any time after such tax became due and before the expiration of 3 years after the date on which any part of such tax was paid,".

**[Sec. 6501(b)]**

(b) TIME RETURN DEEMED FILED.—

(1) EARLY RETURN.—For purposes of this section, a return of tax imposed by this title, except tax imposed by chapter 3, 21, or 24, filed before the last day prescribed by law or by regulations promulgated pursuant to law for the filing thereof, shall be considered as filed on such last day.

(2) RETURN OF CERTAIN EMPLOYMENT TAXES AND TAX IMPOSED BY CHAPTER 3.—For purposes of this section, if a return of tax imposed by chapter 3, 21 or 24 for any period ending with or within a calendar year is filed before April 15 of the succeeding calendar year, such return shall be considered filed on April 15 of such calendar year.

(3) RETURN EXECUTED BY SECRETARY.—Notwithstanding the provisions of paragraph (2) of section 6020(b), the execution of a return by the Secretary pursuant to the authority conferred by such section shall not start the running of the period of limitations on assessment and collection.

(4) RETURN OF EXCISE TAXES.—For purposes of this section, the filing of a return for a specified period on which an entry has been made with respect to a tax imposed under a provision of subtitle D (including a return on which an entry has been made showing no liability for such tax for such period) shall constitute the filing of a return of all amounts of such tax which, if properly paid, would be required to be reported on such return for such period.

**Amendments**

**• 1976, Tax Reform Act of 1976 (P.L. 94-455)**

**P.L. 94-455, §1906(b)(13)(A):**

Amended 1954 Code by substituting "Secretary" for "Secretary or his delegate" each place it appeared. **Effective** 2-1-77.

**• 1966, Foreign Investors Tax Act of 1966 (P.L. 89-809)**

**P.L. 89-809, §105(f)(3):**

Amended Code Sec. 6501(b)(1) and (2) by substituting "chapter 3, 21, or 24" for "chapter 21 or 24" and amended Code Sec. 6501(b)(2) by inserting "and Tax Imposed by Chapter 3" after "Taxes" in the heading. **Effective** 11-13-66.

**• 1965, Excise Tax Reduction Act of 1965 (P.L. 89-44)**

**P.L. 89-44, §810(a):**

Amended Sec. 6501(b) by adding paragraph (4). **Effective** 7-1-65.

**[Sec. 6501(c)]**

(c) EXCEPTIONS.—

(1) FALSE RETURN.—In the case of a false or fraudulent return with the intent to evade tax, the tax may be assessed, or a proceeding in court for collection of such tax may be begun without assessment, at any time.

(2) WILLFUL ATTEMPT TO EVADE TAX.—In case of a willful attempt in any manner to defeat or evade tax imposed by this title (other than tax imposed by subtitle A or B), the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time.

(3) NO RETURN.—In the case of failure to file a return, the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time.

(4) EXTENSION BY AGREEMENT.—

(A) IN GENERAL.—Where before the expiration of the time prescribed in this section for the assessment of any tax imposed by this title, except the estate tax provided in chapter 11, both the Secretary and the taxpayer have consented in writing to its assessment after such time, the tax may be assessed at any time prior to the expiration of the period agreed upon. The period so agreed upon may be extended by subsequent agreements in writing made before the expiration of the period previously agreed upon.

(B) NOTICE TO TAXPAYER OF RIGHT TO REFUSE OR LIMIT EXTENSION.—The Secretary shall notify the taxpayer of the taxpayer's right to refuse to extend the period of limitations, or to limit such extension to particular issues or to a particular period of time, on each occasion when the taxpayer is requested to provide such consent.

(5) TAX RESULTING FROM CHANGES IN CERTAIN INCOME TAX OR ESTATE TAX CREDITS.—For special rules applicable in cases where the adjustment of certain taxes allowed as a credit against income taxes or estate taxes results in additional tax, see section 905(c) (relating to the foreign tax credit for income tax purposes) and section 2016 (relating to taxes of foreign countries, States, etc., claimed as credit against estate taxes).

(6) TERMINATION OF PRIVATE FOUNDATION STATUS.—In the case of a tax on termination of private foundation status under section 507, such tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time.

(7) SPECIAL RULE FOR CERTAIN AMENDED RETURNS.—Where, within the 60-day period ending on the day on which the time prescribed in this section for the assessment of any tax imposed by subtitle A for any taxable year would otherwise expire, the Secretary receives a written document signed by the taxpayer showing that the taxpayer owes an additional amount of such tax for such taxable year, the period for the assessment of such additional amount shall not expire before the day 60 days after the day on which the Secretary receives such document.

(8) FAILURE TO NOTIFY SECRETARY OF CERTAIN FOREIGN TRANSFERS.—In the case of any information which is required to be reported to the Secretary under section 6038, 6038A, 6038B, 6046, 6046A, or 6048, the time for assessment of any tax imposed by this title with respect to any event or period to which such information relates shall not expire before the date which is 3 years after the date on which the Secretary is furnished the information required to be reported under such section.

(9) GIFT TAX ON CERTAIN GIFTS NOT SHOWN ON RETURN.—If any gift of property the value of which (or any increase in taxable gifts required under section 2701(d) which) is required to be shown on a return of tax imposed by chapter 12 (without regard to section 2503(b)), and is not shown on such return, any tax imposed by chapter 12 on such gift may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time. The preceding sentence shall not apply to any item which is disclosed in such return, or in a statement attached to the return, in a manner adequate to apprise the Secretary of the nature of such item.

(10) LISTED TRANSACTIONS.—If a taxpayer fails to include on any return or statement for any taxable year any information with respect to a listed transaction (as defined in section 6707A(c)(2)) which is required under section 6011 to be included with such return or statement, the time for assessment of any tax imposed by this title with respect to such transaction shall not expire before the date which is 1 year after the earlier of—

(A) the date on which the Secretary is furnished the information so required, or

(B) the date that a material advisor meets the requirements of section 6112 with respect to a request by the Secretary under section 6112(b) relating to such transaction with respect to such taxpayer.

### Amendments

**• 2005, Gulf Opportunity Zone Act of 2005 (P.L. 109-135)**

**P.L. 109-135, §403(y):**

Amended Code Sec. 6501(c)(10)(B) by striking "(as defined in section 6111)" after "material advisor". **Effective** as if included in the provision of the American Jobs Creation Act of 2004 (P.L. 108-357) to which it relates [**effective** for tax years with respect to which the period for assessing a deficiency did not expire before 10-22-2004.—CCH.]

**• 2004, American Jobs Creation Act of 2004 (P.L. 108-357)**

**P.L. 108-357, §814(a):**

Amended Code Sec. 6501(c) by adding at the end a new paragraph (10). **Effective** for tax years with respect to which the period for assessing a deficiency did not expire before 10-22-2004.

**• 1998, IRS Restructuring and Reform Act of 1998 (P.L. 105-206)**

**P.L. 105-206, §3461(b)(1)-(2):**

Amended Code Sec. 6501(c)(4) by striking "Where" and inserting "(A) IN GENERAL.—Where", and by adding at the end a new subparagraph (B). **Effective** for requests to extend the period of limitations made after 12-31-99. For a special rule, see Act Sec. 3461(c)(2), below.

**P.L. 105-206, §3461(c)(2), provides:**

(2) PRIOR REQUEST.—If, in any request to extend the period of limitations made on or before December 31, 1999, a taxpayer agreed to extend such period beyond the 10-year period referred to in section 6502(a) of the Internal Revenue Code of 1986, such extension shall expire on the latest of—

(A) the last day of such 10-year period;

(B) December 31, 2002; or

(C) in the case of an extension in connection with an installment agreement, the 90th day after the end of the period of such extension.

**P.L. 105-206, §6007(e)(2)(A):**

Amended Code Sec. 6501(c)(9) by striking the last sentence. **Effective** as if included in the provision of P.L. 105-34 to which it relates [**effective** for gifts made in calendar years ending after 8-5-97.—CCH]. Prior to being stricken, the last sentence of Code Sec. 6501(c)(9) read as follows:

The value of any item which is so disclosed may not be redetermined by the Secretary after the expiration of the period under subsection (a).

