**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| Plaintiffs, | § | Case No. 06-492 T |
| v. | § | Judge Robert H. Hodges, Jr. |
| United States of America, | § | |
| Defendant. | § | |

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

THE COURT, having considered the Plaintiffs' Motion for Summary Judgment and the entire file herein, and good cause being shown therefore, hereby ORDERS that any increase to the tax liability of the partners of Leadbetter Family LLP (the "Partnership") due to the proposed adjustments to partnership items of the Partnership as reflected in a Final Partnership Administrative Adjustment issued on April 6, 2006 to the Partnership is barred by the statute of limitations set forth in 26 U.S.C. §§ 6501 and 6229.

DATED this _____ day of ________________, 2007.

BY THE COURT:

____________________________________
Robert H. Hodges, Jr., Judge
United States Court of Federal Claims

3646419_2.DOC