**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| Plaintiffs, | § | Case No. 06-492 T |
| v. | § | Judge Robert H. Hodges, Jr. |
| United States of America, | § | |
| Defendant. | § | |

PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS RELATING TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Plaintiffs propose the following Findings of Uncontroverted Facts supporting the Plaintiffs' Motion for Summary Judgment filed herewith:

1. Valley Garden Ranch, Inc. ("Valley Garden") was incorporated in Colorado on June 23, 1947. *See* Certified Copy of Certificate of Articles of Incorporation for Valley Garden Ranch Inc., attached as Pl. Ex. 3.

2. Valley Garden operated three ranches in Colorado from 1947 to 1951, under the name "Win-Del Ranches, Inc." Decl. ¶ 2; *See also* Certified Copy of Certificate of Limited Partnership for Win-Del LLP, attached as Pl. Ex. 2.

3. Valley Garden operated a ranch in Ennis, Montana (the "Ranch") from 1951 to 1999. Decl. ¶ 3.

4. Beginning in about 1980, Deborah Leadbetter (the "TMP")'s mother gifted stock in Valley Garden to the TMP, her husband, her children, her sister and her sister's family. Decl. ¶ 4.

5. In 1986, the TMP inherited the remainder of the stock in Valley Garden held by her mother at her mother's death. Decl. ¶ 5.

6. In 1987, the TMP, her husband and her children acquired the stock in Valley Garden held by the TMP's sister's family. Decl. ¶ 6.

7. From 1987 to the present, the shareholders of Valley Garden (and their percentage ownership of the outstanding stock) have been the TMP (42.806%), her husband (35.859%), Joel Leadbetter (7.117%), Kirk Leadbetter (7.117%), Jill Connolly (6.348%), and John "Sam" Connolly (0.753%). Decl. ¶ 7.

8. From 1988 to the present, Valley Garden has been an S corporation. Decl. ¶ 8.

9. On June 24, 1998, Leadbetter Family FLP ("the Partnership") was formed with the Montana Secretary of State. *See* Certified Copy of Certificate of Limited Partnership for Leadbetter Family FLP, attached as Pl. Ex. 1.

10. The TMP and various members of her family made cash contributions to the Partnership for interests in the Partnership. Decl. ¶ 9.

11. Effective as of December 31, 1998, Valley Garden contributed the Ranch (with the exception of Valley Garden Golf Village and 31 acres near Valley Garden Golf Village) to the Partnership in exchange for a 99.97992% interest in the Partnership. Decl. ¶ 10.

12. On July 10, 1998, Valley Garden entered into a short sale of 5,000,000 U.S. Treasury Notes, bearing a 5.375% coupon due on June 30, 2000, dated June 30, 1998. Decl. ¶ 11.

13. This short sale resulted in cash proceeds of $5,256,338.48. Decl. ¶ 12.

14. On July 13, 1998, Valley Garden transferred the short position and the cash proceeds to the Partnership. Decl. ¶ 13.

15. The Partnership closed the short sale on July 16, 1998, at a cost of $5,012,861.16. Decl. ¶ 14.

16. As of January 1, 1999, the TMP owned a 0.00859% interest in the Partnership, her husband owned a 0.00721% interest, Joel Leadbetter held a 0.00143% interest, Jill Connolly held a 0.00126% interest, Kirk Leadbetter held a 0.00143% interest, John "Sam" Connolly held a 0.00016% interest and Valley Garden held a 99.97992% interest. Decl. ¶ 15.

17. On June 30, 1999, Valley Garden transferred a 98.47992% interest in the Partnership to Win-Del, LLP ("Win-Del"), retaining a 1.5% interest in the Partnership. Decl. ¶ 16.

18. At approximately the same time that Valley Garden transferred an interest in the Partnership to Win-Del, the TMP and her husband each contributed $250.00 to Win-Del for an interest in Win-Del. *See* Deborah Leadbetter Decl. ¶ 17.

19. On July 15, 1999, the Partnership sold the Ranch for $6,700,000. Decl. ¶ 18.

20. The Partnership filed its IRS Form 1065 for the tax year ending December 31, 1999 (the "Partnership's Return"), on or before April 17, 2000. Decl. ¶ 19; *See also* Partnership 1999 Form 1065, attached as Pl. Ex. A to Decl.

21. The gain on the sale of the Ranch was reported as gain on the sale of property used in the Partnership's trade or business on line 6 of Schedule K of the Partnership's Return. *See* Partnership 1999 Form 1065, attached as Pl. Ex. A to Decl.

