**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and** | § | |
| **DEBORAH LEADBETTER,** | § | |
| **as Tax Matters Partner** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-492T (Judge Hodges)** |
| **v.** | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the following Department of Justice attorney, as attorney of record for the United States of America, in substitution for David R. House.

**Service of all papers and notices should be addressed as follows:**

RICHARD G. JACOBUS
Virginia State Bar No. 41579
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044

Respectfully submitted,

/s/ Richard G. Jacobus
RICHARD G. JACOBUS
Senior Litigation Counsel, Tax Division
Telephone: (202) 616-0553
Telefax: (202) 307-2504
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
DAVID R. HOUSE
Of Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2007, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Adam M. Cohen
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
acohen@hollandhart.com

/s/ Richard G. Jacobus
RICHARD G. JACOBUS