**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, as Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **NO. 06-492T (Judge Hodges)** |
| **UNITED STATES OF AMERICA,** | § | |
| **Defendant.** | § | |

**UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' SUMMARY JUDGMENT MOTION**

Pursuant to Rules 6(b) and 6.1 of the United States Court of Federal Claims, the United States of America respectfully moves the Court to enlarge by 30 days, from March 5, 2007 to April 4, 2007, the deadline for responding to the Plaintiffs' summary judgment motion, filed February 2, 2007. Counsel for the United States discussed this motion with Adam M. Cohen, Esq., counsel for the Plaintiffs, on February 26, 2007. Counsel for Plaintiffs authorizes us to state that the Plaintiffs do not oppose the requested enlargement.

In support of the requested enlargement, the United States states as follows.

1. The United States requires additional time to identify and gather evidence needed to respond to the Plaintiffs' summary judgment motion.

2. The United States requires additional time to consult with the Office of Chief Counsel of the Internal Revenue Service regarding the legal issues presented by the Plaintiffs' summary judgment motion.

3. Other cases that are currently pending in this Court, several federal district courts, and

the United States Tax Court involve legal issues that are similar to the issues presented by the Plaintiff's summary judgment motion. Accordingly, the Tax Division of the Department of Justice must coordinate our response to the Plaintiffs' summary judgment motion with the United States' litigation efforts in the other pending cases involving similar issues.

4. Undersigned counsel for the United States was assigned litigation responsibility for this matter on February 26, 2007, and requires additional time to familiarize himself with this case and the issues presented by the Plaintiffs' summary judgment motion.

5. The requested enlargement will allow the United States the opportunity to respond to the Plaintiffs' summary judgment motion in a manner that will adequately ventilate the issues presented for the Court's consideration.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

WHEREFORE, the United States respectfully asks the Court to enlarge the deadline for responding to Plaintiffs' summary judgment motion to April 4, 2007. A proposed order accompanies this motion.

Date: February 27, 2007

Respectfully submitted,

/s/ Richard G. Jacobus

RICHARD G. JACOBUS
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0553
Telefax: (202) 307-2504
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
DAVID R. HOUSE
Of Counsel