# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and** | **§** | |
| **DEBORAH LEADBETTER,** | **§** | |
| **as Tax Matters Partner,** | **§** | |
| | **§** | |
| **Plaintiffs,** | **§** | |
| | **§** | **NO. 06-492T** |
| **v.** | **§** | |
| | **§** | **Filed: ____________________, 2007** |
| **UNITED STATES OF AMERICA,** | **§** | |
| | **§** | |
| **Defendant.** | **§** | |

## ORDER

Defendant's motion to enlarge the deadline for filing its response to Plaintiffs' summary judgment motion to April 4, 2007 is GRANTED. Plaintiffs do not oppose this relief.

______________________________
ROBERT H. HODGES, JR.
SENIOR JUDGE