# In the United States Court of Federal Claims

* * * * * * *

LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, *

Plaintiffs, * No. 06-492T

v. * Filed: February 27, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion for enlargement to April 4 to file its response to plaintiff's motion for summary judgment is GRANTED. Plaintiff does not object.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge