IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, as Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **NO. 06-492T (Judge Hodges)** |
| **UNITED STATES OF AMERICA,** | § | |
| **Defendant.** | § | |

**UNITED STATES' UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME TO RESPOND**
**TO PLAINTIFFS' SUMMARY JUDGMENT MOTION**

Pursuant to Rules 6(b) and 6.1 of the United States Court of Federal Claims, the United States of America respectfully moves the Court to enlarge by seven days, from April 4, 2007 to April 11, 2007, the deadline for responding to the Plaintiffs' summary judgment motion, filed February 2, 2007. Counsel for the United States conferred with Adam M. Cohen, Esq., counsel for the Plaintiffs, regarding this motion on March 22 and 28, 2007. Counsel for Plaintiffs authorizes us to state that the Plaintiffs do not oppose the requested enlargement.

In support of the requested enlargement, the United States states as follows.

1. By Order dated February 27, 2007, the Court extended the deadline for the United States' response to the Plaintiffs' summary judgment motion to April 4, 2007.

2. The United States is unable to complete and file its response to the Plaintiffs' summary judgment motion by April 4, 2007, due to a death in the family of the undersigned attorney of record for the United States.

3. The requested enlargement will allow the United States the opportunity to respond to

the Plaintiffs' summary judgment motion in a manner that will adequately ventilate the issues presented for the Court's consideration.

WHEREFORE, the United States respectfully asks the Court to enlarge the deadline for responding to the Plaintiffs' summary judgment motion by seven days to April 11, 2007. A proposed order accompanies this motion.

Date: March 28, 2007

Respectfully submitted,

/s/ Richard G. Jacobus

RICHARD G. JACOBUS
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0553
Telefax: (202) 307-2504
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
DAVID R. HOUSE
Of Counsel