# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and** | § | |
| **DEBORAH LEADBETTER,** | § | |
| **as Tax Matters Partner,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-492T** |
| **v.** | § | |
| | § | **Filed: ____________________, 2007** |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Defendant's motion to enlarge the deadline for filing its response to Plaintiffs' summary judgment motion to April 11, 2007 is GRANTED. Plaintiffs do not oppose this relief.

____________________________
ROBERT H. HODGES, JR.
SENIOR JUDGE