# In the United States Court of Federal Claims

* * * * * * *

LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, *

Plaintiffs, * No. 06-492T

v. * Filed: March 29, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time to April 11 to respond to plaintiff's summary judgment motion is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge