**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, as Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-492T (Judge Hodges)** |
| **v.** | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **Defendant.** | § | |

**UNITED STATES' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, REGARDING LIMITATION PERIODS UNDER 26 U.S.C. §§ 6501(e)(1)(A) AND 6229(c)(2)**

Pursuant to Rules 56(a) of the Rules of the United States Court of Federal Claims, the United States of America moves the Court to enter partial summary judgment in the United States' favor, and opposes the plaintiffs' motion for summary judgment, regarding the limitation periods under §§ 6501(e)(1)(A) and 6229(c)(2). Plaintiffs have moved for summary judgment on the grounds that the three-year statute of limitations on assessment under 6501(a), and the three-year period relating to adjustments to partnership items under § 6229(a), have both expired with respect to plaintiff Deborah Leadbetter for the 1999 tax year. The United States cross-moves for partial summary judgment on the ground that the statute of limitations on the assessment of additional tax against plaintiff Deborah Leadbetter for the 1999 tax year is open, because the six-year period under § 6501(e)(1)(A) applies in this case, or, alternatively, the six-year period under § 6229(c)(2) applies.

As support for the United States' cross-motion, and opposition to the plaintiffs' motion,

the United States relies on the **(i)** Memorandum in Support of United States' Response to Plaintiffs' Motion for Summary Judgment, and United States' Cross-Motion for Partial Summary Judgment, Regarding Limitation Periods under 26 U.S.C. §§ 6501(e)(1)(A) and 6229(c)(2), **(ii)** the United States' Response to Plaintiffs' Proposed Findings of Uncontroverted Fact and Additional Proposed Findings of Uncontroverted Fact, and **(iii)** the parties' Stipulation dated March 21, 2007, submitted herewith.

All the material facts are undisputed or stipulated for summary judgment purposes. As there are no genuine issues of material fact, and the United States is entitled to judgment as a matter of law, the United States respectfully asks the Court to deny the plaintiffs' motion for summary judgment and grant the United States' cross-motion for partial summary judgment regarding the limitation periods under §§ 6501(e)(1)(A) and 6229(c)(2).

Date: April 11, 2007

Respectfully submitted,

/s/ Richard G. Jacobus

RICHARD G. JACOBUS
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0553
Telefax: (202) 307-2504
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
DAVID R. HOUSE
Of Counsel

Counsel for Defendant