**Leadbetter Family LLP v. United States**
**No. 1:06-cv-00492-RHH (Fed. Cl.)**
**Calculation of 25% Gross Income Omission Test Under IRC § 6501(e)(1)**
**1999 Form 1040, Dan and Deborah Leadbetter**

| | Form 1040 Line | Gross Income |
|---|---|---|
| Wages and salaries | 7 | 9,688 |
| Taxable interest | 8a | 50,655 |
| Ordinary dividends | 9 | 32,121 |
| Gross trade or business receipts | Sch. C, line 1 | 3,209 |
| Taxable Social Security benefits | 20b | 12,402 |
| Capital loss ($34,278) | Sch. D | N/A |
| Gain from Form 4797 | Sch. D, Line 11 and Form 4797 | 971,248 |
| Gross rents and royalties | Sch. E, lines 3-4 | 415 |
| Income from partnerships and S corporations | Sch. E, line 31 | 6,610 |
| **Total gross income stated in the return under IRC § 6501(e)(1)(A)** | | **1,086,348** |
| **Omitted gross income under IRC § 6501(e)(1)(A)** | **(see below)** | **3,943,504** |
| **Omitted Gross Income Percentage Under IRC § 6501(e)(1)(A)** (3,943,504 ÷ 1,086,348) | | **363.01%** |

**<u>Computation of omitted gross income under IRC § 6501(e)(1)(A):</u>**

| | | As Reported | As Corrected |
|---|---|---|---|
| Sale price of ranch property reported on Form 4797 in Partnership Return (Exhibit A) | | 6,700,000 | 6,700,000 |
| Adjusted basis reported on Form 4797 | | (5,465,378) | (5,465,378) |
| Stipulated decrease in adjusted basis if United States prevails | | N/A | 5,012,861 |
| Section 1231 gain | | 1,234,622 | 6,247,483 |
| Total direct and indirect interest of Dan and Deborah Leadbetter in Partnership | (from page 2) | 78.66772251% | 78.66772251% |
| Dan and Deborah Leadbetter share of section 1231 gain | | 971,249 (A) | 4,914,753 |
| **Difference -- omitted gross income under IRC § 6501(e)(1)(A)** | | | **3,943,504** |

(A) $971,248 reported on the Leadbetters' Form 1040 reflects apparent $1 rounding difference.



APPENDIX 1

**Leadbetter Family LLP v. United States**
**No. 1:06-cv-00492-RHH (Fed. Cl.)**
**Calculation of Dan and Deborah Leadbetter's Percentage Interest**
**in Leadbetter Family LLP for Tax Period Ended December 31, 1999**

| | | | | | |
|---|---|---|---|---|---|
| Dan Leadbetter interest in Partnership | | | | (A) | 0.03852% |
| Deborah Leadbetter interest in Partnership | | | | (A) | 0.04595% |
| | | | | | |
| Win-Del, LLP interest in Partnership | | | (B) | 98.39270% | |
| Dan Leadbetter interest in Win-Del | (C) | 0.006334% | | | |
| Deborah Leadbetter interest in Win-Del | (C) | 0.006334% | | | |
| Total Dan and Deborah Leadbetter interest in Win-Del | | | | 0.012668% | |
| | | | | | |
| Total Dan and Deborah Leadbetter interest in Partnership, through Win-Del (98.39270% x 0.012668%) | | | | | 0.01246439% |
| | | | | | |
| Valley Garden Ranch, Inc. interest in Partnership | | | (D) | 1.50000% | |
| Dan Leadbetter interest in Valley Garden | (E) | 35.859000% | | | |
| Deborah Leadbetter interest in Valley Garden | (E) | 42.806000% | | | |
| Total Dan and Deborah Leadbetter interest in Valley Garden | | | | 78.665000% | |
| | | | | | |
| Dan and Deborah Leadbetter interest in Partnership, through Valley Garden (1.50000% x 78.665000%) | | | | | 1.17997500% |
| | | | | | |
| Win-Del, LLP interest in Partnership | | | (B) | 98.39270% | |
| Valley Garden Ranch, Inc. interest in Win-Del | | | (F) | 99.987333% | |
| Dan and Deborah Leadbetter interest in Valley Garden | | | (see above) | 78.665000% | |
| | | | | | |
| Dan and Deborah Leadbetter interest in Partnership, through Valley Garden's interest in Win-Del (98.39270% x 99.987333% x 78.665000%) | | | | | 77.39081312% |
| | | | | | |
| **Total direct and indirect interest of Dan and Deborah Leadbetter in Partnership** | | | | | **78.66772251%** |

(A) See Exhibit A, Partnership Schedules K-1 issued to Dan and Deborah Leadbetter.
(B) See Exhibit A, Partnership Schedule K-1 issued to Win-Del, LLP.
(C) See Exhibit B, Win-Del Schedules K-1 issued to Dan and Deborah Leadbetter.
(D) See Exhibit A, Partnership Schedule K-1 issued to Valley Garden Ranch, Inc.
(E) See Exhibit C, Valley Garden Schedules K-1 issued to Dan and Deborah Leadbetter.
(F) See Exhibit B, Win-Del Schedule K-1 issued to Valley Garden Ranch, Inc.



APPENDIX 1