**Leadbetter Family LLP v. United States**
**No. 1:06-cv-00492-RHH (Fed. Cl.)**
**Calculation of 25% Gross Income Omission Test Under IRC § 6229(c)(2)**

| Gross Income Reported on Form 1065 Filed by Leadbetter Family LLP for Tax Period Ended December 31, 1999: | Return Line No. | Amount |
|---|---|---|
| IRC § 61(a)(2) -- Gross income derived from business | 1 | 869,553 |
| IRC § 61(a)(3) -- Gains derived from dealings in property | 6 (Sch. K) | 1,234,622 |
| IRC § 61(a)(4) -- Interest | 4a (Sch. K) | 2,943 |
| IRC § 61(a)(7) -- Dividends | 4b (Sch. K) | 4,125 |
| **Total Gross Income Stated in the Return Under § 6229(c)(2)** | | **2,111,243** |
| **Gross Income Omitted from the Return Under § 6229(c)(2)** | | **5,012,861** |
| **Omitted Gross Income Percentage Under IRC § 6229(c)(2)** (5,012,861 ÷ 2,111,243) | | **237.44%** |

**Computation of omitted gross income under IRC § 6229(c)(2):**

| | As Reported | As Corrected |
|---|---|---|
| Sale price of ranch property reported on Form 4797 in Partnership Return (Exhibit A) | 6,700,000 | 6,700,000 |
| Adjusted basis reported on Form 4797 | (5,465,378) | (5,465,378) |
| Stipulated decrease in adjusted basis if United States prevails | N/A | 5,012,861 |
| Section 1231 gain | 1,234,622 | 6,247,483 |
| **Difference -- omitted gross income under IRC § 6501(e)(1)(A)** | | **5,012,861** |

APPENDIX 2