Form **1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 1999** (99) IRS use only — Do not write or staple in this space.

For the year Jan 1-Dec 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

**Label** (See instructions.)
**Use the IRS label.** Otherwise, please print or type.

| | | | |
|---|---|---|---|
| Your First Name: Kirk | MI: C | Last Name: Leadbetter | Your Social Security Number: [redacted] |
| If a Joint Return, Spouse's First Name: Kathleen | MI: E | Last Name: Leadbetter | Spouse's Social Security Number: [redacted] |
| Home Address (number and street). If You Have a P.O. Box, See Instructions.: 2535 Ridge Pointe Drive | | Apartment No. | **Important!** You **must** enter your social security number(s) above. |
| City, Town or Post Office. If You Have a Foreign Address, See Instructions.: Anchorage | State: AK | ZIP Code: 99515-2712 | |

**Presidential Election Campaign** (See instructions.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | X |

Note: Checking 'Yes' will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here ...
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ...
5 [ ] Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See instructions.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a
b [X] **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

If more than six dependents, see instructions.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| Brooke A Leadbetter | [redacted] | Daughter | X |
| Quinn C Leadbetter | | Son | X |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
- lived with you: 2
- did not live with you due to divorce or separation (see instructions):

Dependents on 6c not entered above:

d Total number of exemptions claimed — Add numbers entered on lines above ►: 4

## Income

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

ROLLOVER

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 179,756. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 2,326. |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 2,251. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | 13 | 84,539. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a; b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities — 16a 258,965.; b Taxable amount (see instrs) | 16b | 0. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 1,778. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see instrs) | 20b | |
| 21 | Other income. List type & amount (see instrs) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 270,650. |

## Adjusted Gross Income

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 23 | IRA deduction (see instructions) | 23 | | | |
| 24 | Student loan interest deduction (see instructions) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ► | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ► | | | 33 | 270,650. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** Form **1040** (1999)

FDIA0112 11/16/99

EXHIBIT H

Form **1040** (1999) Kirk C & Kathleen E Leadbetter [redacted] Page **2**

| Section | Line | Description | Line box | Amount | Line box | Amount |
|---|---|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | | | 34 | 270,650. |
| | 35a | Check if: ☐ **You** were 65/older, ☐ Blind; ☐ **Spouse** was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ► 35a ☐ | | | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ► 35b ☐ | | | | |
| | 36 | Enter your **itemized deductions** from Schedule A, line 28, **Or standard deduction** shown on the left. **But** see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | | 36 | 28,384. |
| | 37 | Subtract line 36 from line 34 | | | 37 | 242,266. |
| | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter | | | 38 | 3,740. |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | | 39 | 238,526. |
| | 40 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ► | | | 40 | 55,926. |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | | | |
| | 43 | Child tax credit (see instructions) | 43 | | | |
| | 44 | Education credits. Attach Form 8863 | 44 | | | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | | | |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | | |
| | 47 | Other. Check if from . . a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 47 | | | |
| | 48 | Add lines 41 through 47. These are your **total credits** | | | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ► | | | 49 | 55,926. |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | | | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | | | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | | | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | | | 55 | |
| | 56 | Add lines 49-55. This is your **total tax** ► | | | 56 | 55,926. |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 38,660. | | |
| | 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | | | |
| | 59a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. b Nontaxable earned income: amount ► and type ► | 59a | | | |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | | | |
| | 61 | Amount paid with request for extension to file (see instructions) | 61 | | | |
| | 62 | Excess social security and RRTA tax withheld (see instrs) | 62 | 2,737. | | |
| | 63 | Other payments. Check if from . . . . . a ☐ Form 2439 b ☐ Form 4136 | 63 | | | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ► | | | 64 | 41,397. |
| **Refund** Have it directly deposited! See instructions and fill in 66b, 66c, and 66d. | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **Overpaid** | | | 65 | |
| | 66a | Amount of line 65 you want **Refunded to You** ► | | | 66a | |
| | | ► b Routing number ► c Type: ☐ Checking ☐ Savings | | | | |
| | | ► d Account number | | | | |
| | 67 | Amount of line 65 you want **Applied to Your 2000 Estimated Tax** ► | 67 | | | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **Amount You Owe.** For details on how to pay, see instructions ► | | | 68 | 14,529. |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your Signature | Date | Your Occupation | Daytime Telephone Number (optional) |
|---|---|---|---|
| ► | | Insurance Broker | |
| **Spouse's Signature. If a Joint Return, Both Must Sign.** | **Date** | **Spouse's Occupation** | |
| ► | | Housewife | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's Signature ► | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's Name (or yours if self-employed) and Address ► | Self-prepared | EIN | |
| | | ZIP Code | |



