**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | |
| | § | Case No. 06-492 T |
| Plaintiffs, | § | |
| | § | Judge Robert H. Hodges, Jr. |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

PLAINTIFFS' RESPONSE TO DEFENDANT'S ADDITIONAL PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to Rule 56 of the Rules of the United States Court of Federal Claims, Plaintiffs respond to the United States' Proposed Findings of Uncontroverted Fact, as follows:

43. At all times relevant to this matter, the "Partnership was engaged in the trade or business of ranching, and was not engaged in the trade or business of buying and selling ranches.

**Response:**

Plaintiffs agree.

44. At all times relevant to this matter, Valley Garden Ranch, Inc. ("Valley Garden") was engaged in the trade or business of ranching, and was not engaged in the trade or business of buying and selling ranches. (Stip. ¶ 2.)

**Response:**

Plaintiffs agree.

45. At all times relevant to this matter, Win-Del was engaged to investment activities. (Stip. ¶ 3.)

**Response:**

Plaintiffs agree.

46. Exhibit A to the Plaintiffs' Complaint in this action is a true and accurate copy of the FPAA issued by the IRS to the Partnership on April 6, 2006. (Stip. ¶ 4.)

**Response:**

Plaintiffs agree.

47. The short position described in paragraph 13 of the Declaration of Deborah Leadbetter in Support of Plaintiffs' Motion for Summary Judgment, dated January 25, 2007 (the "Leadbetter Declaration") is a liability within the meaning of 26 U.S. C. § 752. (Stip. ¶ 5.)

**Response:**

Solely for purposes of the Court's consideration of the limitation periods prescribed by 26 U.S.C. § 6229 and 6501, as applicable in this case, Plaintiffs agree. For all other purposes, Plaintiffs disagree and assert that this short position is not and was not a liability within the meaning of 26 U.S.C. § 752. It is possible that Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment could be decided; however, as the treatment of the short position under 26 U.S.C. § 752 is irrelevant to the issues raised in the motion and cross-motion for summary judgment and the parties have stipulated to a treatment for the limited purpose of consideration of the issues raised in these motions.

48. On Line 23 of the IRS Form 4797 submitted with the Partnership's Form 1065, U.S. Partnership Return of Income, for the taxable period beginning on July 1, 1999 and ending on December 31, 1999, the Partnership reported that the adjusted basis of the Ranch sold by the Partnership on July15, 1999 (as described in paragraph 18 of the Leadbetter Declaration), was $5,465,378. The adjusted basis of the Ranch must be reduced by approximately $5,012,861.16 in the event the Court sustains the Internal Revenue Service's position in this matter. (Stip. ¶ 6.)

**Response:**

Solely for purposes of the Court's consideration of the limitation periods prescribed by 26 U.S.C. § 6229 and 6501, as applicable in this case, Plaintiffs agree. For all other purposes, Plaintiffs disagree and assert that this short position is not and was not a liability within the meaning of 26 U.S.C. § 752 and, as such, no such reduction in the cost of the Ranch is required. It is possible that Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment could be decided; however, as the treatment of the short position under 26 U.S.C. § 752 and this alleged adjusted basis reduction is irrelevant to the issues raised in the motion and cross-motion for summary judgment and the parties have stipulated to this reduction for the limited purpose of consideration of the issues raised in these motions.

49. Exhibit A to the Leadbetter Declaration is a true and accurate copy of the IRS Form 1065, U.S. Partnership Return of Income, for the taxable period beginning on July 1, 1999 and ending on December 31, 1999, filed by the Partnership with the IRS on April 15, 2000. (Stip. ¶ 7.)

**Response:**

Plaintiffs agree.

50. Exhibit B to the Leadbetter Declaration is a true and accurate copy of the IRS Form 1065, U.S. Partnership Return of Income, for the taxable period beginning on or about June 30, 1999 and ending on December 31, 1999, filed by Win-Del with the IRS on or before April 17, 2000. (Stip. ¶ 8.)

**Response:**

Plaintiffs agree.

51. Exhibit C to the Leadbetter Declaration is a true and accurate copy of the IRS Form 1120S, U.S. Income Tax Return for an S Corporation, for the taxable year ending on December 31, 1999, filed by Valley Garden with the IRS on or before April 17, 2000. (Stip. ¶ 9.)

**Response:**

Plaintiffs agree.

52. Exhibit D to the Leadbetter Declaration is a true and accurate copy of the IRS Form 1040, U.S. Individual Income Tax Return, for the taxable year ending on December 31, 1999, filed by Dan J. Leadbetter and Deborah L. Leadbetter with the IRS on April 15, 2000. (Stip. ¶ 10.)

**Response:**

Plaintiffs agree.

53. Exhibit E hereto is a true and accurate copy of the IRS Form 1065, U.S. Partnership Return of Income, for the taxable period beginning on January 1, 1999 and ending on June 30, 1999, filed by the Partnership with the IRS on or about March 31, 2000. (Stip. ¶ 11.)

**Response:**

Plaintiffs disagree as there is no Exhibit E to the United States' Response to Plaintiffs' Proposed Findings of Uncontroverted Fact and Additional Proposed Findings of Uncontroverted Fact. However, Plaintiffs agree that Exhibit E to the Stipulations filed by Plaintiffs and Defendant is a true and accurate copy of the IRS Form 1065, U.S. Partnership Return of Income, for the taxable period beginning on January 1, 1999 and ending on June 30, 1999, filed by the Leadbetter Family LLP with the IRS on or about March 31, 2000.

Respectfully submitted on May 14, 2007.

By: s/ Adam M. Cohen
Adam M. Cohen, attorney of record
Colorado State Bar No. 31924
Alan Poe, of counsel
Colorado State Bar No. 7641

HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
(303) 295-8372 Telephone
(303) 295-8261 Facsimile
acohen@hollandhart.com
apoe@hollandhart.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed the foregoing Plaintiffs' Response to Defendant's Additional Proposed Findings of Uncontroverted Fact with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Richard G. Jacobus
U.S. Department of Justice—Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044

/s/ Adam M. Cohen
Adam M. Cohen

3697348_1.DOC