**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and** | **§** | |
| **DEBORAH LEADBETTER,** | **§** | |
| **as Tax Matters Partner,** | **§** | |
| | **§** | |
| **Plaintiffs,** | **§** | |
| | **§** | **NO. 06-492T (Judge Hodges)** |
| **v.** | **§** | |
| | **§** | |
| **UNITED STATES OF AMERICA,** | **§** | |
| | **§** | |
| **Defendant.** | **§** | |

**UNITED STATES' MOTION FOR LEAVE**
**TO GIVE NOTICE OF RECENT AUTHORITY**

The United States moves the Court for leave to cite a U.S. Tax Court opinion decided on June 14, 2007: *Bakersfield Energy Partners, LP v. Commissioner*, 128 T.C. No. 17 (June 14, 2007) (Judge Cohen). The Tax Court's opinion concludes that an omission of net gain from the sale of business assets does not qualify as an omission under 26 U.S.C. § 6501(e)(1)(A). The United States respectfully disagrees with the Tax Court's opinion and is prepared to submit a brief explaining our views should the Court desire.[1]

[1] Similar notices are being filed in two other cases before this Court: *Grapevine Imports, Ltd. v. United States*, No. 05-296T (Judge Allegra), and *Salman Ranch Ltd. v. United States*, No. 06-503T (Judge C. Miller).

Date: June 15, 2007

Respectfully submitted,

/s/ Richard G. Jacobus

RICHARD G. JACOBUS
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0553
Telefax: (202) 307-2504
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
DAVID R. HOUSE
Of Counsel

Counsel for Defendant