# In the United States Court of Federal Claims

* * * * * * *

LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, *

Plaintiffs, * No. 06-492T

v. * Filed: June 27, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion for leave to give notice of recent authority filed on June 15 is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge