**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and** | **§** | |
| **DEBORAH LEADBETTER,** | **§** | |
| **as Tax Matters Partner,** | **§** | |
| | **§** | |
| **Plaintiffs,** | **§** | |
| | **§** | **NO. 06-492T (Judge Hodges)** |
| **v.** | **§** | |
| | **§** | |
| **UNITED STATES OF AMERICA,** | **§** | |
| | **§** | |
| **Defendant.** | **§** | |

**UNITED STATES' MOTION FOR LEAVE**
**TO GIVE NOTICE OF RECENT AUTHORITY**

The United States moves the Court for leave to give notice of the July 17, 2007 decision in *Grapevine Imports, Ltd. v. United States*, No. 05-296T (Fed. Cl.) (Judge Allegra), regarding the applicability of the six-year statute of limitations under 26 U.S.C. § 6501(e)(1)(A). A copy of the *Grapevine* opinion is annexed hereto as Exhibit A. The United States respectfully disagrees with the *Grapevine* decision, and is prepared to submit a brief explaining our views should the Court desire.

Date: June 15, 2007

Respectfully submitted,

/s/ Richard G. Jacobus

RICHARD G. JACOBUS
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0553
Telefax: (202) 307-2504
COUNSEL FOR THE UNITED STATES