# In the United States Court of Federal Claims

* * * * * * *

LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, *

Plaintiffs, * No. 06-492T

v. * Filed: September 17, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motions for leave to give notice of recent authority, filed on July 18 and July 30, are GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge