# In the United States Court of Federal Claims

* * * * * * *

LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, *

Plaintiffs, * No. 06-492T

v. * Filed: October 23, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred to Judge Margaret M. Sweeney with her consent.

IT IS SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge