**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LEADBETTER FAMILY LLP, and DEBORAH LEADBETTER, as Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | **NO. 06-492T (Judge Sweeney)** |
| **v.** | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **Defendant.** | § | |

**UNITED STATES' MOTION FOR LEAVE**
**TO GIVE NOTICE OF RECENT AUTHORITY**

The United States moves the Court for leave to give notice of the decision this date in *Salman Ranch Ltd. v. United States*, Case No. 06-503T (Fed. Cl.) (C. Miller, J.), regarding the applicability of the six-year statute of limitations under 26 U.S.C. § 6501(e)(1)(A). A copy of the *Salman Ranch* opinion is annexed hereto as Exhibit A. The United States respectfully submits that *Salman Ranch*, in harmony with *Brandon Ridge Partners v. United States*, Case No. 8:06-cv-01340 (M.D. Fla. July 30, 2007), but in contrast to *Grapevine Imports, Ltd. v. United States*, No. 05-296T (Fed. Cl. July 17, 2007), and *Bakersfield Energy Partners, LP v. Commissioner*, 128 T.C. No. 17 (Tax Ct. June 14, 2007), is correctly decided. We are prepared to submit a brief explaining our views should the Court desire.

\\

\\

\\

\\

Date: November 9, 2007

Respectfully submitted,

/s/ Richard G. Jacobus

RICHARD G. JACOBUS
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0553
Telefax: (202) 307-2504
COUNSEL FOR THE UNITED STATES