# In the United States Court of Federal Claims

No. 06-492 T
(Filed: November 13, 2007)

************************************
LEADBETTER FAMILY LLP, a Montana *
Limited Liability Partnership, and *
DEBORAH LEADBETTER, as Tax *
Matters Partner, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On November 9, 2007, defendant in the above-captioned case filed the United States' Motion for Leave to Give Notice of Recent Authority, seeking to bring the court's attention to Judge Christine O.C. Miller's November 9, 2007 decision in Salman Ranch Ltd, No. 06-503T. The judge previously assigned to this case, Judge Robert H. Hodges, Jr., permitted defendant to give notice of the United States Tax Court's June 14, 2007 decision in Bakersfield Energy Partners, LP, No. 4204-06; Judge Francis M. Allegra's July 17, 2007 decision in Grapevine Imports, Ltd., No. 05-296T; and the Middle District of Florida's July 30, 2007 decision in Brandon Ridge Partners, No. 8:06-cv-1340-T-24MAP. The court **GRANTS** defendant's motion.

The parties completed briefing on their cross-motions for summary judgment on June 1, 2007. Because all of the above-cited decisions were issued after June 1, 2007, and because the cases contain conflicting holdings, additional briefing on the cases would be helpful. Accordingly, defendant shall file a supplemental memorandum discussing the four cases **no later than Friday, December 21, 2007**. Plaintiffs shall then file a supplemental memorandum **no later than Monday, January 28, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge