**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § | Case No. 06-492 T |
| Plaintiffs, | § | Judge Margaret M. Sweeney |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**JOINT MOTION TO SUSPEND ADDITIONAL BRIEFING AND TO HOLD CASE IN ABEYANCE**

The parties, by their respective counsel of record, respectfully move this Court for an Order suspending the additional briefing requested by the Court in its Order dated November 13, 2007, and holding this case in abeyance pending the outcome of appellate proceedings in the case of *Salman Ranch Ltd. v. United States*, No. 06-503T, .__ Fed. Cl. __, 2007 WL 3378145 (Nov. 9, 2007).

As grounds for this Motion, the parties state as follows:

1. Plaintiffs assert that assessment of any additional income tax resulting from the Final Partnership Administrative Adjustment issued to Plaintiffs is barred by the statute of limitations. Defendant asserts that such assessment is not barred because the six-year limitations period under 26 U.S.C. § 6501(e)(1)(A),or alternatively, the six-year period under 26 U.S.C. § 6229(c)(2), applies here. The determination of the applicable limitations period is a significant threshold issue in this case and was the subject of Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion for Partial Summary Judgment.

2. Since the parties filed their briefs on the summary judgment motions, several courts have issued decisions addressing the statute of limitations issue. As a result, on November 13, 2007, the Court requested supplemental memoranda discussing those decisions.

3. One of the decisions identified in the Court's November 13 Order is the decision issued by Judge Miller of this Court in *Salman Ranch Ltd. v. United States*, No. 06-503T. That case is factually and legally similar to this case.

4. On December 6, 2007, Judge Miller amended the opinion in *Salman Ranch Ltd.* to include the certification required under 28 U.S.C. § 1292(d)(2) to permit an application to the United States Court of Appeals for the Federal Circuit for an interlocutory appeal on the statute of limitations issue. The Plaintiffs in the *Salman Ranch Ltd.* case are represented by counsel for Plaintiffs in this case and plan to file an application with the United States Court of Appeals for the Federal Circuit to permit an interlocutory appeal.

5. If the United States Court of Appeals for the Federal Circuit accepts the interlocutory appeal in the *Salman Ranch Ltd.* case, it is likely that the Court will address the statute of limitations issue that is also involved in this case, and that the Court's decision in that case will have a significant impact on the outcome of this case. Therefore the parties believe that judicial efficiency and economy and the interests of justice will be served by suspending the need for the parties to file the additional briefing requested by the Court in this case and by holding this case in abeyance pending the outcome of the appellate proceedings in the *Salman Ranch Ltd.* case.

6. If this Motion is granted, the parties will file a status report with the Court within thirty days after the earlier of (1) the date on which the United States Court of Appeals for the Federal Circuit denies the application for an interlocutory appeal in the *Salman Ranch Ltd.* case, (2) the date on which the United States Court of Appeals for the Federal Circuit issues a final decision on the interlocutory appeal in the *Salman Ranch Ltd.* case, or (3) the date on which the interlocutory appeal in the *Salman Ranch Ltd.* case is dismissed or otherwise resolved without decision.

Therefore, the parties jointly move this Court for an Order suspending the additional briefing requested by the Court in its Order dated November 13, 2007, and holding this case in abeyance pending the outcome of appellate proceedings in the case of *Salman Ranch Ltd. v. United States*, No. 06-503T, .__ Fed. Cl. __, 2007 WL 3378145 (Nov. 9, 2007).

Dated: December 14, 2007

Respectfully submitted,

/s/ Richard G. Jacobus
Richard G. Jacobus, Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-616-0553
Fax: 202-307-2504

Counsel for Defendant United States

/s/ Adam M. Cohen
Adam M. Cohen, Attorney of Record
Colorado State Bar #31924
Alan Poe, Of Counsel
Colorado State Bar #7641
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: 303-295-8372
Fax: 303-295-8261
Counsel for Plaintiffs