# In the United States Court of Federal Claims

No. 06-492 T
(Filed: December 17, 2007)

| | |
|---|---|
| LEADBETTER FAMILY LLP, a Montana Limited Liability Partnership, and DEBORAH LEADBETTER, as Tax Matters Partner, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On December 13, 2007, the parties in the above-captioned case filed a Joint Motion to Suspend Additional Briefing and to Hold Case in Abeyance, seeking to stay proceedings until the Federal Circuit decides whether to grant an interlocutory appeal in Salman Ranch Ltd. v. United States, No. 06-503T, and, if the Federal Circuit allows the appeal, until the Federal Circuit renders a decision. According to the parties, if the Federal Circuit allows the appeal, "it is likely that the Court will address the statute of limitations issue that is also involved in this case, and that the Court's decision in that case will have a significant impact on the outcome of this case."

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936). The party or parties requesting the stay "must make out a clear case of hardship or inequity in being required to go forward, if there is even a fair possibility that the stay . . . will work damage to some one else." Id. at 255. Here, the parties have jointly requested the stay, so neither party would be "compelled to stand aside while a litigant in another cause settles the rule of law that will define the rights of both." See id. Accordingly, the parties' motion is **GRANTED**. The case is **STAYED**.

The parties suggested a deadline for filing a joint status report subsequent to the actions of the Federal Circuit in Salman Ranch Ltd. The court modifies the parties' suggestion as follows:

- The parties shall file a joint status report **within two weeks** of the Federal Circuit's decision to **grant or deny** the motion for interlocutory appeal that indicates the Federal Circuit's decision. If the Federal Circuit denies the motion, the parties shall include in their status report a suggested schedule for supplemental briefing similar to that imposed by the court's November 13, 2007 order.

- If the Federal Circuit grants the motion for interlocutory appeal, the parties shall file a joint status report **within thirty days** of the Federal Circuit's final disposition of the appeal that suggests further proceedings in this case. The parties shall attach a copy of the Federal Circuit's disposition to the status report.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge