**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Leadbetter Family LLP, a Montana Limited Liability Partnership, and Deborah Leadbetter, as Tax Matters Partner, | § § § § | |
| | § | Case No. 06-492 T |
| Plaintiffs, | § | |
| | § | Judge Margaret M. Sweeney |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

JOINT STATUS REPORT

The parties, by their respective counsel of record, respectfully file this Joint Status Report with the Court. The parties report as follows:

1. On December 13, 2007, the parties filed a Joint Motion to Suspend Additional Briefing and to Hold Case in Abeyance, seeking to stay proceedings until the Court of Appeals for the Federal Circuit (the "Federal Circuit") decided whether to grant an interlocutory appeal in <u>Salman Ranch Ltd. v. United States</u>, No. 06-503T, and, if the Federal Circuit allowed the appeal, until the Federal Circuit rendered a decision.

2. On December 17, 2007, the Court granted the parties motion for a stay, and further ordered that:

a. The parties file a joint status report within two weeks of the Federal Circuit's decision to grant or deny the motion for interlocutory appeal that indicates the Federal Circuit's decision; and

b. If the Federal Circuit granted the Salman Ranch Ltd. motion for interlocutory appeal, the parties shall file a joint status report within thirty days of the Federal Circuit's final disposition of the appeal that suggests further proceedings in this case.

3. In accordance with the above instructions, the parties report to the Court that the Federal Circuit granted the interlocutory appeal in Salman Ranch Ltd. on March 11, 2008.

Therefore, in compliance with the Court's December 17, 2007 order, the parties will next file a joint status report within thirty days of the Federal Circuit's final disposition of the Salman Ranch Ltd. appeal.

Dated: March 18, 2008

Respectfully submitted,

/s/ Richard G. Jacobus
Richard G. Jacobus, Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 403
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-616-0553
Fax: 202-307-2504

Counsel for Defendant United States

/s/ Adam M. Cohen
Adam M. Cohen, Attorney of Record
Colorado State Bar #31924
Alan Poe, Of Counsel
Colorado State Bar #7641
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: 303-295-8372
Fax: 303-295-8261
Counsel for Plaintiffs