**• 1997, Taxpayer Relief Act of 1997 (P.L. 105-34)**

**P.L. 105-34, §506(b):**

Amended Code Sec. 6501(c)(9). **Effective** for gifts made in calendar years ending after 8-5-97. Prior to amendment, Code Sec. 6501(c)(9) read as follows:

(9) GIFT TAX ON CERTAIN GIFTS NOT SHOWN ON RETURN.—If any gift of property the value of which is determined under section 2701 or 2702 (or any increase in taxable gifts required under section 2701(d)) is required to be shown on a return of tax imposed by chapter 12 (without regard to section 2503(b)), and is not shown on such return, any tax imposed by chapter 12 on such gift may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time. The preceding sentence shall not apply to any item not shown as a gift on such return if such item is disclosed in such return, or in a statement attached to the return, in a manner adequate to apprise the Secretary of the nature of such item.

**P.L. 105-34, §1145(a):**

Amended Code Sec. 6501(c)(8). **Effective** for information the due date for the reporting of which is after 8-5-97. Prior to amendment, Code Sec. 6501(c)(8) read as follows:

(8) FAILURE TO NOTIFY SECRETARY UNDER SECTION 6038B.—In the case of any tax imposed on any exchange or distribution by reason of subsection (a), (d), or (e) of section 367, the time for assessment of such tax shall not expire before the date which is 3 years after the date on which the Secretary is notified of such exchange or distribution under section 6038B(a).

**• 1990, Omnibus Budget Reconciliation Act of 1990 (P.L. 101-508)**

**P.L. 101-508, §11602(b):**

Amended Code Sec. 6501(c) by adding at the end thereof a new paragraph (9). **Effective** for gifts after 10-8-90.

**• 1986, Tax Reform Act of 1986 (P.L. 99-514)**

**P.L. 99-514, §1810(g)(3)(A), (B):**

Amended Code Sec. 6501(c)(8) by striking out "subsection (a) or (d)" and inserting in lieu thereof "subsection (a), (d), or (e)", and by striking out "exchange" each place it appears and inserting in lieu thereof "exchange or distribution". **Effective** as if included in the provision of P.L. 98-369 to which it relates.

**• 1984, Deficit Reduction Act of 1984 (P.L. 98-369)**

**P.L. 98-369, §131(d)(2):**

Amended Code Sec. 6501(c) by adding new paragraph (8). **Effective** for transfers or exchanges after 12-31-84, in tax years ending after such date. Special rules appear in Act Sec. 131(g)(2) and (3) following Code Sec. 367.

**P.L. 98-369, §211(b)(24)(A):**

Amended Code Sec. 6501(c) by striking out paragraph (6) and by redesignating paragraph (7) as paragraph (6). **Effective** for tax years beginning after 12-31-83. Prior to amendment, paragraph (6) read as follows:

(6) Tax Resulting from Certain Distributions or from Termination as Life Insurance Company.—In the case of any tax imposed under section 802(a) by reason of section 802(b)(3) on account of a termination of the taxpayer as an insurance company or as a life insurance company to which section 815(d)(2)(A) applies, or on account of a distribution by the taxpayer to which section 815(d)(2)(B) applies, such tax may be assessed within 3 years after the return was filed (whether or not such return was filed on or after the date prescribed) for the taxable year for which the taxpayer ceases to be an insurance company, the second taxable year for which the taxpayer is not a life insurance company, or the taxable year in which the distribution is actually made, as the case may be.

**P.L. 98-369, §447(a):**

Amended Code Sec. 6501(c) by adding new paragraph (7). **Effective** with respect to documents received by the Secretary of the Treasury (or his delegate) after 7-18-84.

**• 1976, Tax Reform Act of 1976 (P.L. 94-455)**

**P.L. 94-455, §1906(b)(13)(A):**

Amended 1954 Code by substituting "Secretary" for "Secretary or his delegate" each place it appeared. **Effective** 2-1-77.

**• 1969, Tax Reform Act of 1969 (P.L. 91-172)**

**P.L. 91-172, §101(g)(2):**

Added paragraph (7) to Code Sec. 6501(c). **Effective** 1-1-70.

**• 1962 (P.L. 87-858)**

**P.L. 87-858, §3(b)(4):**

Amended Code Sec. 6501(c)(6) by substituting "802(a)" for "802(a)(1)". **Effective** 1-1-62.

**• 1959, Life Insurance Company Income Tax Act of 1959 (P.L. 86-69)**

**P.L. 86-69, §3(g):**

Amended Code Sec. 6501(c) by adding a new paragraph (6). **Effective** for tax years beginning after 12-31-57.

**[Sec. 6501(d)]**

(d) REQUEST FOR PROMPT ASSESSMENT.—Except as otherwise provided in subsection (c), (e), or (f), in the case of any tax (other than the tax imposed by chapter 11 of subtitle B, relating to estate taxes) for which return is required in the case of a decedent, or by his estate during the period of administration, or by a corporation, the tax shall be assessed, and any proceeding in court without assessment for the collection of such tax shall be begun, within 18 months after written request therefor (filed after the return is made and filed in such manner and such form as may be prescribed by regulations of the Secretary) by the executor, administrator, or other fiduciary representing the estate of such decedent, or by the corporation, but not after the expiration of 3 years after the return was filed. This subsection shall not apply in the case of a corporation unless—

(1)(A) such written request notifies the Secretary that the corporation contemplates dissolution at or before the expiration of such 18-month period, (B) the dissolution is in good faith begun before the expiration of such 18-month period, and (C) the dissolution is completed;

(2)(A) such written request notifies the Secretary that a dissolution has in good faith been begun, and (B) the dissolution is completed; or

(3) a dissolution has been completed at the time such written request is made.

**Amendments**

**• 1976, Tax Reform Act of 1976 (P.L. 94-455)**

**P.L. 94-455, §1906(b)(13)(A):**

Amended 1954 Code by substituting "Secretary" for "Secretary or his delegate" each place it appeared. **Effective** 2-1-77.

**• 1958, Technical Amendments Act of 1958 (P.L. 85-866)**

**P.L. 85-866, §80(a):**

Amended the first sentence of Sec. 6501(d) by striking out "subsection (c)" and substituting "subsection (c), (e), or (f)". **Effective** 1-1-54.

**P.L. 85-866, §80(b):**

Amended paragraphs (1), (2) and (3) of Sec. 6501(d). **Effective** 1-1-54. Prior to amendment, those paragraphs read as follows:

"(1) Such written request notifies the Secretary or his delegate that the corporation contemplates dissolution at or before the expiration of such 18-month period; and

"(2) The dissolution is in good faith begun before the expiration of such 18-month period; and

"(3) The dissolution is completed."

**[Sec. 6501(e)]**

(e) SUBSTANTIAL OMISSION OF ITEMS.—Except as otherwise provided in subsection (c)—

(1) INCOME TAXES.—In the case of any tax imposed by subtitle A—

(A) GENERAL RULE.—If the taxpayer omits from gross income an amount properly includible therein which is in excess of 25 percent of the amount of gross income stated in the return, the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed. For purposes of this subparagraph—

(i) In the case of a trade or business, the term "gross income" means the total of the amounts received or accrued from the sale of goods or services (if such amounts are required to be shown on the return) prior to diminution by the cost of such sales or services; and

(ii) In determining the amount omitted from gross income, there shall not be taken into account any amount which is omitted from gross income stated in the return if such amount is disclosed in the return, or in a statement attached to the return, in a manner adequate to apprise the Secretary of the nature and amount of such item.

(B) CONSTRUCTIVE DIVIDENDS.—If the taxpayer omits from gross income an amount properly includible therein under section 951(a), the tax may be assessed, or a proceeding in court for the collection of such tax may be done without assessing, at any time within 6 years after the return was filed.

(2) ESTATE AND GIFT TAXES.—In the case of a return of estate tax under chapter 11 or a return of gift tax under chapter 12, if the taxpayer omits from the gross estate or from the total amount of the gifts made during the period for which the return was filed items includible in such gross estate or such total gifts, as the case may be, as exceed in amount 25 percent of the gross estate stated in the return or the total amount of gifts stated in the return, the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time

within 6 years after the return was filed. In determining the items omitted from the gross estate or the total gifts, there shall not be taken into account any item which is omitted from the gross estate or from the total gifts stated in the return if such item is disclosed in the return, or in a statement attached to the return, in a manner adequate to apprise the Secretary of the nature and amount of such item.