22. The gain on the sale of the Ranch was also reported on line 6 of IRS Form 4797 attached to the Partnership's Return. *Id.*

23. Line 20 of the IRS Form 4797 attached to the Partnership's Return stated the "gross sales price" as $6,700,000. *Id.*

24. Line 21 and 23 of the IRS Form 4797 attached to the Partnership's Return disclosed the cost of the property as $5,465,378. *Id.*

25. Line 6 of each Schedule K-1 for the tax year ending December 31, 1999, issued to the partners of the Partnership, contained their proportionate share from the sale. *Id.*

26. Win-Del filed its IRS Form 1065 for the tax year ending December 31, 1999 on or before April 17, 2000. Decl. ¶ 20; *See also* Win-Del 1999 Form 1065, attached as Pl. Ex. B to Decl.

27. Win-Del reported its share from the sale to its partners (Valley Garden, the TMP and her husband). *See* Win-Del 1999 Form 1065, attached as Pl. Ex. B to Decl.

28. Valley Garden filed its IRS Form 1120S for the tax year ending December 31, 1999 on or before April 17, 2000. Decl. ¶ 21; *See also* Valley Garden 1999 Form 1120S, attached as Pl. Ex. C to Decl.

29. Valley Garden reported its share (both directly from the Partnership and from Valley Garden) from the sale to its shareholders. *See* Valley Garden 1999 Form 1120S, attached as Pl. Ex. C to Decl.

30. All of the TMP, her husband, Jill Connolly, John "Sam" Connolly, Kirk Leadbetter and Joel Leadbetter filed their respective IRS Forms 1040 for the tax year ending December 31, 1999 on or before April 17, 2000. Decl. ¶ 22-23; *See, e.g.*, Leadbetter 1999 Form 1040, attached as Pl. Ex. D to Decl.

31. All of the TMP, her husband, Jill Connolly, John "Sam" Connolly, Kirk Leadbetter and Joel Leadbetter reported (and paid tax on) their share from the sale on IRS Forms 1040 for the tax year ending December 31, 1999. Decl. ¶ 24; *See*, *e.g.*, Leadbetter 1999 Form 1040, attached as Pl. Ex. D to Decl.

32. The Internal Revenue Service (the "IRS") sent a Notice of Beginning of Administrative Proceedings to the Partnership and its partners on February 10, 2006. *See* Notice of Beginning of Administrative Proceeding.

33. The IRS sent Information Document Requests to the TMP and her husband on February 9, 2006. *See* Form 4564, Information Document Request.

34. The TMP and her husband responded on March 17, 2006. Decl. ¶ 25.

35. On April 6, 2006, the IRS sent a Notice of Partnership Administrative Adjustment to the Partnership and its partners. *See* Notice of Final Partnership Administrative Adjustment.

36. On June 30, 2006, the Partnership and the TMP filed the complaint in the instant action. *See* Comp. for Readjustment of Partnership Items.

37. The United States filed its answer to the complaint in the instant action on October 30, 2006. *See* Answer.

38. By April 6, 2006, three years had passed since April 17, 2000.

39. None of the Partnership, Win-Del, Valley Garden, the TMP (on her own behalf or on behalf of the partners of the Partnership or Win-Del), her husband, Jill Connolly, John "Sam" Connolly, Kirk Leadbetter or Joel Leadbetter agreed to any extension of the periods provided in 26 U.S.C. § 6501 or 26 U.S.C. § 6229. Decl. ¶ 26.

40. All required information regarding the partners of the Partnership was furnished on the tax return of the Partnership and all required information regarding the partners of Win-Del was furnished on the tax return of Win-Del. *See* Partnership Form 1065, attached as Pl. Ex. A to Decl.; and Win-Del Form 1065, attached as Pl. Ex. B to Decl.

41. None of Win-Del, Valley Garden, Jill Connolly, John "Sam" Connolly, Kirk Leadbetter, Joel Leadbetter, the TMP or her husband (in their capacities as notice partner or tax matters partner of the Partnership) received a Notice of Final Partnership Administrative Adjustment from the Internal Revenue Service at any point on or before April 17, 2003 for the tax year ending December 31, 1999. Decl ¶ 27.

42. None of Valley Garden, Jill Connolly, John "Sam" Connolly, Kirk Leadbetter, Joel Leadbetter, the TMP or her husband have received any statutory notices of deficiency from the Internal Revenue Service for the tax year ending December 31, 1999. Decl. ¶ 28.

Respectfully submitted on February 1, 2007,

By: s/ Adam M. Cohen

Adam M. Cohen, attorney of record
Colorado State Bar No. 31924
Alan Poe, of counsel
Colorado State Bar No. 7641

HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
(303) 295-8372 Telephone
(303) 295-8261 Facsimile
acohen@hollandhart.com
apoe@hollandhart.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007, I electronically filed the foregoing Plaintiffs' Proposed Findings of Uncontroverted Facts Relating to Plaintiffs' Motion for Summary Judgment with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David R. House
U.S. Department of Justice—Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Adam M. Cohen
Adam M. Cohen