EXHIBIT H

**Schedule A (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**1999**

07

Name(s) Shown on Form 1040: Kirk C & Kathleen E Leadbetter

Your Social Security Number: [redacted]

| Section | Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 34 ... 2 | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 265. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 3,647. | | |
| | 7 | Personal property taxes | 7 | 121. | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 4,033. |
| **Interest You Paid** (See instructions.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 24,337. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instructions.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 24,337. |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 3,871. | | |
| If you made a gift and got a benefit for it, see instructions. | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **Must** attach Form 8283 if over $500 | 16 | 465. | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 4,336. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses – job travel, union dues, job education, etc. You **Must** attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See instructions for expenses to deduct here.) | 22 | Other expenses – investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 34 ... 24 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other – from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ☒ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | ► 28 | 28,384. |

Itemized Deductions Limited per IRC Sec. 68.

**BAA For Paperwork Reduction Act Notice, see separate instructions.** Schedule **A** (Form 1040) 1999

FDIA0301 10/27/99

EXHIBIT H

Name(s) Shown on Form 1040. Do Not Enter Name and Social Security Number if Shown on Schedule A. | Your Social Security Number

Kirk C & Kathleen E Leadbetter | [redacted]

## Schedule B — Interest and Ordinary Dividends

08

**Part I Interest**

**Note:** If you had over $400 in taxable interest income, you must also complete Part III.

(See instructions for Form 1040, line 8a.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| 1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ► | 1 | |
| AAEFCU | | 189.11 |
| Valley Garden Ranch, Inc. | | 2,137.00 |
| 2 Add the amounts on line 1 | 2 | 2,326.11 |
| 3 Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **Must** attach Form 8815 | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ► | 4 | 2,326.11 |

**Part II Ordinary Dividends**

**Note:** If you had over $400 in ordinary dividends, you must also complete Part III.

(See instructions for Form 1040, line 8a.)

**Note:** If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| 5 List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13 ► | 5 | |
| Dean Witter Reynolds, Inc. 94-1671384 | | 331.17 |
| Active Assets Money Trust #13-3075005 | | 1,120.52 |
| Valley Garden Ranch, Inc. | | 799.00 |
| 6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ► | 6 | 2,250.69 |

**Part III Foreign Accounts and Trusts**

(See instructions.)

| You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|
| 7a At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b If 'yes,' enter the name of the foreign country ► | | |
| 8 During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'yes,' you may have to file Form 3520. See instructions | | X |



EXHIBIT H

**Schedule D (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

► Attach to Form 1040. ► See instructions for Schedule D (Form 1040).
► Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**1999**

12

Name(s) Shown on Form 1040: Kirk C & Kathleen E Leadbetter

Your Social Security Number: [redacted]

## Part I Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (Loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 350.00 Shares of Lockheed Martin Corporation | 10/13/99 | 12/30/99 | 6,899.70 | 10,217.35 | -3,317.65 |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3 **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | 3 | 6,899.70 | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet | 6 | | |
| 7 **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ► | 7 | | -3,318. |

## Part II Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (Loss) Subtract (e) from (d) | (g) 28% Rate Gain or (Loss) * (see instructions below) |
|---|---|---|---|---|---|---|
| 8 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | (f) | (g) |
|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | | |
| 10 **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | 10 | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | | 87,857. | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | | |
| 13 Capital gain distributions. See instructions | 13 | | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet | 14 | | | |
| 15 Combine lines 8 through 14 in column (g) | 15 | | | |
| 16 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ► | 16 | | 87,857. | |

**Next:** Go to Part III on page 2.

* **28% Rate Gain or Loss** includes **all** 'collectibles gains and losses' (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see instructions).