(3) EXCISE TAXES.—In the case of a return of a tax imposed under a provision of subtitle D, if the return omits an amount of such tax properly includible thereon which exceeds 25 percent of the amount of such tax reported thereon, the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return is filed. In determining the amount of tax omitted on a return, there shall not be taken into account any amount of tax imposed by chapter 41, 42, 43, or 44 which is omitted from the return if the transaction giving rise to such tax is disclosed in the return, or in a statement attached to the return, in a manner adequate to apprise the Secretary of the existence and nature of such item.

**Amendments**

**• 2004, American Jobs Creation Act of 2004 (P.L. 108-357)**

**P.L. 108-357, §413(c)(28):**

Amended Code Sec. 6501(e)(1)(B). **Effective** for tax years of foreign corporations beginning after 12-31-2004, and for tax years of United States shareholders with or within which such tax years of foreign corporations end. Prior to amendment, Code Sec. 6501(e)(1)(B) read as follows:

(B) CONSTRUCTIVE DIVIDENDS.—If the taxpayer omits from gross income an amount properly includible therein under section 551(b) (relating to the inclusion in the gross income of United States shareholders of their distributive shares of the undistributed foreign personal holding company income), the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed.

**• 1978, Revenue Act of 1978 (P.L. 95-600)**

**P.L. 95-600, §701(t)(3)(A):**

Amended Code Sec. 6501(e)(3) by changing ", or 43" to "43, or 44". **Effective** 10-4-76.

**• 1978, Black Lung Benefits Revenue Act of 1977 (P.L. 95-227)**

**P.L. 95-227, §4(d)(4):**

Amended Code Sec. 6501(e)(3) by substituting "43, or 44" for "or 43" in the second sentence thereof. For **effective** date, see the historical comment for P.L. 95-227 under Code Sec. 4951.

**• 1976, Tax Reform Act of 1976 (P.L. 94-455)**

**P.L. 94-455, §1307(d)(2)(F)(vi):**

Substituted "chapter 41, 42," for "chapter 42" in Code Sec. 6501(e)(3). **Effective** 10-4-76.

**P.L. 94-455, §1906(b)(13)(A):**

Amended the 1954 Code by substituting "Secretary" for "Secretary or his delegate" each place it appeared. **Effective** 2-1-77.

**• 1974, Employee Retirement Income Security Act of 1974 (P.L. 93-406)**

**P.L. 93-406, §1016(a)(14):**

Amended Code Sec. 6501(e)(3) by changing "chapter 42" to "chapter 42 or 43". For **effective** date, see amendment note for Code Sec. 410.

**• 1970, Excise, Estate, and Gift Tax Adjustment Act of 1970 (P.L. 91-614)**

**P.L. 91-614, §102(d)(8):**

Amended Code Sec. 6501(e) by substituting "period for which the return was filed" for "year" in the first sentence of paragraph (2). **Effective** for gifts made after 12-31-70.

**• 1969, Tax Reform Act of 1969 (P.L. 91-172)**

**P.L. 91-172, §101(g)(3):**

Added the last sentence in Code Sec. 6501(e)(3). **Effective** 1-1-70.

**• 1965, Excise Tax Reduction Act of 1965 (P.L. 89-44)**

**P.L. 89-44, §810(b):**

Amended Code Sec. 6501(e) by adding paragraph (3). **Effective** 7-1-65.

**[Sec. 6501(f)]**

(f) PERSONAL HOLDING COMPANY TAX.—If a corporation which is a personal holding company for any taxable year fails to file with its return under chapter 1 for such year a schedule setting forth—

(1) the items of gross income and adjusted ordinary gross income, described in section 543, received by the corporation during such year, and

(2) the names and addresses of the individuals who owned, within the meaning of section 544 (relating to rules for determining stock ownership), at any time during the last half of such year more than 50 percent in value of the outstanding capital stock of the corporation,

the personal holding company tax for such year may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return for such year was filed.

**Amendments**

**• 1964, Revenue Act of 1964 (P.L. 88-272)**

**P.L. 88-272, §225(k)(6):**

Amended Code Sec. 6501(f) by striking out "gross income, described in section 543(a)," and inserting in lieu thereof "gross income and adjusted ordinary gross income, described in section 543,". **Effective** 1-1-64.

**[Sec. 6501(g)]**

(g) CERTAIN INCOME TAX RETURNS OF CORPORATIONS.—

(1) TRUSTS OR PARTNERSHIPS.—If a taxpayer determines in good faith that it is a trust or partnership and files a return as such under subtitle A, and if such taxpayer is thereafter held to be a corporation for the taxable year for which the return is filed, such return shall be deemed the return of the corporation for purposes of this section.

(2) EXEMPT ORGANIZATIONS.—If a taxpayer determines in good faith that it is an exempt organization and files a return as such under section 6033, and if such taxpayer is thereafter held to be a taxable organization for the taxable year for which the return is filed, such return shall be deemed the return of the organization for purposes of this section.

(3) DISC.—If a corporation determines in good faith that it is a DISC (as defined in section 992(a)) and files a return as such under section 6011(c)(2) and if such corporation is thereafter held to be a corporation which is not a DISC for the taxable year for which the return is filed, such return shall be deemed the return of a corporation which is not a DISC for purposes of this section.

**Amendments**

**• 1984, Deficit Reduction Act of 1984 (P.L. 98-369)**

**P.L. 98-369, §801(d)(14):**

Amended Code Sec. 6501(g)(3) by striking out "section 6011(e)(2)" and inserting in lieu thereof "section 6011(c)(2)." **Effective** for transactions after 12-31-84, in tax years ending after such date.

**• 1971, Revenue Act of 1971 (P.L. 92-178)**

**P.L. 92-178, §504(c):**

Amended Code Sec. 6501(g) by adding paragraph (3). **Effective** date is governed by the **effective** date for Code Sec. 992.

**• 1958, Technical Amendments Act of 1958 (P.L. 85-866)**

**P.L. 85-866, §81(a):**

Amended Code Sec. 6501(g)(2) by striking out "corporation" each place it appeared and substituting "organization". The word "corporation" previously appeared in the 3rd and last lines. **Effective** 1-1-54.

**[Sec. 6501(h)]**

(h) NET OPERATING LOSS OR CAPITAL LOSS CARRYBACKS.—In the case of a deficiency attributable to the application to the taxpayer of a net operating loss carryback or a capital loss carryback (including deficiencies which may be assessed pursuant to the provisions of section 6213(b)(3)), such deficiency may be assessed at any time before the expiration of the period within which a deficiency for the taxable year of the net operating loss or net capital loss which results in such carryback may be assessed.

**Amendments**

**• 1978, Revenue Act of 1978 (P.L. 95-600)**

**P.L. 95-600, §§703(n), 703(p)(2):**

Amended Code Sec. 6501(h) by changing "section 6213(b)(2)" to "section 6213(b)(3)" and by striking the last sentence. **Effective** 10-4-76. Prior to being stricken, the last sentence read as follows:

"In the case of a deficiency attributable to the application of a net operating loss carryback, such deficiency may be assessed within 18 months after the date on which the taxpayer files in accordance with section 172(b)(3) a copy of the certification (with respect to the taxable year of the net operating loss) issued under section 317 of the Trade Expansion Act of 1962, if later than the date prescribed by the preceding sentence."

**• 1969, Tax Reform Act of 1969 (P.L. 91-172)**

**P.L. 91-172, §512(e)(1):**

Amended Code Sec. 6501(h) by adding "or Capital Loss" between "Loss" and "Carryback" in heading; by adding "or a capital loss carryback" after "loss carryback"; by adding "or net capital loss" between "net operating loss" and "which"; and by striking out all after "assessed, or within 18 months" and inserting above. **Effective** with respect to net capital losses sustained in tax years beginning after 12-31-69. Prior to amendment, Code Sec. 6501(h) read as follows:

"(h) Net Operating Loss Carrybacks.—In the case of a deficiency attributable to the application to the taxpayer of a net operating loss carryback (including deficiencies which may be assessed pursuant to the provisions of section 6213(b)(2)), such deficiency may be assessed at any time before the expiration of the period within which a deficiency for the taxable year of the net operating loss which results in such carryback may be assessed, or within 18 months after the date on which the taxpayer files in accordance with section 172(b)(3) a copy of the certification (with respect to such taxable year) issued under section 317 of the Trade Expansion Act of 1962, whichever is later."