EXHIBIT H

Schedule D (Form 1040) 1999 Kirk C & 'thleen E Leadbetter [redacted] Page 2

## Part III Summary of Parts I and II

| Line | Description | Box | Amount |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | 84,539. |
| | **Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if: • Both lines 16 and 17 are gains, **and** • Form 1040, line 39, is more than zero. | | |
| 18 | If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses: • The loss on line 17, **or** • ($3,000) or, if married filing separately, ($1,500) | 18 | |
| | **Next:** Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** in the instructions if: • The loss on line 17 exceeds the loss on line 18, **or** • Form 1040, line 37, is a loss. | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Box | Inner amount | Box | Amount |
|---|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | | 19 | 238,526. |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | 84,539. | | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 84,539. | | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 23 | 0. | | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | 0. | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet in the instructions | 25 | | | |
| 26 | Add lines 24 and 25 | 26 | 0. | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 84,539. |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 153,987. |
| 29 | Enter the **smaller** of: • The amount on line 19, **or** • $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | | 29 | 43,050. |
| 30 | Enter the **smaller** of line 28 or line 29 | 30 | 43,050. | | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | 153,987. | | |
| 32 | Enter the **larger** of line 30 or line 31 ► | 32 | 153,987. | | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 33 | 39,018. |
| | **Note:** If line 29 is less than line 28, go to line 38. | | | | |
| 34 | Enter the amount from line 29 | 34 | | | |
| 35 | Enter the amount from line 28 | 35 | | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- ► | 36 | | | |
| 37 | Multiply line 36 by 10% (.10) | | | 37 | |
| | **Note:** If line 27 is more than zero **and** equal to line 36, go to line 52. | | | | |
| 38 | Enter the **smaller** of line 19 or line 27 | 38 | 84,539. | | |
| 39 | Enter the amount from line 36 | 39 | | | |
| 40 | Subtract line 39 from line 38 ► | 40 | 84,539. | | |
| 41 | Multiply line 40 by 20% (.20) | | | 41 | 16,908. |
| | **Note:** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | | | |
| 42 | Enter the **smaller** of line 22 or line 25 | 42 | | | |
| 43 | Add lines 22 and 32 (43) | | | | |
| 44 | Enter the amount from line 19 (44) | | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ► | 46 | | | |
| 47 | Multiply line 46 by 25% (.25) | | | 47 | |
| | **Note:** If line 24 is zero or blank, go to line 52. | | | | |
| 48 | Enter the amount from line 19 | 48 | | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | | |
| 50 | Subtract line 49 from line 48 | 50 | | | |
| 51 | Multiply line 50 by 28% (.28) | | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | | 52 | 55,926. |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 69,224. |
| 54 | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 | | | 54 | 55,926. |

FDIA0612 10/13/99

EXHIBIT H

Schedule E (Form 1040) 1999 13 Page 2

Name(s) Shown on Return. Do Not Enter Name and Social Security Number if Shown on Page 1. | Social Security Number

Kirk C & Kathleen E Leadbetter [redacted]