**• 1962, Trade Expansion Act of 1962 (P.L. 87-794)**

**P.L. 87-794, §317(c):**

Amended Code Sec. 6501(h). **Effective** with respect to net operating losses for tax years ending after 12-31-55. Prior to amendment, Code Sec. 6501(h) read as follows:

"(h) Net Operating Loss Carrybacks.—In the case of a deficiency attributable to the application to the taxpayer of a net operating loss carryback (including deficiencies which may be assessed pursuant to the provisions of section 6213(b)(2)), such deficiency may be assessed at any time before the expiration of the period within which a deficiency for the taxable year of the net operating loss which results in such carryback may be assessed."

**• 1958, Technical Amendments Act of 1958 (P.L. 85-866)**

**P.L. 85-866, §81(b):**

Redesignated Sec. 6501(h) as Code Sec. 6501(i) (now (j)) and added new Sec. 6501(h). **Effective** 1-1-54.

**[Sec. 6501(i)]**

(i) FOREIGN TAX CARRYBACKS.—In the case of a deficiency attributable to the application to the taxpayer of a carryback under section 904(c) (relating to carryback and carryover of excess foreign taxes), or under section 907(f) (relating to carryback and carryover of disallowed oil and gas extraction taxes), such deficiency may be assessed at any time before the expiration of one year after the expiration of the period within which a deficiency may be assessed for the taxable year of the excess taxes described in section 904(c) or 907(f) which result in such carryback.

**Amendments**

**• 1976, Tax Reform Act of 1976 (P.L. 94-455)**

**P.L. 94-455, §1031(b)(5):**

Substituted "section 904(c)" for "section 904(d)" each place it appeared in Code Sec. 6501(i). **Effective** for tax years beginning after 12-31-75.

**P.L. 94-455, §1035(d)(3)(A):**

Substituted "excess foreign taxes) or under section 907(f) (relating to carryback and carryover of disallowed oil and gas extraction taxes)" for "excess foreign taxes)" in Code Sec. 6501(i). **Effective** for taxes paid or accrued during tax years ending after 10-4-76.

**P.L. 94-455, §1035(d)(3)(B):**

Substituted "section 904(c) or 907(f)" for "section 904(c)" in the second place it appeared in Code Sec. 6501(i). **Effective** for taxes paid or accrued during tax years ending after 10-4-76.

**• 1960 (P.L. 86-780)**

**P.L. 86-780, §3(c):**

Redesignated Sec. 6501(i) as Sec. 6501(j) and added a new Code Sec. 6501(i). **Effective** for tax years beginning after 12-31-57.

**[Sec. 6501(j)]**

(j) CERTAIN CREDIT CARRYBACKS.—

(1) IN GENERAL.—In the case of a deficiency attributable to the application to the taxpayer of a credit carryback (including deficiencies which may be assessed pursuant to the provisions of section 6213(b)(3)), such deficiency may be assessed at any time before the expiration of the period within which a deficiency for the taxable year of the unused credit which results in such carryback may be assessed, or with respect to any portion of a credit carryback from a taxable year attributable to a net operating loss carryback, capital loss carryback, or other credit carryback from a subsequent taxable year, at any time before the expiration of the period within which a deficiency for such subsequent taxable year may be assessed.

(2) CREDIT CARRYBACK DEFINED.—For purposes of this subsection, the term "credit carryback" has the meaning given such term by section 6511(d)(4)(C).

**Amendments**

**• 1978 (P.L. 95-628)**

**P.L. 95-628, §8(c)(1):**

Amended Code Sec. 6501(j). **Effective** for carrybacks arising in tax years beginning after 11-10-78. Prior to amendment, Code Sec. 6501(j) read as follows:

"(j) INVESTMENT CREDIT CARRYBACKS.—In the case of a deficiency attributable to the application to the taxpayer of an investment credit carryback (including deficiencies which may be assessed pursuant to the provisions of section 6213(b)(3)), such deficiency may be assessed at any time before the expiration of the period within which a deficiency for the taxable year of the unused investment credit which results in such carryback may be assessed, or, with respect to any portion of an investment credit carryback from a taxable year attributable to a net operating loss carryback or a capital loss carryback from a subsequent taxable year, at any time before the expiration of the period within which a deficiency for such subsequent taxable year may be assessed."

**• 1978, Revenue Act of 1978 (P.L. 95-600)**

**P.L. 95-600, §703(n):**

Amended Code Sec. 6501(j) by changing "section 6213(b)(2)" to "section 6213(b)(3)". **Effective** 10-4-76.

**• 1969, Tax Reform Act of 1969 (P.L. 91-172)**

**P.L. 91-172, §512(e)(1):**

Amended Code Sec. 6501(j) by adding "or a capital loss carryback" after "loss carryback". **Effective** with respect to net capital losses sustained in tax years beginning after 12-31-69.

**• 1967 (P.L. 90-225)**

**P.L. 90-225, §2(c):**

Amended Code Sec. 6501(j) by inserting at the end thereof the following: ", or, with respect to any portion of an investment credit carryback from a taxable year attributable to a net operating loss carryback from a subsequent taxable year, at any time before the expiration of the period within which a deficiency for such subsequent taxable year may be assessed". **Effective** with respect to investment credit carrybacks attributable to net operating loss carrybacks from tax years ending after 7-31-67.

**• 1966 (P.L. 89-721)**

**P.L. 89-721, §2(f):**

Amended Code Sec. 6501(j) by inserting "(including deficiencies which may be assessed pursuant to the provisions of section 6213(b)(2))" immediately after "investment credit carryback". **Effective** for tax years ending after 12-31-61, but only in the case of applications filed after 11-2-66, the date of enactment.

**• 1962, Revenue Act of 1962 (P.L. 87-834)**

**P.L. 87-834, §2:**

Redesignated Code Sec. 6501(j) as Code Sec. 6501(k) and added a new Code Sec. 6501(j). **Effective** for tax years ending after 12-31-61.

**[Sec. 6501(k)]**

(k) TENTATIVE CARRYBACK ADJUSTMENT ASSESSMENT PERIOD.—In a case where an amount has been applied, credited, or refunded under section 6411 (relating to tentative carryback and refund adjustments) by reason of a net operating loss carryback, a capital loss carryback, or a credit carryback, (as defined in section 6511(d)(4)(C)) to a prior taxable year, the period described in subsection (a) of this section for assessing a deficiency for such prior taxable year shall be extended to include the period described in subsection (h) or (j), whichever is applicable; except that the amount which may be assessed solely by reason of this subsection shall not exceed the amount so applied, credited, or refunded under section 6411, reduced by any amount which may be assessed solely by reason of subsection (h) or (j), as the case may be.

**Amendments**

**• 1986, Tax Reform Act of 1986 (P.L. 99-514)**

**P.L. 99-514, §1847(b)(14):**

Amended Code Sec. 6501(k) by striking out "an investment credit carryback, or a work incentive program carryback, or a new employee credit carryback" and inserting in lieu thereof "or a credit carryback (as defined in section 6511(d)(4)(C))". **Effective** as if included in the provision of P.L. 98-369 to which it relates.

**• 1984, Deficit Reduction Act of 1984 (P.L. 98-369)**

**P.L. 98-369, §163(b)(1):**

Redesignated Code Sec. 6501(m) as (k). **Effective** for expenditures with respect to which the second tax year described in Code Sec. 118(b)(2)(B) ends after 12-31-84.

**P.L. 98-369, §211(b)(24)(B):**

Repealed Code Sec. 6501(k). **Effective** for tax years beginning after 12-31-83. Prior to repeal, it read as follows:

(k) Reductions of Policyholders Surplus Account of Life Insurance Companies.—In the case of a deficiency attributable to the application to the taxpayer of section 815(d)(5) (relating to reductions of policyholders surplus account of life insurance companies for certain unused deductions), such deficiency may be assessed at any time before the expiration of the period within which a deficiency for the last taxable year to which the loss described in section 815(d)(5)(A) is carried under section 812(b)(2) may be assessed.

**• 1978 (P.L. 95-628)**

**P.L. 95-628, §8(b):**

Amended Code Sec. 6501(m) by striking out "subsection (h), (j), (o), or (p)" each place it appeared and inserting in lieu thereof "subsection (h) or (j)". **Effective** for carrybacks arising in tax years beginning after 11-10-78.

**• 1978, Revenue Act of 1978 (P.L. 95-600)**

**P.L. 95-600, §504(b)(3):**

Amended Code Sec. 6501(m) by inserting "and refund" after "carryback" the first place it appears. **Effective** for tentative refund claims filed on and after 11-6-78.