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.*

## Part II Income or Loss from Partnerships and S Corporations

**Note:** *If you report a loss from an at-risk activity, you* **must** *check either column* **(e)** *or* **(f)** *on line 27 to describe your investment in the activity. See instructions. If you check column* **(f)**, *you must attach* **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment at Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | Lichtenberg 109 Commercial Dr LLC | P | | 81-0515073 | X | |
| B | Leadbetter Family LLP | P | | 81-0519611 | X | |
| C | Leadbetter Family LLP | P | | 81-0519611 | X | |
| D | Valley Garden Ranch, Inc. | S | | 81-0243394 | X | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | 1,421. | | | |
| B | 2. | | | | |
| C | | 12. | | | |
| D | | | | | 347. |
| E | | | | | |
| 28a Totals | | 1,433. | | | 347. |
| b Totals | 2. | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 1,780. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | -2. |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 1,778. |

## Part III Income or Loss from Estates and Trusts

| 32 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss from Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below | 39 | |
| 40 | **Total** income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ► | 40 | 1,778. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions) | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |



EXHIBIT H

Form **4797**

Department of the Treasury
Internal Revenue Service (99)

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

**► Attach to your tax return. ► See separate instructions.**

OMB No. 1545-0184

**1999**

27

Name(s) Shown on Return: Kirk C & Kathleen E Leadbetter

Identifying Number: [redacted]

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 .......... 1

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions from Other Than Casualty or Theft – Property Held More Than 1 Year

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (Loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| From K-1 | | | | | | 87,857. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39 | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | 87,857. |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions) | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

## Part II Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7 | 11 | |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 Gain, if any, from line 31 | 13 | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) | 17 | |
| 18 Combine lines 10 through 17. Enter the gain or (loss) here, and on the appropriate line as follows | 18 | |

**a** For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

**b** For individual returns:

| | | |
|---|---|---|
| (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18b(1).' See instructions | 18b (1) | |
| (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 | 18b (2) | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** Form **4797** (1999)

FDIZ1001 11/01/99

EXHIBIT H

Form **8582**

Department of the Treasury Internal Revenue Service (99)

**Passive Activity Loss Limitations**

FORM NOT REQUIRED TO BE FILED

► See separate instructions.
► Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**1999**

88

Name(s) Shown on Return: Kirk C & Kathleen E Leadbetter

Identifying Number: [redacted]

**Part I — 1999 Passive Activity Loss**

**Caution:** *See the instructions for Worksheets 1 and 2 before completing Part I.*

**Rental Real Estate Activities with Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| | | | | |
|---|---|---|---|---|
| **1 a** Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | | | |
| **b** Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | | | |
| **c** Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | | | |
| **d** Combine lines 1a, 1b, and 1c | | | 1d | |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| **2 a** Activities with net income (enter the amount from Worksheet 2, column (a)) | 2a | 1,527. | | |
| **b** Activities with net loss (enter the amount from Worksheet 2, column (b)) | 2b | -2. | | |
| **c** Prior years unallowed losses (enter the amount from Worksheet 2, column (c)) | 2c | | | |
| **d** Combine lines 2a, 2b, and 2c | | | 2d | 1,525. |
| **3** Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Take the losses to the form or schedule you normally report them on. If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | 1,525. |

**Part II — Special Allowance for Rental Real Estate with Active Participation**

**Note:** *Enter all numbers in Part II as positive amounts. See the instructions for examples.*

**Note:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II. Instead, enter -0- on line 9 and go to line 10.*

| | | | | |
|---|---|---|---|---|
| **4** Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | |
| **5** Enter $150,000. If married filing separately, see the instructions | 5 | | | |
| **6** Enter modified adjusted gross income, but not less than zero (see the instructions) | 6 | | | |
| **Note:** *If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7.* | | | | |
| **7** Subtract line 6 from line 5 | 7 | | | |
| **8** Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | |
| **9** Enter the **smaller** of line 4 or line 8 | | | 9 | 0. |

**Part III — Total Losses Allowed**

| | | |
|---|---|---|
| **10** Add the income, if any, on lines 1a and 2a and enter the total | 10 | |
| **11** **Total losses allowed from all passive activities for 1999.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | |

**BAA For Paperwork Reduction Act Notice, see the instructions.**

Form **8582** (1999)

FDIZ1901 10/26/99

EXHIBIT H