**• 1977, Tax Reduction and Simplification Act of 1977 (P.L. 95-30)**

**P.L. 95-30, §202(d)(5)(B):**

Amended Code Sec. 6501(m) by substituting "a work incentive program carryback, or a new employee credit carryback" for "or a work incentive program carryback" and also substituting "(j), (o), or (p)" for "(j) or (o)". **Effective** for tax years beginning after 12-31-76, or for credit carrybacks from such years.

**• 1971, Revenue Act of 1971 (P.L. 92-178)**

**P.L. 92-178, §601(e)(2):**

Amended Code Sec. 6501(m) by substituting "an investment credit carryback, or a work incentive program carryback" for "or an investment credit carryback" and by substituting "(h), (j), or (o)" for "(h) or (j)" in each of the two places such words appear. **Effective** for tax years beginning after 12-31-71.

**• 1969, Tax Reform Act of 1969 (P.L. 91-172)**

**P.L. 91-172, §512(e)(1):**

Amended Code Sec. 6501(m) by adding ", a capital loss carryback," after "loss carryback". **Effective** with respect to net capital losses sustained in tax years beginning after 12-31-69.

**• 1966 (P.L. 89-721)**

**P.L. 89-721, §3(a):**

Added new Code Sec. 6501(m). **Effective** in any case where the application under Code Sec. 6411 is filed after 11-2-66.

**• 1964 (P.L. 88-571)**

**P.L. 88-571, §3(b):**

Amended Code Sec. 6501 by adding subsection (k), and by redesignating Subsection (k) as (l). **Effective** with respect to amounts added to policyholders surplus accounts for taxable years beginning after 12-31-58.

## [Sec. 6501(l)]

(l) SPECIAL RULE FOR CHAPTER 42 AND SIMILAR TAXES.—

(1) IN GENERAL.—For purposes of any tax imposed by section 4912, by chapter 42 (other than section 4940) or by section 4975, the return referred to in this section shall be the return filed by the private foundation, plan, trust, or other organization (as the case may be) for the year in which the act (or failure to act) giving rise to liability for such tax occurred. For purposes of section 4940, such return is the return filed by the private foundation for the taxable year for which the tax is imposed.

(2) CERTAIN CONTRIBUTIONS TO SECTION 501(c)(3) ORGANIZATIONS.—In the case of a deficiency of tax of a private foundation making a contribution in the manner provided in section 4942(g)(3) (relating to certain contributions to section 501(c)(3) organizations) attributable to the failure of a section 501(c)(3) organization to make the distribution prescribed by section 4942(g)(3), such deficiency may be assessed at any time before the expiration of one year after the expiration of the period within which a deficiency may be assessed for the taxable year with respect to which the contribution was made.

(3) CERTAIN SET-ASIDES DESCRIBED IN SECTION 4942(g)(2).—In the case of a deficiency attributable to the failure of an amount set aside by a private foundation for a specific project to be treated as a qualifying distribution under the provisions of section 4942(g)(2)(B)(ii), such deficiency may be assessed at any time before the expiration of 2 years after the expiration of the period within which a deficiency may be assessed for the taxable year to which the amount set aside relates.

### Amendments

**• 1987, Revenue Act of 1987 (P.L. 100-203)**

**P.L. 100-203, §10712(c)(2):**

Amended Code Sec. 6501(l)(1) by striking out "plan, or trust" and inserting in lieu thereof "plan, trust, or other organization." **Effective** for tax years beginning after 12-22-87.

**P.L. 100-203, §10714(c):**

Amended Code Sec. 6501(l)(1) by striking out "by chapter 42 (other than section 4940)" and inserting in lieu thereof "by section 4912, by chapter 42 (other than section 4940),". **Effective** for tax years beginning after 12-22-87.

**• 1984, Deficit Reduction Act of 1984 (P.L. 98-369)**

**P.L. 98-369, §163(b)(1):**

Amended Code Sec. 6501 by striking subsection (l) and redesignating subsection (n) as (l). **Effective** for expenditures with respect to which the second tax year described in Code Sec. 118(b)(2)(B) ends after 12-31-84. Prior to being stricken, subsection (l) read as follows:

(l) Joint Income Return After Separate Return.—For period of limitations for assessment and collection in the case of a joint income return filed after separate returns have been filed, see section 6013(b)(3) and (4).

**P.L. 98-369, §314(a)(3):**

Amended Code Sec. 6501(n)(3) [prior to its redesignation as (l)] by striking out "section 4942(g)(2)(B)(i)(II)" and inserting in lieu thereof "section 4942(g)(2)(B)(ii)".

**• 1978, Black Lung Benefits Revenue Act of 1977 (P.L. 95-227)**

**P.L. 95-227, §4(d)(5):**

Amended Code Sec. 6501(n) by adding "AND SIMILAR" in the heading and by substituting the first sentence for the following: "For purposes of any tax imposed by chapter 42 (other than section 4940), the return referred to in this section shall be the return filed by the private foundation for the year in which the act (or failure to act) giving rise to liability for such tax occurred." For **effective** date, see the historical comment for P.L. 95-227 under Code Sec. 4951.

**• 1976, Tax Reform Act of 1976 (P.L. 94-455)**

**P.L. 94-455, §1302(b):**

Added Code Sec. 6501(n)(3). **Effective** for tax years beginning after 12-31-74.

**• 1969, Tax Reform Act of 1969 (P.L. 91-172)**

**P.L. 91-172, §101(g)(1):**

Added Code Sec. 6501(n). **Effective** 1-1-70.

**• 1964 (P.L. 88-571)**

**P.L. 88-571, §3(b):**

Redesignated former Code Sec. 6501(k) as Sec. 6501(l).

**• 1962, Revenue Act of 1962 (P.L. 87-834)**

**P.L. 87-834, §2:**

Redesignated Code Sec. 6501(j) as 6501(k). **Effective** for tax years ending after 12-31-61.

• **1960 (P.L. 86-780)**

**P.L. 86-780, §3(c):**

Redesignated Sec. 6501(i) as 6501(j). **Effective** for tax years beginning after 12-31-57.

• **1958, Technical Amendments Act of 1958 (P.L. 85-866)**

**P.L. 85-866, §81(b):**

Redesignated Sec. 6501(h) as 6501(i). **Effective** 1-1-54.

## [Sec. 6501(m)—Stricken]

### Amendments

• **1996, Small Business Job Protection Act of 1996 (P.L. 104-188)**

**P.L. 104-188, §1702(e)(3)(A):**

Amended Code Sec. 6501 by striking subsection (m) and by redesignating subsections (n) and (o) as subsections (m) and (n), respectively. [Note: Code Sec. 6501(m) was already stricken by P.L. 100-418, applicable to crude oil removed from the premises on or after August 23, 1988.—CCH.] **Effective** as if included in the provision of P.L. 101-508 to which it relates.

• **1988, Omnibus Trade and Competitiveness Act of 1988 (P.L. 100-418)**

**P.L. 100-418, §1941(b)(2)(H):**

Amended Code Sec. 6501 by striking subsection (m). **Effective** for crude oil removed from the premises on or after 8-23-88. Prior to amendment, Code Sec. 6501(m) read as follows:

(m) SPECIAL RULES FOR WINDFALL PROFIT TAX—

(1) OIL SUBJECT TO WITHHOLDING.—

(A) IN GENERAL.—In the case of any oil to which section 4995(a) applies and with respect to which no return is required, the return referred to in this section shall be the return (of the person liable for the tax imposed by section 4986) of the taxes imposed by subtitle A for the taxable year in which the removal year ends.

(B) REMOVAL YEAR.—For purposes of subparagraph (A), the term "removal year" means the calendar year in which the oil is removed from the premises.

(2) EXTENSION OF LIABILITY ATTRIBUTABLE TO DOE RECLASSIFICATION.—

(A) IN GENERAL.—In the case of the tax imposed by chapter 45, if a Department of Energy change becomes final, the period for assessing any deficiency attributable to such change shall not expire before the date which is 1 year after the date on which such change becomes final.

(B) DEPARTMENT OF ENERGY CHANGE.—For purposes of subparagraph (A) and section 6511(h)(2), the term "Department of Energy change" means any change by the Department of Energy in the classification under the June 1979 energy regulations (as defined in section 4996(b)(8)(C)) of a property or of domestic crude oil from a property.

(3) CROSS REFERENCE.—

For extension of period for windfall profit tax items of partnerships, see section 6229 as made applicable by section 6232.

• **1984, Deficit Reduction Act of 1984 (P.L. 98-369)**

**P.L. 98-369, §163(b)(1):**

Redesignated Code Sec. 6501(p) as (m). **Effective** for expenditures with respect to which the second tax year described in Code Sec. 118(b)(2)(B) ends after 12-31-84.

**P.L. 98-369, §474(r)(39):**

Amended Code Sec. 6501 by striking out subsection (p) and by redesignating subsection (q) as subsection (p). **Effective** for tax years beginning after 12-31-83, and to carrybacks from such years. Prior to amendment, subsection (p) read as follows:

(p) DEFICIENCY ATTRIBUTABLE TO ELECTION UNDER SECTION 43 OR 44B.—The period for assessing a deficiency attributable to any election under section 43 or 44B (or any revocation thereof) shall not expire before the date 1 year after the date on which the Secretary is notified of such election (or revocation).

**P.L. 98-369, §714(p)(2)(F):**

Amended Code Sec. 6501(q)(3) (prior to redesignation by Act Secs. 163(b)(1) and 474(r)(39)). **Effective** as if included in the provision of P.L. 97-248 to which it relates. Prior to amendment, Code Sec. 6501(q)(3) read as follows:

(3) PARTNERSHIP ITEMS OF FEDERALLY REGISTERED PARTNERSHIPS.—Under regulations prescribed by the Secretary, rules similar to the rules of subsection (o) shall apply to the tax imposed by section 4986.

• **1990, Omnibus Budget Reconciliation Act of 1990 (P.L. 101-508)**

**P.L. 101-508, §11511(c)(2):**

Amended Code Sec. 6501(m)[p] by striking "44B" each place it appears and inserting "43 or 44B". **Effective** for costs paid or incurred in tax years beginning after 12-31-90.

• **1980, Crude Oil Windfall Profit Tax Act of 1980 (P.L. 96-223)**

**P.L. 96-223, §101(g)(1):**

Added Code Sec. 6501(q). For the **effective** date and transitional rules, see P.L. 96-223, §101(i), following Code Sec. 4986.

• **1980, Technical Corrections Act of 1979 (P.L. 96-222)**

**P.L. 96-222, §103(a)(6)(G)(x):**

Redesignated Act Sec. 6501(q) as (p). **Effective** for amounts paid or incurred after 12-31-78, in tax years ending after such date.

• **1978, Revenue Act of 1978 (P.L. 95-600)**

**P.L. 95-600, §321(b)(2):**

Added Code Sec. 6501(q) [6501(r)]. **Effective** for amounts paid or incurred after 12-31-78, in tax years ending after such date.

• **1978 (P.L. 95-628)**

**P.L. 95-628, §8(b):**

Repealed Code Sec. 6501(p). **Effective** for carrybacks arising in tax years beginning after 11-10-78. Prior to repeal, Code Sec. 6501(p) read as follows:

"(p) NEW EMPLOYEE CREDIT CARRYBACKS.—In the case of a deficiency attributable to the application to the taxpayer of a new employee credit carryback (including deficiencies which may be assessed pursuant to the provisions of section 6213(b)(3)), such deficiency may be assessed at any time before the expiration of the period within which a deficiency for the taxable year of the unused new employee credit which results in such carryback may be assessed, or, with respect to any portion of a new employee credit carryback from a taxable year attributable to a net operating loss carryback, an investment credit carryback, a work incentive program credit carryback, or a capital loss carryback from a subsequent taxable year, at any time before the expiration of the period within which a deficiency for such subsequent taxable year may be assessed."

• **1977, Tax Reduction and Simplification Act of 1977 (P.L. 95-30)**

**P.L. 95-30, §202(d)(4)(A):**

Added Code Sec. 6501(p). **Effective** for tax years beginning after 12-31-76, and for credit carrybacks from such years.

## [Sec. 6501(m)]

(m) DEFICIENCIES ATTRIBUTABLE TO ELECTION OF CERTAIN CREDITS.—The period for assessing a deficiency attributable to any election under section 30(d)(4), 30B(h)(9), 30C(e)(5) [30C(e)(4)], 40(f), 43, 45B, 45C(d)(4), or 51(j) (or any revocation thereof) shall not expire before the date 1 year after the date on which the Secretary is notified of such election (or revocation).

### Amendments

**• 2005, Energy Tax Incentives Act of 2005 (P.L. 109-58)**

**P.L. 109-58, §1341(b)(4):**

Amended Code Sec. 6501(m) by inserting "30B(h)(9)," after "30(d)(4),". **Effective** for property placed in service after 12-31-2005, in tax years ending after such date.

**P.L. 109-58, §1342(b)(4):**

Amended Code Sec. 6501(m) by inserting "30C(e)(5)," after "30B(h)(9),". **Effective** for property placed in service after 12-31-2005, in tax years ending after such date.

**• 1998, IRS Restructuring and Reform Act of 1998 (P.L. 105-206)**

**P.L. 105-206, §6023(27):**

Amended Code Sec. 6501(m) by striking "election under" and all that follows through "(or any" and inserting "election under section 30(d)(4), 40(f), 43, 45B, 45C(d)(4), or 51(j) (or any". **Effective** 7-22-98. Prior to amendment, Code Sec. 6501(m) read as follows:

(m) DEFICIENCIES ATTRIBUTABLE TO ELECTION OF CERTAIN CREDITS.—The period for assessing a deficiency attributable to any election under section 30(d)(4), 40(f), 43, 45B, or 51(j) (or any revocation thereof) shall not expire before the date 1 year after the date on which the Secretary is notified of such election (or revocation).

**• 1996, Small Business Job Protection Act of 1996 (P.L. 104-188)**

**P.L. 104-188, §1702(e)(3)(A):**

Amended Code Sec. 6501 by striking subsection (m) and by redesignating subsections (n) and (o) as subsections (m) and (n), respectively. **Effective** as if included in the provision of P.L. 101-508 to which it relates.

**P.L. 104-188, §1702(e)(3)(B):**

Amended Code Sec. 6501(m), as redesignated by Act Sec. 1702(e)(3)(A), by striking "section 40(f) or 51(j)" and inserting "section 40(f), 43, or 51(j)". **Effective** as if included in the provision of P.L. 101-508 to which it relates.

**P.L. 104-188, §1703(n)(8):**

Amended Code Sec. 6501(m), as redesignated by Act Sec. 1702(e)(3)(A), by striking "or 51(j)" and inserting "45B, or 51(j)". **Effective** as if included in the provision of P.L. 103-66 to which it relates.

**P.L. 104-188, §1704(j)(4)(B):**

Amended Code Sec. 6501(m), as redesignated by Act Sec. 1703(e)(3)(A), by striking "section 40(f)" and inserting "section 30(d)(4), 40(f)". **Effective** 8-20-96.

**• 1989, Omnibus Budget Reconciliation Act of 1989 (P.L. 101-239)**

**P.L. 101-239, §7814(e)(2)(E):**

Amended Code Sec. 6501(n) by striking ", 41(h)," after "40(f)". **Effective** as if included in the provision of P.L. 100-647 to which it relates.

**• 1988, Technical and Miscellaneous Revenue Act of 1988 (P.L. 100-647)**

**P.L. 100-647, §4008(c)(2):**

Amended Code Sec. 6501(n) by striking out "or 51(j)" and inserting in lieu thereof ", 41(h), or 51(j)". **Effective** for tax years beginning after 12-31-88.

**• 1986, Tax Reform Act of 1986 (P.L. 99-514)**

**P.L. 99-514, §1847(b)(13):**

Amended Code Sec. 6501 by redesignating subsection (n) as subsection (o) and by inserting after subsection (m) new subsection (n). **Effective** as if included in the provision of P.L. 98-369 to which it relates.

**[Sec. 6501(n)]**

(n) CROSS REFERENCES.—

(1) For period of limitations for assessment and collection in the case of a joint income return filed after separate returns have been filed, see section 6013(b)(3) and (4).

(2) For extension of period in the case of partnership items (as defined in section 6231(a)(3)), see section 6229.

(3) For declaratory judgment relating to treatment of items other than partnership items with respect to an oversheltered return, see section 6234.

### Amendments

**• 1997, Taxpayer Relief Act of 1997 (P.L. 105-34)**

**P.L. 105-34, §1239(e)(2):**

Amended Code Sec. 6501(o)[(n)] by adding at the end a new paragraph (3). **Effective** for partnership tax years ending after 8-5-97.

**• 1996, Small Business Job Protection Act of 1996 (P.L. 104-188)**

**P.L. 104-188, §1702(e)(3)(A):**

Amended Code Sec. 6501 by redesignating subsection (o) as subsection (n). **Effective** as if included in the provision of P.L. 101-508 to which it relates.

**• 1988, Technical and Miscellaneous Revenue Act of 1988 (P.L. 100-647)**

**P.L. 100-647, §1008(j)(1):**

Amended Code Sec. 6501(o) by striking out paragraph (3). **Effective** as if included in the provision of P.L. 99-514 to which it relates. Prior to amendment, Code Sec. 6501(o)(3) read as follows:

(3) For extension of period in the case of certain contributions in aid of construction, see section 118(c).

**• 1986, Tax Reform Act of 1986 (P.L. 99-514)**

**P.L. 99-514, §1847(b)(13):**

Amended Code Sec. 6501 by redesignating subsection (n) as subsection (o). **Effective** as if included in the provision of P.L. 98-369 to which it relates.

**• 1984, Deficit Reduction Act of 1984 (P.L. 98-369)**

**P.L. 98-369, §163(b)(1):**

Amended Code Sec. 6501 by striking out subsection (o), and by inserting after subsection (m) a new subsection (n). **Effective** for expenditures with respect to which the second tax year described in Code Sec. 118(b)(2)(B) ends after 12-31-84. Prior to being stricken, Code Sec. 6501(o) read as follows:

(o) SPECIAL RULES FOR PARTNERSHIP ITEMS.—For extension of period in the case of partnership items (as defined in section 6231(a)(3)), see section 6229.

**• 1982, Tax Equity and Fiscal Responsibility Act of 1982 (P.L. 97-248)**

**P.L. 97-248, §402(c)(5):**

Amended Code Sec. 6501(o). **Effective** for partnership tax years beginning after 9-3-82, and also to partnership tax years ending after 9-3-82, if the partnership, each partner, and each indirect partner requests such application and the Secretary or his delegate consents to such application. Prior to amendment, Code Sec. 6501(o) read as follows:

"(o) SPECIAL RULES FOR PARTNERSHIP ITEMS OF FEDERALLY REGISTERED PARTNERSHIPS.—

(1) IN GENERAL.—In the case of any tax imposed by subtitle A with respect to any person, the period for assessing a deficiency attributable to any partnership item of a federally registered partnership shall not expire before the later of—

(A) the date which is 4 years after the date on which the partnership return of the federally registered partnership for the partnership taxable year in which the item arose was filed (or, later, if the date prescribed for filing the return), or

(B) if the name or address of such person does not appear on the partnership return, the date which is 1 year after the date on which such information is furnished to the Secretary in such manner and at such place as he may prescribe by regulations.

(2) PARTNERSHIP ITEM DEFINED.—For purposes of this subsection, the term 'partnership item' means—

(A) any item required to be taken into account for the partnership taxable year under any provision of subchapter K of chapter 1 to the extent that regulations prescribed by the Secretary provide that for purposes of this subtitle such item is more appropriately determined at the partnership level than at the partner level, and

(B) any other item to the extent affected by an item described in subparagraph (A).

(3) EXTENSION BY AGREEMENT.—The extensions referred to in subsection (c)(4), insofar as they relate to partnership items, may, with respect to any person, be consented to—

(A) except to the extent the Secretary is otherwise notified by the partnership, by a general partner of the partnership, or

(B) by any person authorized to do so by the partnership in writing.

(4) FEDERALLY REGISTERED PARTNERSHIP.—For purposes of this subsection, the term 'federally registered partnership' means, with respect to any partnership taxable year, any partnership—

(A) interests in which have been offered for sale at any time during such taxable year or a prior taxable year in any offering required to be registered with the Securities and Exchange Commission, or

(B) which, at any time during such taxable year or a prior taxable year, was subject to the annual reporting requirements of the Securities and Exchange Commission which relate to the protection of investors in the partnership."

**• 1980, Technical Corrections Act of 1979 (P.L. 96-222)**

**P.L. 96-222, §102(a)(2)(A):**

Redesginated Code Sec. 6501(q) as (o). **Effective** for partnership items arising in partnership tax years beginning after 12-31-78.

**• 1978 (P.L. 95-628)**

**P.L. 95-628, §8(b):**

Repealed Code Sec. 6501(o). **Effective** for carrybacks arising in tax years beginning after 11-10-78. Prior to repeal, Code Sec. 6501(o) read as follows:

(o) WORK INCENTIVE PROGRAM CREDIT CARRYBACKS.—In the case of a deficiency attributable to the application to the taxpayer of a work incentive program credit carryback (including deficiencies which may be assessed pursuant to the provisions of section 6213(b)(3)), such deficiency may be assessed at any time before the expiration of the period within which a deficiency for the taxable year of the unused work incentive program credit which results in such carryback may be assessed, or, with respect to any portion of a work incentive program credit carryback from a taxable year attributable to a net operating loss carryback, an investment credit carryback, or a capital loss carryback from a subsequent taxable year, at any time before the expiration of the period within which a deficiency for such subsequent taxable year may be assessed.

**• 1978, Revenue Act of 1978 (P.L. 95-600)**

**P.L. 95-600, §212(a):**

Added Code Sec. 6501(q). **Effective** for partnership items arising in partnership tax years beginning after 12-31-78.

**P.L. 95-600, §703(n):**

Amended Code Sec. 6501(o) by changing "section 6213(b)(2)" to "section 6213(b)(3)". **Effective** 10-4-76.

**• 1976, Tax Reform Act of 1976 (P.L. 94-455)**

**P.L. 94-455, §2107(g)(2):**

Inserted ", an investment credit carryback," after "net operating loss carryback" in Code Sec. 6501(o). **Effective** 10-4-76.

**• 1971, Revenue Act of 1971 (P.L. 92-178)**

**P.L. 92-178, §601(d)(1):**

Added Code Sec. 6501(o). **Effective** for tax years beginning after 12-31-71.

**[Sec. 6502]**

## SEC. 6502. COLLECTION AFTER ASSESSMENT.

**[Sec. 6502(a)]**

(a) LENGTH OF PERIOD.—Where the assessment of any tax imposed by this title has been made within the period of limitation properly applicable thereto, such tax may be collected by levy or by a proceeding in court, but only if the levy is made or the proceeding begun—

(1) within 10 years after the assessment of the tax, or

(2) if—

(A) there is an installment agreement between the taxpayer and the Secretary, prior to the date which is 90 days after the expiration of any period for collection agreed upon in writing by the Secretary and the taxpayer at the time the installment agreement was entered into; or

(B) there is a release of levy under section 6343 after such 10-year period, prior to the expiration of any period for collection agreed upon in writing by the Secretary and the taxpayer before such release.

If a timely proceeding in court for the collection of a tax is commenced, the period during which such tax may be collected by levy shall be extended and shall not expire until the liability for the tax (or a judgment against the taxpayer arising from such liability) is satisfied or becomes unenforceable.

### Amendments

**• 1998, IRS Restructuring and Reform Act of 1998 (P.L. 105-206)**

**P.L. 105-206, §3461(a)(1)-(2):**

Amended Code Sec. 6502(a) by striking paragraph (2) and inserting a new paragraph (2), and by striking the first sentence in the matter following paragraph (2). **Effective** for requests to extend the period of limitations made after 12-31-99. For a special rule, see Act Sec. 3461(c)(2), below. Prior to amendment, Code Sec. 6502(a)(2) and the first sentence in the matter following paragraph (2) read as follows:

(2) prior to the expiration of any period for collection agreed upon in writing by the Secretary and the taxpayer before the expiration of such 10-year period (or, if there is a release of levy under section 6343 after such 10-year period, then before such release).

The period so agreed upon may be extended by subsequent agreements in writing made before the expiration of the period previously agreed upon.

**P.L. 105-206, §3461(c)(2), provides:**

(2) PRIOR REQUEST.—If, in any request to extend the period of limitations made on or before December 31, 1999, a

See p. 20,601 for regulations not amended to reflect law changes

(8) *Effective date.*—This paragraph (f) is applicable to gifts made after December 31, 1996, for which the gift tax return for such calendar year is filed after December 3, 1999. [Reg. § 301.6501(c)-1.]

☐ [*T.D.* 6172, 5-2-56. *Amended by T.D.* 6498, 10-24-60; *T.D.* 7838, 10-5-82; *T.D.* 8395, 1-28-92 *and T.D.* 8845, 12-2-99 (*corrected* 1-6-2000).]

**[Reg. § 301.6501(d)-1]**

**§ 301.6501(d)-1. Request for prompt assessment.**—(a) Except as otherwise provided in section 6501(c), (e), or (f), any tax for which a return is required and for which:

(1) A decedent or an estate of a decedent may be liable, other than the estate tax imposed by chapter 11 of the Code, or

(2) A corporation which is contemplating dissolution, is in the process of dissolution, or has been dissolved, may be liable,

shall be assessed, or a proceeding in court without assessment for the collection of such tax shall be begun, within 18 months after the receipt of a written request for prompt assessment thereof.

(b) The executor, administrator, or other fiduciary representing the estate of the decedent, or the corporation, or the fiduciary representing the dissolved corporation, as the case may be, shall, after the return in question has been filed, file the request for prompt assessment in writing with the district director for the internal revenue district in which such return was filed. The request, in order to be effective, must be transmitted separately from any other document, must set forth the classes of tax and the taxable periods for which the prompt assessment is requested, and must clearly indicate that it is a request for prompt assessment under the provisions of section 6501(d). The effect of such a request is to limit the time in which an assessment of tax may be made, or a proceeding in court without assessment for collection of tax may be begun, to a period of 18 months from the date the request is filed with the proper district director. The request does not extend the time within which an assessment may be made, or a proceeding in court without assessment may be begun, beyond 3 years from the date the return was filed. This special period of limitations will not apply to any return filed after a request for prompt assessment has been made unless an additional request is filed in the manner provided herein.

(c) In the case of a corporation the 18-month period shall not apply unless:

(1) The written request notifies the district director that the corporation contemplates dissolution at or before the expiration of such 18-month period; the dissolution is in good faith begun before the expiration of such 18-month period; and the dissolution so begun is completed either before or after the expiration of such 18-month period; or

(2) The written request notifies the district director that a dissolution has in good faith been begun, and the dissolution is completed either before or after the expiration of such 18-month period; or

(3) A dissolution has been completed at the time the written request is made. [Reg. § 301.6501(d)-1.]

☐ [*T.D.* 6172, 5-2-56. *Amended by T.D.* 6425, 11-10-59 *and T.D.* 6498, 10-24-60.]

**[Reg. § 301.6501(e)-1]**

**§ 301.6501(e)-1. Omission from return.**—(a) *Income taxes.*—(1) *General rule.*—(i) If the taxpayer omits from the gross income stated in the return of a tax imposed by subtitle A of the Code an amount properly includible therein which is in excess of 25 percent of the gross income so stated, the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed.

(ii) For purposes of this subparagraph, the term "gross income", as it relates to a trade or business, means the total of the amounts received or accrued from the sale of goods or services, to the extent required to be shown on the return, without reduction for the cost of such sales or services. An item shall not be considered as omitted from gross income if information, sufficient to apprise the district director of the nature and amount of such item, is disclosed in the return or in any schedule or statement attached to the return.

(2) *Constructive dividends.*—If a taxpayer omits from gross income an amount properly includible therein under section 551(b) as his distributive share of the undistributed foreign personal holding company income, the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed.

(b) *Estate and gift taxes.*—(1) If the taxpayer omits from the gross estate as stated in the estate tax return, or from the total amount of the gifts made during the period for which the gift tax return was filed (see § 25.6019-1 of this chapter) as stated in such return, an item or items properly includible therein the amount of which is in excess of 25 percent of the gross estate as stated in the return, or 25 percent of the total amount of the gifts as stated in the return, the tax may be assessed, or a proceeding in court for the collection thereof may be begun without assessment, at any time within 6 years after the return was filed.

(2) For purposes of this paragraph, an item disclosed in the return or in any schedule or statement attached to the return in a manner sufficient to apprise the district director of the nature and amount thereof shall not be taken

into account in determining items omitted from the gross estate or total gifts, as the case may be. Further, there shall not be taken into account in computing the 25 percent omission from the gross estate stated in the estate tax return or from the total gifts stated in the gift tax return, any increases in the valuation of assets disclosed on the return.

(c) *Excise taxes.*—(1) *In general.*—If the taxpayer omits from a return of a tax imposed under a provision of subtitle D an amount properly includible thereon, which amount is in excess of 25 percent of the amount of tax reported thereon, the tax may be assessed or a proceeding in court for the collection thereof may be begun without assessment, at any time within 6 years after the return was filed. For special rules relating to chapters 41, 42, 43, and 44 taxes, see subparagraphs (2), (3), (4), and (5) of this paragraph.

(2) *Chapter 41 excise taxes.*—If an organization discloses an expenditure in its return (or in a schedule or statement attached thereto) in a manner sufficient to apprise the district director or director of a service center of the existence and nature of such expenditure, the three year limitation on assessment and collection described in section 6501(a) shall apply with respect to any tax under chapter 41 arising from such expenditure. If a taxpayer fails to so disclose an expenditure in its return (or in a schedule or statement attached thereto), the tax arising from the expenditure not so disclosed may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed.

(3) *Chapter 42 excise taxes.*—(i) If a private foundation omits from its annual return with respect to the tax imposed by section 4940 an amount of tax properly includible therein which is in excess of 25 percent of the amount of tax imposed by section 4940 which is reported on the return, the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed. If a private foundation discloses in its return (or in a schedule or statement attached thereto) the nature, source, and amount of any income giving rise to any omitted tax, the tax arising from such income shall be counted as reported on the return in computing whether the foundation has omitted more than 25 percent of the tax reported on its return.

(ii) If a private foundation trust, or other organization (as the case may be) discloses an item in its return (or in a schedule or statement attached thereto) in a manner sufficient to apprise the district director or director of a service center of the existence and nature of such item, the three year limitation on assessment and collection described in section 6501(a) shall apply with respect to any tax imposed under sections 4941(a), 4942(a), 4943(a), 4944(a), 4945(a), 4951(a), 4952(a), 4953, and 4958 arising from any transaction disclosed by such item. If a private foundation trust, or other organization (as the case may be) fails to so disclose an item in its return (or a schedule or statement attached thereto), the tax arising from any transaction not so disclosed may be assessed or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed.

(4) *Chapter 43 excise taxes.*—If a taxpayer discloses an item in its return (or in a schedule or statement attached thereto) in a manner sufficient to apprise the district director or director of a service center of the existence and nature of such item, the three year limitation on assessment and collection described in section 6501(a) shall apply with respect to any tax imposed under sections 4971(a), 4972, 4973, 4974, and 4975(a) arising from any transaction disclosed by such item. If a taxpayer fails to so disclose an item in its return (or in a schedule or statement attached thereto), the tax arising from any transaction not so disclosed may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed. The applicable return for the tax under sections 4971, 4972, 4973 and 4974 is the return designated by the Commissioner for reporting the respective tax. The applicable return for the tax under section 4975 is the return filed by the plan used to report the act giving rise to the tax.

(5) *Chapter 44 excise taxes.*—If a real estate investment trust omits from its annual return with respect to the tax imposed by section 4981 an amount of tax properly includible therein which is in excess of 25 percent of the amount of tax imposed by section 4981 which is reported on the return, the tax may be assessed, or a proceeding in court for the collection of such tax may be begun without assessment, at any time within 6 years after the return was filed. If a real estate investment trust discloses in its return (or in a schedule or statement attached thereto) the nature, source, and amount of any income giving rise to any omitted tax, the tax arising from such income shall be counted as reported on the return in computing whether the trust has omitted more than 25 percent of the tax reported on its return.

(d) *Exception.*—The provisions of this section do not limit the application of section 6501(c). [Reg. § 301.6501(e)-1.]

☐ [*T.D.* 6172, 5-2-56. *Amended by T.D.* 6498, 10-24-60, *T.D.* 7238, 12-28-72; *T.D.* 7838, 10-5-82 *and T.D.* 8920, 1-9-2001.]